IMAGED

STATE OF OHIO                           :      CASE NO. CR83-12-0614

              Plaintiff                 :      IN THE COURT OF COMMON PLEAS
                                               STATE OF OHIO, BUTLER COUNTY
vs.                                     :

VON CLARK DAVIS                         :      STATE'S MEMORANDUM IN RESPONSE
              **FILED In Common Pleas Court**      TO MOTIONS OF DEFENDANT FILED
              Defendant**BUTLER COUNTY, OHIO**:     ON APRIL 27, 1984

                    **MAY 1  1984**     :

                                        :
              **EDWARD S. ROBB, JR.**
       Now comes John F. Holcomb, **Clerk**secuting Attorney, and responds to the

motions of defendant filed herein on April 27, 1984, individually as follows:


                    INDEX TO MEMORANDUM

                    Subject Motion                              Page

       1. Motion to Dismiss                                      2

       2. Motion for Pretrial Hearings                           2

       3. Motion for Notice of Prospective Three-                2
          Judge Panel

       4. Election Pursuant to Section 2929.022                  3

       5. Motion to Insulate the Venire and Jury                 3
          from the Media

       6. Motion for Individual Sequested Voir Dire              4

       7. Motion for Sequestration of Jury for Duration          4
          of Trial

       8. Further Motion to Prohibit Death Qualifi-              4
          cation of Jury; Alternative Motion to Seat
          Separate Juries for Guilt and Penalty Phases

       9. Motion to Require Prosecutor to State Reason           4
          for Exercising Peremptory Challenges

      10. Motion for Ruling on Number of Peremptory              5
          Challenges

      11. Motion To Compel Disclosure of Prosecuting             5
          Attorney's Jury Selection Data

      12. Further Memorandum in Support of Disclosure            6
          of Grand Jury Testimony

      13. Motion to Compel Prosecutor to Disclose                6
          Death Penalty Data

      14. Motion to Compel Pretrial Disclosure of                7
          Prosecuting Witnesses' Written or Recorded
          Statements

      15. Motion to Increase Burden of Proof to Beyond           7
          all Doubt

      16. Motion for all Motions to be Heard on the Record  8

      17. Motion to Record all Proceedings                       8

      18. Motion to Have Reasons for Defense Objections          8
          and Reasons for Overruling Defense Objections
          Placed on the Record

      19. Motion for Leave to File Additional Motions            8

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012



Page 2                    IMAGED

1. Motion to Dismiss.

Ohio's death penalty enactment (Senate Bill 1, effective October 19, 1981) overwhelmingly complies with the standards of constitutionality under the Eighth Amendment's Cruel and Unusual Punishment Clause. Gregg v. Georgia (1976), 428 U.S. 153, and Proffitt v. Florida (1976), 428 U.S. 242. There is little doubt that the Ohio General Assembly has adopted procedural safeguards quite similar to those provided in the states of Georgia and Florida which are held constitutionally sound.

In the very recent decision of State v. Jenkins, Cuyahoga Co. Case No. 45231 (8th District, February 24, 1984), unreported, the only Ohio Court of Appeals yet to pass on Ohio's current death penalty law has upheld its con- stitutionality. This decision is attached hereto in its entirety and its logic adopted by reference.

Indeed, the present defense has made this court's current task very easy, in that the defense has xeroxed the same boilerplate arguments which have been rejected in Jenkins. These rambling, redundant and legally meritless arguments should be rejected outright.

The Ohio death penalty law is constitutional, and notwithstanding that fact, a motion to dismiss an indictment or specification on such ground is logically not appropriate.

2. Motion for Pretrial Hearings.

This motion has already been granted by the Court, as we are informed that Wednesday, May 2, 1984, is scheduled for such hearings. The State of Ohio also has an interest in the prompt disposition of defendant's plethora of eleventh-hour pretrial motions and would urge the Court to establish an end to these seemingly endless filings. The defense has certainly taxed the Court's discretion under Criminal Rule 12(C) to the limit.

3. Motion for Notice of Prospective Three-Judge Panel.

This motion is premature as the statute involved, Ohio Revised Code Section 2945.06, first requires a waiver of trial by jury and election to be tried by a court composed of three judges. Such a waiver and election is a jurisdictional prerequisite to the panel's authority, see State v. Ruppert (1978), 54 Ohio St. 2d 263 at page 269, 375 NE 2d 1250, cert. denied, 439 U.S. 954. The motion is by its own terms premature, and the court is without jurisdiction absent a waiver of jury, which has neither been proffered nor even suggested

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P.O. BOX 515
HAMILTON, OHIO 45012

IMAGED

Page 3

heretofore by the defense. The court system in Ohio was not created to render advisory opinions; "[t]o be a judicial settlement the question must arise in a judicial proceeding, properly before a court of competent jurisdiction." State v. Baughman (1882), 38 Ohio St. 455 at 459.

Further, the implication of the defense is that they wish to try the case on the basis of personalities rather than the law. This idea insults the judicial system and should not be entertained.

4. Election Pursuant to Section 2929.022.

As defendant is entitled, he has elected to have the existence of the aggravating circumstance of his prior conviction for murdering Ernestine Davis on April 20, 1971, be determined by the trial judge pursuant to Ohio Revised Code Section 2929.022(A).

However, after such a determination is mate that such prior conviction does exist, the trial judge and trial jury (absent a 3-judge panel trial) must proceed to impose sentence, see R.C. Section 2929.022(B), and this continued hearing under division (D) of Section 2929.03 and Section 2929.04 specifically requires the trial jury to consider the aggravating circumstances, which in this case are the prior purposeful killing and its circumstances, and weigh them against the alleged mitigating factors. See Revised Code Sections 2929.03(D) and 2929.04(B).

It is inescapable and inevitable that the trial jury will ultimately be required to know the existence of Davis' prior murder conviction in order to impose any sentence under the statutory scheme. It would therefore be appropriate for the same jury to determine guilt or innocence of the offense of Having Weapons Under Disability, the elements of which are intertwined with and constitute the underlying scenario of the aggravated murder case at bar. The defendant's motion in limine is not well taken, and severance is likewise not required.

5. Motion to Isolate the Venire and Jury from the Media.

This motion of the defendant is superfluous and unnecessary due to the nature of the responsible journalism in this community. There has never been the kind of "media probing," suggested by counsel for the defendant, in any trial in this County; there is no "clear and present danger" demonstrated.

Defense counsel as a part of this meritless motion further requests appointment of an unspecified "expert sociologist/psychologist" to aid in show- ing that the trial should be "insulated" from the public. This is nothing more

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

Page 4

IMAGED

than an extraordinary request based on an extraordinary request, and the Court will be well within its discretion in denying these motions. See State v. Jenkins, supra at page 10 of opinion, (copy attached.)

     6.  Motion for Individual Sequestered Voir Dire.

While individual or group voir dire is discretionary, see State v. Gall (1980), 65 Ohio App. 2d 57, 415 N.E. 2d 1008, there is nothing in the Ohio Death Penalty Act of 1981 that requires or even suggests an individual voir dire procedure.

As even the memorandum of defendant suggests, a "partial" individualized voir dire procedure has been utilized in many capital cases under Ohio procedure; this too is discretionary.

     7.  Motion for Sequestration of Jury for Duration of Trial.

Criminal Rule 24(G)(2)(c) requires sequestration of the jury in a capital case after submission of the case to the jury; in the case of an emergency, the Court may allow temporary separation of the jury after submission of a capital case, under Criminal Rule 24(G)(3).

Prior to submission, the Court is not required to sequester the jury. Criminal Rule 24(G)(1) makes this discretionary. See also Revised Code Sections 2945.31 and 2945.33. No good cause for such an extraordinary procedure has been demonstrated herein.

     8.  Further Motion to Prohibit Death Qualification of Jury; Alternative Motion to Seat Separate Juries for Guilt and Penalty Phases.

In addition to the State's Memorandum filed herein on February 3, 1984, the decision in State v. Jenkins, supra at pages 13-17, (copy attached) rejects the argument of the defense.

The alternative motion for two separate juries for the guilt and punishment phases is specifically contrary to Ohio Statute and constitutional principles which require the same trial jury which finds guilt to fully consider all the aggravating as well as mitigating circumstances, and reach a decision on penalty. The single jury system best insures "that any decision to impose the death sentence be, and appear to be, based on reason rather than caprice or emotion." Gardner v. Florida (1977), 430 U.S. 349, 358.

     9.  Motion to Require Prosecutor to State Reason for Exercising Peremptory Challenges.

"The essential nature of a peremptory challenge is that it is one exercised without a reason stated, without inquiry, and without being subject

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

Page 5                    IMAGED

to the court's control."  Swain v. Alabama (1965), 380 U.S. 202 at page 220.

These challenges "permit rejection for a real or imagined partiality that is

less easily designated or demonstrable." Id. In Ohio practice it has always

been the law that peremptory challenges may be exercised for no reason at all.

Pavilonis v. Valentine (1929), 120 Ohio St. 154 at page 158.

        A similarly-framed defense argument was rejected in State v. Jenkins,

id. at pages 22-24.

        10. Motion for Ruling on Number of Peremptory Challenges.

        In the only recent case speaking directly to the issue of the correct

number of peremptory challenges allowed in a capital case, the Court has held

that six (6) peremptory challenges are required in a capital case under

Criminal Rule 24(C).

        In State v. Ruppert, Hancock Co. Case No. 5-82-28, (ed District,

March 7, 1984), the Court of Appeals recognized that a clear and irreconcilable

conflict exists between Revised Code Section 2945.21(A)(2), which provides for

twelve peremptory challenges, and Criminal Rule 24(C) providing for six; and

where such conflict exists on a matter of procedure, the Criminal Rule controls

over the statute, under the Ohio Constitution, Article IV, Section 5(B). State

v. Juergens (1977), 55 Ohio App. 2d 104, 379 N.E. 2d 602 (number of jurors

comprising a grand jury is set by rule rather than statute); State v. Tate

(1979), 59 Ohio St. 2d 50, 53-54, 391 N.E. 2d 738; Boyer v. Boyer (1976), 46

Ohio St. 2d 83, 86, 346, N.E. 2d 286.

        Defendant's request for twenty-four peremptory challenges is

unprecedented in Ohio and without citation to any current Ohio statute,

Criminal Rule or case law. This off-the-wall suggestion should be rejected,

and the unconstitutional statutory provision of Section 2945.21(A)(2) should

also be rejected; the six peremptory-challenge provision of Criminal Rule 24(C)

should be followed, Ruppert, id. (Relevant portion of said decision attached,

pages 1-4.)

        11. Motion to Compel Disclosure of Prosecuting Attorney's Jury
            Selection Data.

        Ohio's criminal discovery procedures go far in providing defendant's

with a wide scope of information relating to the trial under Criminal Rule

16(B). Such rules hardly go to disclosure of information known by a prosecutor

regarding a jury venire.

        The data on prospective jurors known to a prosecutor is essentially

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

Page 6                    IMAGED

the same as that known to the defense, but to the extent that a prosecutor may be more experienced or knowledgable about his community and peers, no rule of law has ever required the disclosure sought by the defense. A scrutiny of his memorandum reveals that his request has been granted by only one court in the jurisdiction of Colorado.

The Supreme Court of Ohio has said of such unusual demands by defendants:

> We agree that [the prosecuting attorney] should not endeavor to convict an innocent person, and he should not suppress or conceal evidence that might tend to acquit the prisoner. But that he should assist in the defense, we deny. The state furnishes counsel to indigent prisoners and pays them. The trial, when the issue is joined, is not a friendly recitation, but a real trial. No morbid sentiment or sympathy for one charged with crime should overshadow the rights of the public. In these days criminals are both skilled and cunning, and it is a contest between the people and the criminals for the mastery. Neither the rules of courtesy, or supposed equitable considerations should be allowed to subvert the practice sanctioned by long experience.
>
> The state cannot compel the prisoner at the bar to submit his private papers or memoranda to the state for use or even examination, for he cannot be required to testify in the case, nor to furnish evidence against himself. Then why should the accused be allowed to rummage through the private papers of the prosecuting attorney? Neither the sublime teachings of the Golden Rule to which we have been referred, nor the supposed sense of fair play, can be so perverted as to sanction the demands allowed in this case.

State v. Rhoads (1910), 81 Ohio St. 397, 424-425, 91 N.E. 186.

12. Further Memorandum in Support of Disclosure of Grand Jury Testimony.

This motion was fully briefed in the State's Memorandum filed herein on January 20, 1984. Defendant's citation to State v. Greer (1981), 66 Ohio St. 2d 139, 420 N.E. 2d 982, fails to support disclosure in the case at bar because there is no demonstration herein of any "particularized need."

13. Motion to Compel Prosecutor to Disclose Death Penalty Data.

This motion is seemingly grounded on the inaccurate premise that this defendant's crime must somehow be compared to every case "in the entire history of Ohio" in which the death penalty was imposed.

The U.S. Supreme Court has recently held in Pulley v. Harris (1984), _____ U.S. _____, 79 L. Ed. 2d 29, that the U.S. Constitution does not require a comparative proportionality review in each capital case. The Court noted that in Jurek v. Texas (1976), 428 U.S. 262, the Texas scheme had been upheld even

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

Page 9

IMAGED

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing State's Memorandum in Response to Motions of Defendant Filed on April 27, 1984, was served on John A. Garretson, Attorney for Defendant, 118 South Second Street, Hamilton, Ohio, 45011, and to Michael D. Shanks, Attorney for Defendant, 315 South Monument Avenue, Hamilton, Ohio, 45011, this **1st** of May, 1984.

Daniel B. Eichel

DANIEL G. EICHEL
FIRST ASSISTANT PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

IMAGED

STATE OF OHIO                              :        CASE NO.  CR83-12-0614

        Plaintiff                         :        STATE OF OHIO
                    FILED In Common Pleas Court      COUNTY OF BUTLER
vs                  BUTLER COUNTY, OHIO              COURT OF COMMON PLEAS

VON CLARK DAVIS          MAY 3  1984       :        M O T I O N

        Defendant                         :

        : : : : EDWARD S. ROBB, JR. : : : : : : : : : : :
                        CLERK

        Now comes John F. Holcomb, Prosecuting Attorney, and moves this Court

to strike its Entry filed ex parte on April 30, 1984, upon which the Prosecuting

Attorney had no notice or opportunity to be heard; having been hand-delivered a

copy of the defendant's motion for appointment of Roger H. Fisher, Ph.D. at

4:00 p.m. on May 1, 1984.  Said Entry was placed of record by defendant in

violation of his own Motion to have all motions heard on the record to which

the Prosecuting Attorney had no objection.

        It is further moved that the capacity of said Roger H. Fisher's

employment by the defendant be clarified.

                                        JOHN F. HOLCOMB
                                        PROSECUTING ATTORNEY
                                        BUTLER COUNTY, OHIO
                                        Butler County Court House
                                        P.O. Box 515
                                        Hamilton, Ohio  45012
                                        Telephone:  (513) 867-5722


                        CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing Motion was mailed by

U.S. ordinary mail to Michael D. Shanks, Attorney for Defendant, 315 South

Monument Avenue, Hamilton, Ohio, 45011, this 3rd day of May, 1984.


                                        JOHN F. HOLCOMB
                                        PROSECUTING ATTORNEY
                                        BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

84

STATE OF OHIO : CASE NO. CR83-12-0614

     Plaintiff    FILED In Common Pleas Court   STATE OF OHIO    *IMAGED*
              BUTLER COUNTY, OHIO   COUNTY OF BUTLER
vs                             COURT OF COMMON PLEAS

VON CLARK DAVIS      MAY 3 1984:   M O T I O N

     Defendant
          EDWARD S. ROBB, JR.
: : : : : : : : : : : : CLERK : : : : : : : : : : :

       Now comes John F. Holcomb, Prosecuting Attorney of Butler County, Ohio

and moves the Court for appointment of a psychologist or psychiatrist from the

Butler County Forensic Center pursuant to Section 2929.03(D)(1) of the Ohio

Revised Code to examine the defendant for purposes of investigation and prepar-

ation of a mental examination.

       The State further moves that Dr. Roger Fisher, Director of the Butler

County Forensic Center be removed from any participation, either directly or

indirectly, in this examination insofar as he has been privately retained by

the defendant in the above captioned case.

                           JOHN F. HOLCOMB
                           PROSECUTING ATTORNEY
                           BUTLER COUNTY, OHIO
                           Butler County Court House
                           P.O. Box 515
                           Hamilton, Ohio 45012
                           Telephone: (513) 867-5722

### CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing Motion was mailed by

U.S. ordinary mail to Michael D. Shanks, Attorney for Defendant, 315 South

Monument Avenue, Hamilton, Ohio, 45011, this _3_ day of May, 1984.

                           JOHN F. HOLCOMB
                           PROSECUTING ATTORNEY
                           BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

85

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 392

IMAGED

STATE OF OHIO : State of Ohio, Butler County

     Plaintiff : Court of Common Pleas

vs. : Case No. CR83-12-0614

VON CLARK DAVIS : P R E C I P E

     Defendant :

               : : : : **FILED In Common Pleas Court**
                  **BUTLER COUNTY, OHIO**

TO THE CLERK:

                  MAY 1 1984

     Please issue subpoena to

              EDWARD S. ROBB, JR.
     Mr. Steven Dix - Chief of Record Management
              Dept. of Corrections
              1050 Freeway Drive North
              Columbus, OH 43229

     DECUS TECUM - Certified Copy of all records of the

              Dept. of Corrections and Adult Parole

              Authority pertaining to Von Clark Davis,

              SS#▮▮▮▮▮▮▮

                         H.J. BRUEWER, JUDGE
                         Court of Common Pleas
                         Butler County, Ohio

              J 378 P 792

IMAGED

| | | |
|---|---|---|
| STATE OF OHIO | : | State of Ohio, Butler County |
| Plaintiff | : | Court of Common Pleas |
| vs. | : | Case No. CR83-12-0614 |
| VON CLARK DAVIS | : | E N T R Y |
| Defendant | : | **FILED in Common Pleas Court BUTLER COUNTY, OHIO** |
| | : | |
| : : : : : : : : | | **MAY 4 1984** |

BRUEUER, J.

**EDWARD S. ROBB, JR. CLERK**

This entry will attempt to dispose of all motions filed by the Defendant in this case, up to this date. The first motion filed dated January 17, 1984 is a motion entitled Motion to Dismiss and to Inspect Grand Jury Transcript. This motion will be overruled. Later on there are other motions in the same regard as to the Motions to Dismiss and to Inspect Grand Jury Transcripts and those motions are also overruled.

On January 17, 1984, the Defendant filed a motion to View the Scene, which motion will be granted.

On the same date, January 17, 1984, the Defendant filed a motion for Change of Venue. This motion was overruled at that time, however, in the event that in jury selection it appears that a jury cannot be seated, then we'll entertain the motion at that time.

On January 17, 1984, Defendant filed a Motion for a Bill of Particulars and the record indicates that this motion has been complied with by the Prosecution.

Also on January 17, 1984, the Defendant filed a Motion to Sever Counts One and Two of the Indictment and this motion is overruled.

378  794

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 394

IMAGED

On February 1, 1984, the Defendant filed a Motion to Bifurcate and also a Motion in Liminae, and this motion is overruled.

Also, on February 1, 1984, the Defendant filed a Motion for Discovery which apparently has been complied with by the Prosecution.

On February 18, 1984, the Defendant filed a Motion to Prohibit Death Qualification of the Jury. This motion is overruled.

On April 27, 1984, a number of motions were filed by the Defendant, the first of which was a Motion for Pretrial Hearings, which is granted.

Thereafter, the second motion was a Motion to Increase the Burden of Proof Beyond all Doubt, which motion is overruled.

On the same date, a motion was filed by the Defendant for Pretrial Disclosure of the Prosecution Witnesses' Written or Recorded Statements, which is overruled.

Another motion filed that date was a Motion to Compel Prosecutor to Disclose Death Penalty Data, which motion is overruled.

Another motion filed that date was to Compel Disclosure of Prosecuting Attorney's Jury Selection Data and that motion is overruled.

Defendant filed a motion to Require Prosecutor to State Reason for Exercising Peremptory Challenges and that motion is overruled.

On the same date, a Motion for Leave to File Additional Motions and for Leave to Supplement the Memorandum and support of those motions already filed which motion is sustained.

378 795

IMAGED

Defendant filed a motion Motion that All Motions Are to be Heard On Record, which motion is granted.

Defendant filed a motion for Sequestration of Jurors for the Duration of the Trial. My understanding of this motion is that the Jurors would be sequestered from the time they were selected and this motion is overruled.

Defendant filed a motion to Prohibit Death Qualification of Jury or in the alternative to seat separate juries during the guilt and penalty phases of trial. This motion is overruled.

Defendant filed a motion April 27, 1984, for Individual Sequestered Voir Dire of the Jurors. This motion will be partially granted in that we will do an individual voir dire of each juror in relation to the death penalty question. All other questions of the Jury will be done to the Jury as a group. So this motion is partially granted.

Another motion filed by the Defendant was to Insulate the Venire and the Jury, specifically prohibiting the publication of the names and addresses or telephone numbers of the members of the Venire to be drawn, and of the Jurors once selected herein. This motion is overruled, however the practice here is to make the names of these jurors available only to the Court and the parties, which practice we will continue.

The Defendant has filed a couple other motions in relation to the mitigation phase of this trial, particularly as to a psychological exam and the obtaining of certain records from the Department of Rehabilitation and Corrections and the Adult Parole Authority, which motions we will grant and implement.

On April 30, 1984, the Defendant filed a Motion in Limine to prevent the introduction into evidence of certain


378 796

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 396

IMAGED

police reports. This Motion in Limine is continued until the trial of the matter at which time we will make a decision thereon.

Defendant on April 27, 1984, filed a Motion to Rule on the Number of Peremptory Challenges. In this case, each side will have twelve.

The Defendant's Motion to Dismiss, filed April 27, 1984 is overruled.

The Court wishes to note that this appears to be all the motions filed in this case by the Defendant and the decisions made hereof were made after hearing the arguments of the Defnse and the Prosecution and reading the memoranda filed on each motion.

ENTER

_N. / Bremer_

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

MAY 4 1984

EDWARD S. ROBB, JR.
CLERK

378 797

STATE OF OHIO                    :        CASE NO.   CR83-12-0614

       Plaintiff **FILED In Common Pleas Court**    STATE OF OHIO
             **BUTLER COUNTY, OHIO**    COUNTY OF BUTLER    *IMAGED*
vs                                       COURT OF COMMON PLEAS

VON CLARK DAVIS          **MAY 4  1984**  :    WAIVER AND ELECTION

      Defendant      **EDWARD S. ROBB, JR.**      :
: : : : : : : : : : : **CLERK** : : : : : : : : : : : :

      Pursuant to 2929.022 of the Ohio Revised Code, the defendant elects to

have the trial judge determine the existence of the aggravated specification

contained in the Indictment and hereby knowingly, intelligently and voluntarily

waives his right to have a jury determine beyond a reasonable doubt the

existence of the aggravated specification as contained in the Indictment.

 

                                    _____
                                      VON CLARK DAVIS
                                      Defendant

                                      _____
                                      MICHAEL D. SHANKS
                                      Attorney for Defendant
                                      315 South Monument Avenue
                                      Hamilton, Ohio  45011

                                      _____
                                      JOHN A. GARRETSON
                                      Attorney for Defendant
                                      118 South Second Street
                                      Hamilton, Ohio  45011

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

J 378  P 793

STATE OF OHIO                      :     CASE NO. CR83-12-0614

                  Plaintiff       :     IN THE COURT OF COMMON PLEAS
                                        STATE OF OHIO, BUTLER COUNTY
vs.
            **FILED in Common Pleas Court**
            **BUTLER COUNTY, OHIO**           JURY WAIVER AND ELECTION OF
VON CLARK DAVIS                         :     THREE-JUDGE PANEL
                   MAY 8                              *IMAGED*
            Defendant  1984    :

            **EDWARD S. ROBB, JR.**
     I, Von Clark Davis, defendant in the above cause, appearing in open

court this 8th day of May, 1984, with my attorneys, Michael D. Shanks and John A.

Garretson, do hereby voluntarily waive my right to trial by jury and elect to be

tried by a court to be composed of three judges, consisting of Judges Henry J.

Bruewer, William R. Stitsinger, and John R. Moser, all the same being the

elected judges of the General Division of the Court of Common Pleas of Butler

County who are engaged in the trial of criminal cases, pursuant to Ohio Revised

Code Section 2945.06.

        I am waiving said trial by jury, and making this election to be tried

by a court composed of three judges, with full knowledge of my right under the

Consitution of the United States and of Ohio to a trial by a jury consisting

of twelve jurors, whose verdict must be unanimous; with full knowledge of the

consequences of such waiver and election under the laws of the State of Ohio;

and without any compulsion, undue influence, promises or inducements of any

kind made to me by anyone.

        I further state that I have received the advice and counsel of my

attorneys, with which I am satisfied, and being fully advised by them do hereby

make this waiver and election of my own free will and accord.


                                    _____
                                         VON CLARK DAVIS

WITNESSES:

_____
MICHAEL D. SHANKS
Attorney for Defendant

_____
JOHN A. GARRETSON
Attorney for Defendant


            This jury waiver and election to be tried by a three-judge panel is
OFFICE OF
PROSECUTING ATTORNEY    hereby accepted and entered upon the journal of this Court.
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB                                  E N T E R
PROSECUTING ATTORNEY

BUTLER COUNTY                                _____
COURTHOUSE
P. O. BOX 515                               BRUEWER, J.
HAMILTON, OHIO 45012

                    J 328  P 909

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 399



Clk. 312                                                    BARRETT    HERS, PUBLISHERS, SPRINGFIELD, OHIO

# Precipe for Subpena—In State Case

**THE STATE OF OHIO**
                              *Plaintiff*
                *vs.*
    VON CLARK DAVIS

$No.$ CR83-12-0614

**COMMON PLEAS COURT**

                              *Defendant*
*To the Clerk:—Issued subpena for*

**RESIDENCE**

*1*   Mark Lovett                          c/o  Hamilton Police Officer

*2*

*3*

*4*

*5*

*6*                            FILED In Common Pleas Court
                               BUTLER COUNTY, OHIO
*7*
                                   MAY 8  1984
*8*

*9*                           EDWARD S. ROBB, JR.
                                      CLERK
*10*

*to appear as witnesses in above named case, on* May 9th,           *A. D. 19.*84 ,

*at* Nine *o'clock* A. *M. Required on behalf of the*        Prosecution

            John F. Holcomb, Prosecuting        *Att'y   for the* State of Ohio

# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* Mark Lovett     IMAGED

...........................................................................................................................................

...........................................................................................................................................

...........................................................................................................................................

*if* He *may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* 9th

*day of* May *A. D., 19.84., at 9 o'clock A.M., to give evidence and the truth*

*to say, between.*...........................................................................................................................

*State of Ohio, and* Von Clark Davis

*Defendant* , *on the part of said.*.............................................................................................

........Prosecution........*then and there to be tried, and not depart without leave; therefore,
you are nowise to fail under penalty of one hundred dollars and have you then and there
this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this.*...............7th

*day of.*........May...........................*19.84*...

**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*

*By*......................................*Deputy*

CC-100-L



THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the ........... day of ........... A. D., 19....*

*and on the ........................... day of ........................... A. D., 19 ....., I served the same by*

*handing a true copy thereof with the endorsement thereon to said ...........................*

*and on the ........... day of ........... A. D., 19....., I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said ...........*

........................................................, Sheriff

By ..................................................., Deputy

No............................

Crim. Doc.................... Page....................

## COMMON PLEAS COURT

............................................County, O.

### THE STATE OF OHIO

Plaintiff

vs.

................................................................

................................................................ Defendant

### PRECIPE FOR SUBPENA

For ........................................... Witnesses

Filed........................................................19.........

........................................................ Clerk

Γ ........................................................ Deputy

RECEIVED
CIVIL DIVISION
84 MAY 7 A 8: ...
SHERIFF BUTLER COUNTY OHIO
ROBERT R. WALTON SR.

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

IMAGED

COURT OF COMMON PLEAS

BUTLER COUNTY, OHIO

STATE OF OHIO       CLERK OF C ... S    CASE NO. CR83-12-0614
            EDWARD S. ROLL R.
     Plaintiff     :

 -vs-                 :        MOTION AND ENTRY

VON CLARK DAVIS         :

     Defendant    :

: : : : : : : : : : : : : :

Now comes Defendant and moves this Court for an order
designating a person to make service of process according to Rule
17 (D), Ohio Rules of Criminal Procedure, on the following
witness: Square D Company, 5735 College Corner Pike, Oxford,
Ohio 45056 or wherever said witness may be found, and suggest
the designation of Vernon Lyons, who is over 18 years of age
and not a party to this action, as a suitable person to make
such service.

> **FILED in Common Pleas Court**
> **BUTLER COUNTY, OHIO**
>
> MAY 0 1984
>
> **EDWARD S. ROBB, JR.**
> **CLERK**

HOLBROCK, JONSON, BRESSLER & HOUSER
Attorneys for Defendant
315 South Monument Avenue
P. O. Box 687
Hamilton, Ohio 45012
Telephone: 868-7600

BY    _Michael D. Shanks_
      Michael D. Shanks

JUDGMENT ENTRY

On Motion of Defendant for an order designating Vernon Lyons
to serve a subpoena on Square D Company, and it appearing that
Vernon Lyons is a qualified person over 18 years of age and is
not a party to this action, IT IS HEREBY ORDERED that Vernon
Lyons is hereby designated to serve the subpoena personally on

HOLBROCK, JONSON.
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK~JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

279 P 7

IMAGED

Square D Company, wherever they may be found, as provided in Rule 17(D), Ohio Rules of Criminal Procedure, and to make due return of his service.

Dated May 8, 1984.

"ENTER"

_____
JUDGE

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

MAY 9  1984

EDWARD S. ROBB, JR.
CLERK

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK—JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

379  8

STATE OF OHIO                    :        CASE NO.  CR83-12-0614

FILED in Common Pleas Court
            Plaintiff  BUTLER COUNTY, OHIO:        STATE OF OHIO
                                          COUNTY OF BUTLER
VS                MAY 9  1984  :          COURT OF COMMON PLEAS

VON CLARK DAVIS                  :        ENTRY DESIGNATING
            EDWARD S. ROBB, JR.           THREE JUDGE PANEL
            Defendant  CLERK

        : : : : : : : : : : : : : : : : : : : : : : : : : : :

        Pursuant to Ohio Revised Code Section 2945.06, and it appearing to

the Court that the defendant Von Clark Davis has appeared in open Court and

waived his right to a trial by jury and elects to be tried by a court to be

composed of three judges, consisting of the three elected judges of the General

Division of this Court who engage in the trial of criminal cases,

        IT IS THEREFORE ORDERED that the following three-judge panel is

designated to hear and determine this cause pursuant to Ohio Revised Code

Section 2945.06:

        (1)  Judge Henry J. Bruewer, Presiding Judge;

        (2)  Judge William R. Stitsinger; and

        (3)  Judge John R. Moser.

                        E N T E R

                        DAVID BLACK,
                        Presiding Judge of the
                        Court of Common Pleas

APPROVED:

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

J 379 P 9

Clk. 312

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# Precipe for Subpena—In State Case

IMAGED

**THE STATE OF OHIO**
vs.                    *Plaintiff*

No. CR83-12-0614

**COMMON PLEAS COURT**

VON CLARK DAVIS
*Defendant*

*To the Clerk:—Issued subpena for*

**RESIDENCE**

1    Square D Company                    5735 College Corner Pike

2                                         Oxford, Ohio  45056

3

4    DUCES TECUM:  Any and all employment application and other
5    personnel records for Anthony Ferguson.

6                        **FILED in Common Pleas Court**
                          **BUTLER COUNTY, OHIO**
7

8                            **MAY 9  1984**

9

10                       **EDWARD S. ROBB, JR.**
                              **CLERK**

*to appear as witnesses in above named case, on* May 10 *A. D. 19* 84 ,

*at* 9:00 *o'clock* A. M.  *Required on behalf of the* Defendant

*Att'y    for the* Defendant

No...........................

Crim. Doc................... Page..............

## COMMON PLEAS COURT

..............................................County, O.

## THE STATE OF OHIO

                          *Plaintiff*

            vs.

.........................................................

.........................................................

                          *Defendant*......

## PRECIPE FOR SUBPENA

For ........................... Witnesses

Filed................................... 19........

                          Clerk

By ...............................................
                          *Deputy*

BARNITT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 408

CR. 18-B                                              T BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# Subpena Duces Tecum

**IMAGED**

### CRIMINAL CASE
Revised Code, Sec. 2945.45

The State of Ohio, _____Butler_____ County.          Common Pleas Court

To the Sheriff of said County:

*You are hereby commanded to subpena*     Square D Company

5735 College Corner Pike

Oxford, OH  45056

*to be and appear before the Common Pleas Court at the Court House in said*

*County, on the* __10th__ *day of* __May__ *A. D. 19*84 *, at* 9 *o'clock* A *M.,*
*to testify as a witness in a certain case pending in said Court, wherein the State*

*of Ohio prosecutes*_____     Von Clark Davis_____ ;

*and also to bring with* __you__ *, and produce at the time and place aforesaid.*

Any and all employment application and other personnel

records for Anthony Ferguson.

*; and not depart the Court without leave.*

*And therein to fail not, under penalty of the law; and to have then and there this writ.*

*Said Court requires said attendance of said witnesses on behalf of the* __Defendant__

*WITNESS my hand and the seal of said Court, this*

9th *day of* May *19* 84

Edward S. Robb, Jr.

*By* Beth O'Daniel

Clerk

*Deputy*



No. CR83 12 0614

Doc......................... Page........

## COMMON PLEAS COURT

........Butler........................County, O.

### THE STATE OF OHIO

*vs.*

Von Clark Davis

### SUBPENA

For ......Defendant........ *Witnesses*

Returnable...... May 10, ... 19 84

Michael D Shanks

Pros. Serv. ........ *Attorney*

Ret'd and Filed.................19....

.............................................. *Clerk*

By .................................................

.......................................... *Deputy*

DARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

### RETURN OF SERVICE

*I received this writ on the* 9 *day of* MAY *19* 84, *at* 8:00 *o'clock* A *M., and served the following persons named therein:*

| NAMES OF WITNESSES | Miles | How Served |
|---|---|---|
| SQUARE "D" Co. | | PER. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### SHERIFF FEES

| | | |
|---|---|---|
| Serv. & Ret. 25c. ea name, | | |
| Mileage.........mi. at 5c. | | |
| | | |
| Total - | | |

Daniel Lyons ~~Sheriff~~

By PROCESS SERVER ~~Deputy~~

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 410



## THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to*........Essix Shepherd............................

....................................................................................................................

....................................................................................................................

....................................................................................................................

*if*........He........................*may be found in your bailwick, severally to be and appear in proper person before the Judge of our Court of Common Pleas, at Hamilton, on the* 10th .......

*day of*........May........................*A. D., 19*....84 *at 9 o'clock A.M., to give evidence and the truth to say, between*.............................................................................................

*State of Ohio, and* .......Von Clark Davis..........................................................

*Defendant* , *on the part of said*..............................................................

....Defendant........................*then and there to be tried, and not depart without leave; therefore, you are nowise to fail under penalty of one hundred dollars and have you then and there this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this*.............. 10th .......

*day of*............May........................*19*......34

**EDWARD S. ROBB, JR.**

*Clerk of Common Pleas Court*

*By* .......[signature]........................*Deputy*

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

Received this Writ on the ____10____ day of ____May____ A.D., 1984,

and on the ____10____ day of ____May____ A.D., 1984, I served the same by

handing a true copy thereof with the endorsement thereon to said *Essix Shepherd*

................................................................................................................................................

and on the ....................day of ....................................A.D., 19........, I served by leaving a

true copy thereof with the endorsement thereon at the usual place of residence of said ..............

................................................................................................................................................

*Verand Pryor* , _____

By *Process Server* , Deputy

No. C3313-12-0014

SUBPOENA

State of Ohio
vs.
Von Clark Davis

Returnable May 10, 19__84__

MILES

Essix Shepherd
Pros. Serv.

Michael D. Shanks Atty.

For Defendant



## THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* ....... Vicky Moody

████████████

Hamilton, OH

*if* ....... She ....... *may be found in your bailwick, severally to be and appear in proper person before the Judge of our Court of Common Pleas, at Hamilton, on the* ....... 10th .......

*day of* ....... May ....... *A. D., 19* ... 84, *at 9 o'clock A.M., to give evidence and the truth to say, between* .......

*State of Ohio, and* ....... Von Clark Davs.

*Defendant* , *on the part of said* .......

....... Defendant ....... *then and there to be tried, and not depart without leave; therefore, you are nowise to fail under penalty of one hundred dollars and have you then and there this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* ....... 10th

*day of* ....... May ....... *19* ... 84.

**EDWARD S. ROBB, JR.**

*Clerk of Common Pleas Court*

*By* ....... *Deputy*

CC-100-L



THE STATE OF OHIO, BUTLER COUNTY, ss.

Received this Writ on the _____*10*_____ day of ____*MAY*____ A. D., 19*84*
and on the _____*10*_____ day of ____*MAY*____ A. D., 19*84*, I served the same by
handing a true copy thereof with the endorsement thereon to said *Vickie Moody*

and on the _____ day of _____ A. D., 19_____, I served by leaving a
true copy thereof with the endorsement thereon at the usual place of residence of said _____

_Vernal Lyons_____, ~~Sheriff~~
By _PROCESS SERVER_____, Deputy

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 414



## THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* ........Jo..Danna..Southern................................

..............■■■■■■■■■■..................................................................................

...........Hamilton,..OH..45011.....................................................................

*if* .......Sha.........................*may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* ......10th ......

*day of* ........May.........................*A. D., 19..84.., at 9 o'clock A.M., to give evidence and the truth*

*to say, between*.................................................................................................

*State of Ohio, and* ........... Von Clark Davis .........................................................

*Defendant , on the part of said*...........................................................................
Defendant

..................................*then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this*.........10th...............

*day of*...........May.......................*19..84.*



**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*

By............................................*Deputy*

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

Received this Writ on the _10_ day of _MAY_ A.D., 1984

and on the _10_ day of _MAY_ A.D., 1984, I served the same by

handing a true copy thereof with the endorsement thereon to said _Jo DANNA_

_SOUTHERN_

and on the _____ day of _____ A.D., 19____, I served by leaving a

true copy thereof with the endorsement thereon at the usual place of residence of said _____

_Vernon Lyons_ ,

By _PROCESS SERVER._, D

No. CR83 12 0815

SUBPOENA

State of Ohio

vs.

Von-Clark Davis

Returnable May 10, 19 34

Jo Danna Southern

Pros. Serv.

Michael D. Shanks

For Defendant

Atty.



# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* John Hill

c/o Hamilton Police Dept.

Hamilton, OH 45011

*if* He *may be found in your bailwick, severally to be and appear in proper person before the Judge of our Court of Common Pleas, at Hamilton, on the* 10th *day of* May *A. D., 19* 84*, at 9 o'clock A.M., to give evidence and the truth to say, between* State of Ohio, and Von Clark Davis

*Defendant , on the part of said*

Defendant *then and there to be tried, and not depart without leave; therefore, you are nowise to fail under penalty of one hundred dollars and have you then and there this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* 10th *day of* May *19* 84

**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*

*By* _____ *Deputy*

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

Received this Writ on the............*10*............day of........*MAY*.................A.D., 19.*84.*
and on the.......*10*..........day of.......*MAY*...............A.D., 19.*84,* I served the same by
handing a true copy thereof with the endorsement thereon to said *John Hill*................
................................................................................................................................................
and on the............................day of...............................A.D., 19......., I served by leaving a
true copy thereof with the endorsement thereon at the usual place of residence of said.............
................................................................................................................................................

*Vernon Lyons*................. ~~Sheriff~~

By *Process Server*......., ~~Deputy~~

No. CR83 12 0614

State of Ohio

vs.

Von Clark Davis

Returnable ....... May 10., 19 ..., ...

John Hill

Pros. Serv.

Michael D. Shanks ...... Atty.

For ......Defendant

SUBPOENA

# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

IMAGED

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* ...... Essix Shepherd ................................

.....................................................................................................................................................

.....................................................................................................................................................

.....................................................................................................................................................

*if* ...... He ........................... *may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* 10th ......

*day of* ....... May ........................... *A. D., 19* .... 84 *at 9 o'clock A.M., to give evidence and the truth*

*to say, between* ..................................................................................................................................

*State of Ohio, and* ...... Von Clark Davis ..................................................................

*Defendant , on the part of said* ...............................................................................................

Defendant .................... *then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* .................... 10th ..................

*day of* ......... May ..................... *19* ...... 84

**EDWARD S. ROBB, JR.**

*Clerk of Common Pleas Court*

*By* ...................................... *Deputy*

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the* 10 *day of* May *A. D., 1984*

*and on the* 10 *day of* May *A. D., 1984, I served the same by*

*handing a true copy thereof with the endorsement thereon to said* Essix Shepherd

*and on the* *day of* *A. D., 19......., I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said.............*

Vernod Ingove ........., 

*By* Process Server ......, 

No. CR83-12-0614

State of Ohio

*vs.*

Von Clark Davis

*Returnable* May 10, 19

Essix Shepherd

Pros. Serv.

SUBPOENA 84 MILES

Michael D. Shanks

*For* .......Defendant

*Atty.*

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 420

# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •  IMAGED

### To the Sheriff of Butler County, Greeting:

*WE COMMAND that you give notice to* .....John. Hill....................................................

c/o. Hamilton. Police. Dept.,....................................................................................................

Hamilton, OH 45011................................................................................................................

..............................................................................................................................................

*if* .........He ........................ *may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* ............ 10th ........

*day of* .......May....................... *A. D., 19....* 84 *, at 9 o'clock A.M., to give evidence and the truth*

*to say, between*.....................................................................................................................

*State of Ohio, and* .......... Von Clark Davis .....................................................................

*Defendant , on the part of said*...............................................................................

....Defendant.................*then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* ............ 10th ................

*day of* .........May..............................*19*.....84

**EDWARD S. ROBB, JR.**

*Clerk of Common Pleas Court*

*By* ...............................................*Deputy*

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the* 10 *day of* MAY *A. D., 19* 84

*and on the* 10 *day of* MAY *A. D., 19* 84, *I served the same by*

*handing a true copy thereof with the endorsement thereon to said* John Hill

*and on the* *day of* *A. D., 19* , *I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said*

Vernon Lyons , Sheriff

By PROCESS SERVER , Deputy



SUBPOENA

No. CR83 12 0614

State of Ohio

*vs.*

Von Clark Davis

Returnable May 10, 19

John Hill

Pros. Serv.

Michael D. Shanks

For Defendant

Atty.

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 422

# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •                                    IMAGED

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to*......Jo..Danna..Southern..........................

..........███████████..............................................................................................

........Hamilton,...OH...45011.................................................................................

*if*......She.........................*may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the*........10th ........

*day of*........May........................*A. D., 19*..84.., *at 9 o'clock A.M., to give evidence and the truth*

*to say, between*.......................................................................................................

' *State of Ohio, and* ............Von Clark Davis................................................................

*Defendant    , on the part of said*........................................................................
Defendant
........................................*then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*
                                                                              10th
  *WITNESS my hand and the seal of said Court at Hamilton, this*.................................

*day of*.....May.........................*19*...84....


**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*

*By*........................................................*Deputy*

CC-100-L

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 423

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the.......10.........day of....MAY......................A. D., 1934.*

*and on the.........10......day of.....MAY.................A. D., 1934, I served the same by*

*handing a true copy thereof with the endorsement thereon to said...Jo...DANNA........*

*Southern*

*and on the..........................day of...................................A. D., 19......., I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said..............*

Vernon Lyons................, *Sheriff*

*By..PROCESS SERVER., Deputy*



VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 424

# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

*IMAGED*

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* Vicky Moody

.

Hamilton, OH

*if* She *may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* 10th

*day of* May *A. D., 19* 84, *at 9 o'clock A.M., to give evidence and the truth*

*to say, between*

*State of Ohio, and* Von Clark Davs.

*Defendant , on the part of said*

Defendant *then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* 10th

*day of* May *19* 84.

**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*

*By* Deputy

CC-100-L

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 425

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the* 10 *day of* May *A. D., 19 84*

*and on the* 10 *day of* May *A. D., 19 84, I served the same by*

*handing a true copy thereof with the endorsement thereon to said* Vickie Moody

.........................................................................................................................

*and on the*............................*day of*........................................*A. D., 19......., I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said*...............

.........................................................................................................................

Vernal Lyons ...................., Sheriff

*By* Process Server ....., Deputy



IMAGED

COURT OF COMMON PLEAS

FILED MAY 10 AM 8 30

BUTLER COUNTY, OHIO

CLERK OF COURTS

EDWARD S. ROSS JR.

STATE OF OHIO                             CASE NO. CR83-12-0614

Plaintiff          :

-vs-               :          MOTION AND ENTRY

VON CLARK DAVIS        FILED in Common Pleas Court
                       BUTLER COUNTY, OHIO

Defendant          :          MAY 10 1984

: : : : : : : : : : : : : : :

Now comes the Defendant and moves this Court for an order

designating a person to make service of process according to Rule

17(D), Ohio Rules of Criminal Procedure, on the following

witnesses:

John Hill, c/o Hamilton Police Department, Hamilton, Ohio.

Essix Shepherd, c/o Hamilton Police Department, Hamilton, Ohio.

Jo Danna Southern, ▮▮▮▮▮▮▮▮ Hamilton, Ohio.

Vickie Moody, ▮▮▮▮▮▮▮▮ , Hamilton, Ohio.

or wherever said witnesses may be found, and suggests the desig-

nation of Vernon Lyons, who is over 18 years of age and not a

party to this action, as a suitable person to make such service.

                    HOLBROCK, JONSON, BRESSLER & HOUSER
                    Attorneys for Defendant
                    315 South Monument Avenue
                    P. O. Box 687
                    Hamilton, Ohio  45012
                    Telephone:  868-7600

                    BY _Michael D. Shanks_
                       Michael D. Shanks

JUDGMENT ENTRY

On Motion of Defendant for an order designating Vernon Lyons

to serve subpoenas on John Hill, Essix Shepherd, Jo Danna Southern

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK-JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

379  P 60

IMAGED

and Vickie Moody, and it appearing that Vernon Lyons is a qualified
person over 18 years of age and is not a party to this action,
IT IS HEREBY ORDERED that Vernon Lyons is hereby designated to
serve the subpoenas personally on John Hill, Essix Shepherd, Jo
Danna Southern, and Vickie Moody, as provided in Rule 17(D), Ohio
rules of Criminal Procedure, and to make due return of his service.

Dated: May 10, 1984.

"ENTER"

JUDGE

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK-JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

379  61

<u>INVOICE</u>             IMAGED

FROM:   Jewel Thompson
        ████████  ███████  ████
        Hamilton, Ohio   45013


TO:     Butler County Prosecutors Office
        Butler County Court House
        Hamilton, Ohio   45011
        ATTENTION:  Mike Sage

                                        5-9-84

- - - - - - - - - - - - - - - - - - - - - - -

        Transcript of Testimony
        Carbon Copy                     $36.00
        (36 pages @ $1.00)


        State of Ohio
        vs.
        Von Clark Davis

        Aggravated Murder
        Having Weapons While Under Disability



MAY 1 0 1984
RECEIVED

Form OPD-F-205     BARRETT B    RS, PUBLISHERS, SPRINGFIELD, OHIO

# CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT

Revised Code 2301.24-25     IMAGED

In the ___COURT OF COMMON PLEAS___ Court of ___BUTLER___ County

STATE OF OHIO,
XXXXXXXXX _____
                Plaintiff

                vs.

VON CLARK DAVIS
_____
        Indigent Defendant

CASE NO. ___CR83-12-0614___

ATTORNEY(S) FOR THE DEFENDANT:
**FILED in Common Pleas Court
BUTLER COUNTY, OHIO**

MAY 10 1984

I, the Clerk of Courts, hereby certify that ___Jewel Thompson, Deputy Clerk,___
the official stenographer of said court is entitled to the following fees for making transcript(s) of

___preliminary hearing in Hamilton Municipal Court___

EDWARD
CLERK

___Carla Conese___                ___5-10-84___
        Clerk's Signature                        Date

(a) _____ Transcript ordered by the court, used by the judge (100% reimbursed by the state criminal cost program).

(b) _____ Transcript ordered by the court, used by the Prosecutor (100% reimbursed by the state criminal cost program).

(c) _____ Transcript ordered by the court, used by the Defendant or the Defendant's attorney (50% reimbursed by the state Assigned Counsel Program).

(d) _____ Transcript ordered by the court, for an appeal (50% reimbursed by the state Assigned Counsel Program).

Transcript of _____ pages or folio at the rate of _____ per page or folio, ---- ___36 pages___ Additional

transcript of the same at the rate of ___$1.00___ per page or folio ---- _____ for a total of ___$36.00___ .

The court finds that the transcript set forth on said statement is in fact ordered for use in the case of an indigent person.

___N. Brueuer___
Judge's Signature and Typed Beneath
HENRY J. BRUEWER, JUDGE

The County Auditor in executing this certificate attests that the transcript was a true and accurate expense of said county's court.

_____
County Auditor's Signature

Check Number:    _____
Check Date:       _____
County Number:   _____

Form Prescribed by Ohio Public Defender Commission

J 379 P62

G8

## THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

**To the Sheriff of Butler County, Greeting:**

*WE COMMAND that you give notice to* ........Anthony..Ferguson.........................................

................................................................................................................................................

................................................................................................................................................

................................................................................................................................................

*if* ......He............................*may be found in your bailwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* .....11th.....  ......

*day of* ........May..........................*A. D., 19*....84 *at 9 o'clock A.M., to give evidence and the truth*

*to say, between*..................................................................................................................................

*State of Ohio, and* ..... Von Clark Davis ..................................................................................

*Defendant , on the part of said*........................................................................................................

*Defendant*.....................*then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this*....9th.............................

*day of*..........May..........................*19*..84...

**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*

*By*........~~B. H. O'Neill~~.............*Deputy*

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the* _____ *day of* _____ _____ *A. D., 19__,*
*and on the* _____ *day of* _____ *A. D., 19__, I served the same by*
*handing a true copy thereof with the endorsement thereon to said* _____
_____
*and on the* _____ *day of* _____ *A. D., 19__, I served by leaving a*
*true copy thereof with the endorsement thereon at the usual place of residence of said* _____
_____

_____, *Sheriff*

By _____, *Deputy*

No. CR83 12 0614

State of Ohio

vs.

Von Clark Davis

Returnable May 11, 19 84

SUBPOENA

Anthony Ferguson

Pros. Serv.

Michael D. Shanks Atty.

For Defendant

STATE OF OHIO     :    CASE NO. CR 83-12-0614

    Plaintiff    FILED   :    STATE OF OHIO    IMAGED
                            COUNTY OF BUTLER
vs.        '84 MAY 11 PM 1:13    COURT OF COMMON PLEAS

Von Clark Davis    CLERK OF Common Pleas Court
                EDWARD S. BUTLER COUNTY, OHIO  C E R T I F I C A T E
    Defendant.    BUTLER COUNTY, OHIO
                :

: : : : : : : MAY 11 1984 : : : : : : : : : :

    It appearing to the Court that Anthony Ferguson
               EDWARD S. CLERK

of AGUSTA Georgia _____, a male/female person, is a

witness in a criminal prosecution, which has been set for hearing on the 10th

day of May _____, 19 84 at ___9:00 A.m. in the Common Pleas Court

of Butler County, Ohio, and the said witness(es) Anthony Ferguson _____,

having appeared as ordered in the said cause and his/her attendance having been

for a period of __3__ day(s) on May 9-10-11 _____, 19 84 , and further

Anthony Ferguson _____, having appeared through the Uniform Act to

Secure the Attendance of Witnesses, pursuant to Sections 2939.25 through 2939.29

of the Ohio Revised Code.

    IT IS, THEREFORE, ORDERED that the Auditor of Butler County, Ohio,

issue a check in the name of Anthony Ferguson _____ in the amount of

Sixty Five _____ Dollars, which total amount

includes .500 _____ miles at ten cents (10¢) per mile for mileage from the

State of Georgia _____ to the State of Ohio, and Five Dollars ($5.00) per

day and None _____ Dollars ($ 0 ) for food and

None _____ Dollars ($ 0 ) for lodging, which

amount is reasonable cost of transportation for this out-of-state witness and

further that said check shall cover the return trip to the State of Georgia ____,

and further that said witness(es) in this criminal prosecution for the offense

of Aggravated Murder _____ contrary to Section 2903.01 _____ of the Ohio

Revised Code, and that said cost is determined as criminal cost and payable by

the Auditor of the State of Ohio under the Criminal Cost Subsidy Program.

    IT IS ORDERED that the Auditor of Butler County, Ohio, issue forthwith

said check.

                  E N T E R

                  JUDGE Henry J. Bruewer

APPROVED:

OFFICE OF
CUTING ATTORNEY
ER COUNTY, OHIO
N F. HOLCOMB
CUTING ATTORNEY
ENTSCHLER BLDG.
LTON, OHIO 45011
867-8722

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

J 379 P 88

● **SENDER:** Complete items 1, 2, 3 and 4.

Put your address in the "RETURN TO" space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check boxes(es) for service(s) requested.

1. ☑ Show to whom, date and address of delivery.

2. ☐ Restricted Delivery

CR83 12 0614 Sup.

3. Article Addressed to:

Mr. Steven Dix
Chief of Records Management
Dept of Corrections
1050 Freeway Dr.
Columbus, OH 43229

4. Type of Service:      Article Number
☐ Registered    ☐ Insured
☐ Certified      ☐ COD
☐ Express Mail    59879

Always obtain signature of addressee or agent and **DATE DELIVERED.**

5. Signature – Addressee
X *Bernadine Durley*

6. Signature (Agent)
X

7. Date of Delivery
5-7-84

8. Addressee's Address *(ONLY if requested and fee paid)*
1050 FREEWAY DR. North
Suite 403, Cols, Ohio 43229

PS Form 3811, July 1983    DOMESTIC RETURN RECEIPT

IMAGED

MAY 14 1984

EDWARD D. ROBB, JR.
CLERK

100



Clk. 312

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

## Precipe for Subpena—In State Case

IMAGED

THE STATE OF OHIO

*vs.*       *Plaintiff*

No. CR83-12-0614

VON CLARK DAVIS

*Defendant*

**COMMON PLEAS COURT**

*To the Clerk:—Issued subpena for*

RESIDENCE

1   John Hill      c/o Hamilton Police Department
2      Hamilton, Ohio 45011
3
4   Essix Shepherd   FILED In Common Pleas Court   c/o Hamilton Police Department
     BUTLER COUNTY, OHIO
5      Hamilton, Ohio 45011
6      MAY 14 1984
7   Jo Danna Southern
8      EDWARD S. ROBB, JR.   Hamilton, Ohio 45011
     CLERK
9
10   Vickie Moody
     Hamilton, Ohio 45013

*to appear as witnesses in above named case, on* Thursday, May 10 *A. D. 19 84,*

*at* 9:00 *o'clock* A. *M. Required on behalf of the* Defendant

*Att'y for the* Defendant

No...........................

Crim. Doc....................... Page.......................

## COMMON PLEAS COURT

......................................... County, O.

## THE STATE OF OHIO

Plaintiff

vs.

Defendant

## PRECIPE FOR SUBPENA

For ........................................... Witnesses

Filed............................................ 19...........

Clerk

By ...........................................................
Deputy

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

Clk. 312

BARNETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# Precipe for Subpena--In State Case

IMAGED

THE STATE OF OHIO

*vs.*

Plaintiff

No. CR 85-12-0614

**COMMON PLEAS COURT**

Von Clark Davis

Defendant

*To the Clerk:—Issued subpena for*

**RESIDENCE**

1

2  ANTHONY FERGUSON  AT  3RD FLOOR

3  BUTLER COUNTY COURT

4  HOUSE

5  HAMILTON OHIO

6

7

8

9

10

FILED IN BUTLER COUNTY, OHIO
MAY 18 1984
EDWARD S. ROBB, JR.
CLERK

*to appear as witnesses in above named case, on* FRIDAY MAY 11TH *A. D. 19* 84,

*at* 9 *o'clock* A *M.* Required *on behalf of the* DEFENDANT

*Att'y* for the DEFENDANT

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 437

No...........................

Crim. Doc................ Page...............

### COMMON PLEAS COURT

...........................................County, O.

### THE STATE OF OHIO

*Plaintiff*

vs.

.............................................................

.............................................................

*Defendant*........

### PRECIPE FOR SUBPENA

*For* ..................................................... *Witnesses*

*Filed*....................................................... *19*..........

..............................................................

*Clerk*

I  .....................................................................

*Deputy*

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

STATE OF OHIO : CASE NO. CR83-12-0614

      Plaintiff : STATE OF OHIO

            FILED In Common Pleas Court COUNTY OF BUTLER

vs         BUTLER COUNTY, OHIO COURT OF COMMON PLEAS

VON CLARK DAVIS : ENTRY OF FINDINGS

           MAY 16 1984

      Defendant :              IMAGED

  : : : : : EDWARD S. ROBB, JR. : : : : : : : : : : :

               CLERK

     This 9th day of May, 1984 came the Prosecuting Attorney of Butler
County, Ohio, into Court and the defendant, Von Clark Davis, personally appear-
ing and with his counsel, Michael D. Shanks and John A. Garretson, and the
defendant having entered pleas of Not Guilty to the charges contained in the
Indictment, to wit: Aggravated Murder contrary to Ohio Revised Code 2903.01(A),
with Specification I as specified in Ohio Revised Code 2929.04(A)(5), and with
Specification II (Firearm) as specified in Ohio Revised Code 2929.71, all as
charged in Count One of this Indictment; and Having Weapon While Under Disability
contrary to Ohio Revised Code 2923.13(A)(2), as charged in Count Two of this
Indictment.

     WHEREFORE the trial began before the Court comprised of a panel of
three judges duly assigned pursuant to Ohio Revised Code 2945.06, the defendant
in writing having waived his right to a trial by jury; and on May 11th, 1984,
having heard all the testimony and evidence adduced by both parties, and the
arguments of counsel, the Court unanimously and in writing made its findings,
to wit: Guilty, as to Count One, Aggravated Murder contrary to Ohio Revised
Code 2903.01(A); Guilty, as to the Specification I to Count One, that the
defendant prior to the offense at bar had been convicted of Murder in the Second
Degree, an essential element of which was the purposeful killing of another
contrary to Ohio Revised Code 2929.04(A)(5); Guilty as to the Specification II
to Count One, that the defendant had a firearm on or about his person while
committing the offense at bar in Count One, contrary to Ohio Revised Code
2929.71; and Guilty, as to Count Two, Having Weapon While Under Disability,
contrary to Ohio Revised Code 2923.13(A)(2).

     The defendant is referred to the Adult Probation Department of Butler
County, Ohio for a pre-sentence investigation.

              E N T E R

              BRUEWER, JUDGE PRESIDING

              STITSINGER, J.

              MOSER, J.

APPROVED:

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

J 379 P 260

/03

IMAGED

STATE OF OHIO                    :        CASE NO.  CR83-12-0614

    Plaintiff                :        STATE OF OHIO
                                          COUNTY OF BUTLER
vs                               :        COURT OF COMMON PLEAS

VON CLARK DAVIS    **FILED In Common Pleas Court**        E N T R Y
                   **BUTLER COUNTY, OHIO**

    Defendant                    :
                       MAY 2 2 1984
        : : : : : : : : : : : : : : : : : : : : : : : : : :

    Pursuant to Section 2929.03(D)(1) of the Ohio Revised Code, and
                                 CLERK
pursuant to the request of the defendant, is is hereby ordered and decreed

that the Butler County Adult Probation Department, Butler County, Ohio shall

forthwith conduct a pre-sentence investigation on the defendant, Von Clark

Davis, and that a copy of such report shall be furnished to the Court, the

Prosecuting Attorney and the attorneys for the defendant no later than May 24,

1984.

    Pursuant to Section 2929.03(D)(1) and at the request of the defendant,

it is further ordered that Dr. Roger Fisher of the Center for Forensic

Psychiatry of Butler County, Ohio shall examine the defendant for mitigation

in imposing the death penalty on behalf of the defendant.

    It is further ordered that the report of said examination shall be

provided to all parties in accordance with Section 2929.03(D)(1) not later than

May 24, 1984.

    It is further ordered that any other report made pursuant to Section

2929.03(D)(1) shall be provided not later than May 24, 1984 to all parties.

                  E N T E R

                      _____
                      BRUEWER, PRESIDING JUDGE

                      _____
                      STIFSINGER, J.

                      _____
                      MOSER, J.

APPROVED:

_____
JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

10

J 379 P 503

IMAGED

STATE OF OHIO                              :        CASE NO.  CR83-12-0614

         FILED In Common Pleas Court
         Plaintiff BUTLER COUNTY, OHIO  :        STATE OF OHIO
                                                   COUNTY OF BUTLER
vs                    MAY 22 1984        :        COURT OF COMMON PLEAS

VON CLARK DAVIS                           :        E N T R Y
         EDWARD S. ROBB, JR.
         Defendant        CLERK:

         : : : : : : : : : : : : : : : : : : : : : : : : : : :

         Pursuant to Section 2929.03(D)(1) of the Ohio Revised Code, and

pursuant to the request of the defendant, is is hereby ordered and decreed

that the Butler County Adult Probation Department, Butler County, Ohio shall

forthwith conduct a pre-sentence investigation on the defendant, Von Clark

Davis, and that a copy of such report shall be furnished to the Court, the

Prosecuting Attorney and the attorneys for the defendant no later than May 24,

1984.

         Pursuant to Section 2929.03(D)(1) and at the request of the defendant,

it is further ordered that Dr. Roger Fisher of the Center for Forensic

Psychiatry of Butler County, Ohio shall examine the defendant for mitigation

in imposing the death penalty on behalf of the defendant.

         It is further ordered that the report of said examination shall be

provided to all parties in accordance with Section 2929.03(D)(1) not later than

May 24, 1984.

         It is further ordered that any other report made pursuant to Section

2929.03(D)(1) shall be provided not later than May 24, 1984 to all parties.

                              E N T E R

                              BRUEWER, PRESIDING JUDGE

                              STITSINGER, J.

                              MOSER, J.

APPROVED:
                                        I CERTIFY THE WITHIN TO BE A
                                        TRUE COPY OF THE ORIGINAL FILED
                                        _____ 19 ___
JOHN F. HOLCOMB                          EDWARD S. ROBB, JR.
PROSECUTING ATTORNEY                     Butler County Clerk of Courts
BUTLER COUNTY, OHIO
                                                          Deputy

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY



The State of Ohio, Butler County, ss.

Received this Writ on the _____ 22 _____ day of _____ May _____ A.D. 19 84
and on the _____ 22 _____ day of _____ May _____ A.D. 19 84 , I served the same by handing
a true copy thereof with the endorsement thereon to the said _____
_____ Butler Co Sheriff Order _____
and on the _____ day of _____ A.D. 19 ___ , I served by leaving a
true copy thereof with the endorsement thereon at the usual place of residence of the said ___ :

Service _____ 8.00

Copy _____

Postage _____

Mileage _____ .65

3.65

Robert R. Walton Sr., Sheriff
Butler County, Ohio

By _____ _____ Deputy

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

MAY 28 1984

EDWARD S. ROBB, JR.
CLERK

ROBERT R. WALTON SR.
SHERIFF
BUTLER COUNTY OHIO

84 MAY 22 P 2: 02

RECEIVED
CIVIL DIVISION

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 442

# THE STATE OF OHIO, BUTTER COUNTY, ss.

• • •

IMAGED

## To the Sheriff of Butler County, Greeting:

*WE COMMAND that you give notice to* Capt. Richard Carpenter,

Sgt. J. Schmitz, Det. R. Wells, Det. D. Gross, Det. Sgt. D. Noes.

...........................................................................................................................................................

...........................................................................................................................................................

*if* They *may be found in your bailiwick, severally to be and appear in proper*

*person before the Judge of our Court of Common Pleas, at Hamilton, on the* 29th

*day of* May *A. D., 19* 84 *, at 9 o'clock A.M., to give evidence and the truth*

*to say, between*.......................................................................................................................................

*State of Ohio, and* Von Clark Davis .......................................................................................

*Defendant , on the part of said*..................................................................................................

Prosecution *then and there to be tried, and not depart without leave; therefore,*
*you are nowise to fail under penalty of one hundred dollars and have you then and there*
*this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* 24th
*day of* May *19* 84 *.*

**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*
*By* ........................................ *Deputy*

CC-100-L

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 444

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the* 24 *day of* May *A. D., 1984*

*and on the* *day of* *A. D., 19 I served the same by*

*handing a true copy thereof with the endorsement thereon to said*

*and on the* 25 *day of* May *A. D., 1984, I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said* Carpenter

*Sheriff*

*By* *, Deputy*



No. CR83 12 0614

State of Ohio

*vs.*

Von Clark Davis
May 29,

*Returnable*

Capt. RichardCarpenter

Sgt. J. Schmitz

Det. R.Wells

Det. D. Gross

Det. Sgt. D. Noes

John F. Holcomb

*For* Prosecutio

SUBPOENA

84

MILES

19

*Atty.*

421P
42D

IMAGED

# THE STATE OF OHIO, BUTLER COUNTY, ss.

• • •

IMAGED

### To the Sheriff of Butler County, Greeting:

*WE COMMAND that you give notice to* Anthony Ferguson

*if* He *may be found in your bailwick, severally to be and appear in proper person before the Judge of our Court of Common Pleas, at Hamilton, on the* 11th *day of* May *A. D., 19* 84 *at 9 o'clock A.M., to give evidence and the truth to say, between*

*State of Ohio, and* Von Clark Davis

*Defendant , on the part of said*

Defendant *then and there to be tried, and not depart without leave; therefore, you are nowise to fail under penalty of one hundred dollars and have you then and there this writ.*

*WITNESS my hand and the seal of said Court at Hamilton, this* 9th *day of* May *19* 84

**EDWARD S. ROBB, JR.**
*Clerk of Common Pleas Court*
*By* Deputy

CC-100-L

THE STATE OF OHIO, BUTLER COUNTY, ss.

*Received this Writ on the* ___9²___ *day of* ___May___ *A. D., 19 8⁴₁*

*and on the* ___9²___ *day of* ___May___ *A. D., 19 8⁴, I served the same by*

*handing a true copy thereof with the endorsement thereon to said* ___Anthony___

___Ferguson___

*and on the* _____ *day of* _____ *A. D., 19 8⁴, I served by leaving a*

*true copy thereof with the endorsement thereon at the usual place of residence of said* _____

_____ *, Sheriff*

*By* _____ *, Deputy*

No. CR83 12 0614

State of Ohio

vs.

Von Clark Davis

*Returnable* May 11, _____ , 19 84

Anthony Ferguson

Pros. Serv.

SUBPOENA

Michael D. Shanks

*For* _____ Defendant

_____ *Atty.*

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 446

Clk. 312

BARRETT  OKHS, PUBLISHERS, SPRINGFIELD, OHIO

IMAGED

## Precipe for Subpena—In State Case

5/24 RP

THE STATE OF OHIO

*vs.*                          *Plaintiff*

VON CLARK DAVIS

*No.* CR83-12-0614

COMMON PLEAS COURT

*Defendant*

*To the Clerk:—Issued subpena for*

RESIDENCE

| | | |
|---|---|---|
| *1* Capt. Richard Carpenter | HPD | |
| *2* Sgt. J. Schmitz | HPD | |
| *3* Det. R. Wells | HPD | |
| *4* Det. D. Gross | HPD | FILED in Common Pleas Court |
| *5* Det. Sgt. D. Noes | HPD | BUTLER COUNTY, OHIO |
| *6* | | MAY 25 1984 |
| *7* | | |
| *8* | | EDWARD S. ROBB, JR. |
| *9* | | CLERK |
| *10* | | |

*to appear as witnesses in above named case, on*____May 29____*A. D. 19*__84__,

*at* 8:30 *o'clock* A. *M. Required on behalf of the*____Prosecution

John F. Holcomb                          State of Ohio

____*Att'y____for  the*____

104 2/25

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 447

No...........................

Crim. Doc.................. Page..................

**COMMON PLEAS COURT**

...................................County, O.

**THE STATE OF OHIO**

                                    *Plaintiff*

                *vs.*

.......................................................

..........................................

                                    Defendant.

**PRECIPE FOR SUBPENA**

*For*..............................*Witnesses*

*Filed*..................................19........

..........................................

                                    *Clerk*

..........................................

                                    *Deputy*

RECEIVED
CIVIL DIVISION
84 MAY 24 P 2: 29
BUTLER SHERIFF
ROBERT R. COUNTY
WALTON OHIO
SR.

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 448

IMAGED

STATE OF OHIO                    :        CASE NO.  CR83-12-0614

      Plaintiff                          STATE OF OHIO
      FILED  '84 JUN 4 AM 9 14 :        COUNTY OF BUTLER
VS                               :        COURT OF COMMON PLEAS
   CLERK OF COURTS
VON CLARK DAVIS   EDWARD BUTLER COUNTY, OHIO   JUDGMENT OF CONVICTION ENTRY
         June              AND WRIT FOR THE EXECUTION
     Defendant        4 1984   :        OF THE DEATH PENALTY

: : : : : : : : : : : : : : : : : : : : : : : : : :

       This 29th day of May, 1984 the defendant came before the Court

personally and with his counsel, Michael D. Shanks and John A. Garretson, and

the Indictment, plea, trial, and verdict of the Three Judge Panel on the

issue of Guilt and Specification being as set forth in the previous Entry of

the Court, which are expressly included herein by reference,

       And the Court having considered all facts and circumstances in

aggravation and mitigation as set forth in Sections 2929.03-2929.04,

       Coming now to the imposition of sentence, pursuant to Rule 32(A)(1) of

the Ohio Rules of Criminal Procedure, the Court afforded counsel an opportunity

to speak on behalf of the defendant, and the Court addressed the defendant

personally and asked him if he wished to make a statement in his own behalf or

present any information in mitigation of punishment, and nothing being said by

defendant as to why sentence should not now be pronounced,

       IT IS ORDERED as to Count One of the Indictment that the Butler

County Sheriff shall, within thirty (30) days hereof, in a private manner,

convey the defendant to the Southern Ohio Correctional Facility at Lucasville,

Ohio, where such prisoner shall be received by the Warden and kept until the

day designated for his execution in the manner and form prescribed by law.

       IT IS FURTHER ORDERED as to Count One of the Indictment that the

defendant, Von Clark Davis, on the 1st day of October, 1984, within the walls

of the Southern Ohio Correctional Facility at Lucasville, Ohio, shall be

electrocuted by causing a current of electricity of sufficient intensity to

cause the death to pass through the body of the said defendant, the application

of such current to be continued until the said defendant is dead.

       The Warden of the Southern Ohio Correctional Facility at Lucasville,

Ohio, or, in his absence, a Deputy Warden, shall be the executioner, and said

death sentence must be inflicted within the walls of the Southern Ohio

Correctional Facility at Lucasville, Ohio and within an enclosure to be

prepared for that purpose under the direction of the Warden.  Such enclosure

shall exclude public view.

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

J 329  P 328

IMAGED

IT IS FURTHER ORDERED as to the second Specification contained in Count One of the Indictment that the defendant be confined in the Southern Ohio Correctional Facility at Lucasville, Ohio for a term of actual incarceration of three (3) years imposed pursuant to Section 2929.71 of the Ohio Revised Code, to be served prior to and consecutively with any other term of imprisonment imposed herein.

IT IS FURTHER ORDERED as to Count Two of the Indictment that the defendant be confined in the Southern Ohio Correctional Facility at Lucasville, Ohio, for a definite term of one and one-half (1-1/2) years.

IT IS FURTHER ORDERED that the defendant shall pay the costs of prosecution herein.

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

MAY 4 1984

EDWARD S. ROBB, JR.
CLERK

E N T E R

HENRY J. BRUEWER, PRESIDING JUDGE

WILLIAM R. STITSINGER, JUDGE

JOHN R. MOSER, JUDGE

APPROVED:

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
JOHN F. HOLCOMB
PROSECUTING ATTORNEY

BUTLER COUNTY
COURTHOUSE
P. O. BOX 515
HAMILTON, OHIO 45012

J379 P829     - 2 -

Clk. 355

BARRETT    BROS. PUBLISHERS, SPRINGFIELD, OHIO

IMAGED

THE STATE OF OHIO

vs.

Von Clark Davis

Common Pleas Court **Butler** County, Ohio

**May** Term, A. D. 19 84

No. CR 83-12 - 0014 Crim. Doc. Vol. _____ Page _____

Indictment for *aggravated murder & Having weapon while under disability*

H.m.C. (83-CRA-3565-3539)

**COST BILL**
**To Collect from Defendant**

---

**CLERK: Revised Code Sec. 2303.20**

| | | |
|---|---|---|
| 1—For each cause, which shall include | 15.00 | 15 00 |
| Docketing in appearance docket | | |
| Filing necessary documents, noting the filing of such | | |
| documents, except subpena, on appearance docket | | |
| Issuing certificate of deposit in foreign writs | | |
| Certificate of opening deposition | | |
| Entering cause on trial docket | | |
| Entering cause on motion docket | | |
| Indexing pending suits | | |
| Indexing living judgments | | |
| Noting on appearance docket all papers mailed | | |
| Certificate for attorney's fee | | |
| Certificate for stenographer's fee | | |
| Preparing cost bill | | |
| Entering on indictment any plea | | |
| Certifying on penitentiary cost bill that execution was issued | | |
| Entering costs on docket and cash book | | |
| 2—Taking undertakings, bonds, recognizances, each | 1.00 | |
| 3—Issuing writs, orders, notices, except subpena, each | 1.00 | 2 00 |
| 4—Issuing subpena, swearing witness, entering attendance, and | | |
| certifying fees, each name | 1.00 | 57 00 |
| 5—Calling Jury, each cause | 10.00 | |
| 6—Entering on journal, indexing and posting on appearance docket | | |
| double spaced 8½ x 13 in. pages, or fraction thereof, each page | 1.00 | 22 00 |
| 7—Making copies of pleadings, process, record, or files, including | | |
| certificate and seal, double spaced 8½ x 13 in. pages, or | | |
| fraction thereof, each page | 1.00 | |
| 8—Execution or transcript of judgment, including indexing, each | 1.00 | |
| 9—Making complete record, including indexing, double spaced | | |
| 8½ x 13 in. pages, or fraction thereof, each page | 1.00 | 3 00 |
| 10—Taking affidavits, including certificate and seal | 1.00 | |
| 11—Docketing and indexing appeal, including filing and noting of all | | |
| the necessary documents, each | 15 00 | |
| 12—Certificate of fact under seal of Court, to be paid by the | | |
| party demanding same, each | 1.00 | |
| *Postage* | | 6 40 |

**SHERIFF:** Revised Code Sec. 311.17

| | | |
|---|---|---|
| 1—Serv. and ret. of warr. to arrest, persons, per pers. | 5.00 | |
| * Mileage | | 2 65 |
| 2—Serv. and ret. of copy of indict., each deft. | 2.00 | |
| * Mileage | | |
| 3—Service and return of summons, writs, orders, or notices, 1st name 3.00 and additional names, each | .50 | 3 65 |
| * Mileage | | |
| 4—Service and return of subpena, persons, each pers. named | 1.00 | 61 40 |
| * Mileage | | |
| 5—Taking bail bond | 1.00 | |
| 6—Service and return of venire, persons, each | 1.00 | |
| * Mileage | | |
| 7—Summoning jurors, other than on venire, each | 1.00 | |
| * Mileage | | |
| 8—Calling action | .50 | |
| 9—Calling jury | 1.00 | |
| 10—Calling witnesses, each | 1.00 | |
| 11—Taking prisoner before judge or court da. per day | 3.60 | 15 00 |
| 12—Receiv., diseng., or surrend. pris., each pris. | 2.00 | 10 00 |
| 13—Service and return of execution when money is paid without levy, or no property found | 3.00 | |
| 14—Serv. and ret. on execution when levy is made on goods and chattels, including inventory | 15.00 | |
| * Mileage | | |
| 15—Service and return on execution when levy is made on real prop. for the first tract | 10.00 | |
| additional tracts, each | 2.00 | |
| * Mileage | | |
| 16—Poundage on all moneys actually made and paid to to the sheriff on execution, decree, or sale of real estate as follows: | | |
| On the first $20,000, one percent | | |
| On all sums over $20,000 $ , ½ of one percent | | |
| 17—Administering oath to appraisers, each | 1.50 | |
| 18—Furnishing copies of advertisements, words, per 100 words | .50 | |
| * Mileage: First Mile | .50 | |
| and ............ Miles @ .15 per mile | | |
| **MISCELLANEOUS** | | |
| Sheriff *Montgomery* Co. | | 2 80 |
| Magistrate | | |
| Witnesses in Magistrate Court | | |
| Chief of Police, Marshal or Constable | | |
| Municipal Court Fees | | 43 30 |
| Witnesses in Municipal Court | | |
| Postage | | |
| Notary | | |
| Attorney | | |
| Stenographer | | 8 00 |
| Requisition costs | | 34 00 |
| Total fees in Common Pleas Court | | |

**SUMMARY**

| | | |
|---|---|---|
| Clerk | | 105 40 |
| Sheriff | | 93 70 |
| Witnesses in C. P. Court | | 350 80 |
| Other Fees in C. P. Court | | 401 80 |
| Total Fees in C. P. Court | | |
| Total Fees in Court | | |
| Total Fees in Municipal Court | | 43 30 |
| *Reparation Rotary Fund* | | 27 00 |
| Dated *June 5* 19 84 | Total fees | 1021 00 |

TOTAL COSTS.

Southern Ohio Correctional
Facility at Lucasville

(CR84-06-071)

No. CR-83-12-0614

Doc.............. Page..............

**COMMON PLEAS COURT**

Butler County, O.

May Term, 1984

**THE STATE OF OHIO**

*vs.*

Von Clark Davis

**COST BILL**

Filed 6-5 1984

................................ Clerk

By ................................
Deputy Clerk

FRI OCT 5 1984

1021.00

Clerk of Courts

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 452

| Witnesses | Amount |
|---|---|
| Holly Mattox | 3580 |
| Robert Green | 600 |
| Benita Taylor | 600 |
| Rose V. Williams | 1300 |
| Evelyn Jones | 1480 |
| Floyd Fletcher | 1700 |
| James Coleman | 1800 |
| Gale Edward | 1200 |
| Patrick Cornwell | 1200 |
| Felicia Smith | 1500 |
| Harold Jordan | 1200 |
| Anthony Taylor | 2400 |
| Officer Schmidt | 2400 |
| Curtis C. Carpenter | 600 |
| Peter J. Oakley | 1200 |
| Peter J. Oakley | 1200 |
| Roy Holliday | 600 |
| Lester Broe Drew | 2000 |
| Lester Broe Drew | 4200 |
| Lester Broe Miller | 4200 |

*RETURN COPIES*

```
STATE OF OHIO           :    State of Ohio, Butler County

        Plaintiff       :    Court of Common Pleas

vs.                     :    Case No.  CR83-12-0614

VON CLARK DAVIS   FILED In Common Pleas Court  O P I N I O N
                       BUTLER COUNTY, OHIO
        Defendant       :

                          JUN 1 1 1984    :

BRUEWER, J.            EDWARD S. ROBB, JR.
                           CLERK
```

This opinion is made pursuant to Section 2929.03(F), Ohio Revised Code.

This panel of three (3) judges has imposed the death penalty and makes the following findings as to the existence of mitigating factors and aggravated circumstances.

We find the following to be mitigating factors:

1) The Defendant adjusted well to prison routine and during his stay in prison, obtained a high school GED and an associate degree in Business Administration, and studied for and worked as a dental technician.

2) There has always been a good family relationship between the Defendant and all members of his family, including his step father.

3) Since his release on parole, he has maintained at least partial employment.

4) As testified by the psychologist, Defendant has a compulsory personality disorder or explosive disorder which

I CERTIFY THE WITHIN TO BE A TRUE COPY OF THE ORIGINAL FILED

EDWARD S. ROBB, JR.
Butler County Clerk of Courts

_____
                    Deputy

19___

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

JUN 11 1984

EDWARD S. ROBB, JR.
CLERK

2

may have constributed to the violence in this case.

We find the following aggravated circumstances have been proven beyond a reasonable doubt:

1)  The manner by which the Defendant purchased the gun, used to kill the victim in this case.

2)  The manner by which the Defendant purchased the ammunition for the gun.

3)  The shooting of the victim, the firing at close range and finally placing the gun almost against her skull and discharging the weapon.

4)  The prior purposeful killing of his wife in 1970 by multiple stab wounds.

5)  Committing the present offense while on parole for the murder of his wife.

After considering the mitigating factors and the aggravating circumstances proved beyond a reasonable doubt, we unanimously find by proof beyond a reasonable doubt that the aggravated circumstances the  Defendant was found guilty of, outweigh the mitigating factors found by this panel.

The killing of the victim in this case was planned, calculated and designed by the Defendant and carried out in an execution fashion.  Further, he had previously been convicted of second degree Murder for the purposeful killing of his wife.  These make it impossible for this panel to arrive at any other conclusion than that the aggravated

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED

EDWARD S. ROBB, JR.
Butler County Clerk of Courts

19___

Deputy

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

JUN 11 1984

EDWARD S. ROBB, JR.
CLERK

circumstances, proven beyond a reasonable doubt, outweigh

the mitigating factors.

    We, therefore, sentence the Defendant to death by

electrocution on October 1, 1984.


_____
JUDGE HENRY J. BRUEWER

_____
JUDGE WILLIAM R. STITZINGER

_____
JUDGE JOHN R. MOSER

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
EDWARD S. ROBB, JR.
Butler County Clerk of Courts

19__
Deputy

IMAGED

| STATE OF OHIO | : | State of Ohio, Butler County |
|---|---|---|
| Plaintiff | : | Court of Common Pleas |
| vs. | : | Case No.  CR83-12-0614 |
| VON CLARK DAVIS | : | O P I N I O N |
| Defendant | | |

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

: : : : : : :
JUN 1 1 1984

BRUEWER, J.

EDWARD S. ROBB, JR.
This opinion is made pursuant to Section 2929.03(F),
Ohio Revised Code.

This panel of three (3) judges has imposed the death
penalty and makes the following findings as to the existence
of mitigating factors and aggravated circumstances.

We find the following to be mitigating factors:

1)  The Defendant adjusted well to prison routine and
during his stay in prison, obtained a high school GED and
an associate degree in Business Administration, and studied
for and worked as a dental technician.

2)  There has always been a good family relationship
between the Defendant and all members of his family, including
his step father.

3)  Since his release on parole, he has maintained
at least partial employment.

4)  As testified by the psychologist, Defendant has
a compulsory personality disorder or explosive disorder which

107
J 380 P 117

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 456

**FILED in Common Pleas Court**
**BUTLER COUNTY, OHIO**

**JUN 1 1 1984**                    IMAGED

**EDWARD S. ROBB, JR.**
**CLERK**

2

may have constributed to the violence in this case.

We find the following aggravated circumstances have
been proven beyond a reasonable doubt:

1) The manner by which the Defendant purchased the
gun, used to kill the victim in this case.

2) The manner by which the Defendant purchased the
ammunition for the gun.

3) The shooting of the victim, the firing at close
range and finally placing the gun almost against her skull
and discharging the weapon.

4) The prior purposeful killing of his wife in 1970
by multiple stab wounds.

5) Committing the present offense while on parole
for the murder of his wife.

After considering the mitigating factors and the
aggravating circumstances proved beyond a reasonable doubt,
we unanimously find by proof beyond a reasonable doubt that
the aggravated circumstances the Defendant was found guilty
of, outweigh the mitigating factors found by this panel.

The killing of the victim in this case was planned,
calculated and designed by the Defendant and carried out in
an execution fashion. Further, he had previously been
convicted of second degree Murder for the purposeful killing
of his wife. These make it impossible for this panel to
arrive at any other conclusion than that the aggravated

J 380 P118

IMAGED

circumstances, proven beyond a reasonable doubt, outweigh the mitigating factors.

We, therefore, sentence the Defendant to death by electrocution on October 1, 1984.

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

JUN 1 1 1984

EDWARD S. ROBB, JR.
CLERK

JUDGE HENRY J. BRUEWER

JUDGE WILLIAM R. STITZINGER

JUDGE JOHN R. MOSER

J 380 P 119

In The Cou of Common Pleas of __BU__ __ER__ ___ County

IMAGED

| | | |
|---|---|---|
| State of Ohio, | : | Notice to Supreme Court of Ohio |
| Plaintiff, | : | of Plea of Guilty or of No |
| | : | Contest, to, and Notice of |
| v. | : | Dismissal of, Indicting Charging |
| | : | Aggravated Murder with |
| | : | Specification(s) of Aggravating |
| Defendant. | : | Circumstances [R.C. 2929.021(B)] |
| | : | |

**FILED In Common Pleas Court**
**BUTLER COUNTY, OHIO**

Name of defendant:   Von Clark Davis

**JUN 1 1 1984**

The court in which the case is being heard:

**EDWARD S. ROBB, JR.**
**CLERK**

BUTLER COUNTY COMMON PLEAS COURT 3-Judge Panel ;

HENRY J. BRUEWER, WILLIAM R. STITSINGER , JOHN R. MOSER
  Case number(s):

   CR83-12-0614

    Indicate whether plea of guilty or of no contest:
      (If plea entered to only specific count(s), list each count
       and the plea entered for that court)
  **May 9,1984-Filed May 16th 1984**
   Verdict Finding;Guilty-Aggravated Murder-O.R.C.2903.01(A)(count one)
&Guilty as to Specification-I,(prior 2nd° Murder Conviction-_an essential
element of which was purposeful killing of another contraryO.R.C.2929.04(A)(5)
SENTENCE:      (If sentence imposed on specific count(s), list each counts  pg.
 June 4,1984   and the sentence on that count)
Death by Electrocution(count one),As to Specification (count one)2nd Specifcatio
3yrs. actual incarceration at Lucasville Southern Ohio Correctional Facility-
Section:2929.710.R.C.-prior to & consecutive to any other term;&1½yrs.definite a
         Date indictment dismissed:     x                        to count 2
           (xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
            xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx)

EDWARD S. ROBB, JR., CLERK OF COURTS

Clerk of Courts of  _Butler_  Count

Date:

*Jerome Cook*
*deputy clerk*

IMAGED

6-12-84

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

JUN 1 2 1984

EDWARD S. ROBB, JR.
CLERK

THE STATE OF OHIO

vs:

Von Clark Davis

CR83-12-0614
No.

INDICTMENT FOR

CR83-12-0614

It appearing that the Defendant is in indigent circumstances and unable to employ

counsel, the Court at his request assigns Jack Garretson

.............................................................................as counsel to defend him.

Approved:

Judge.

PRINTED BY AMERICAN

1 380 P154

109

Form OPD-E-202

BARR__ __ BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# APPLIC __TION, ENTRY AND C_ __TIFICATION
## FOR ASSIGNED COUNSEL FEES

IMAGED

In the _____ COMMON PLEAS _____ Court of _____ BUTLER _____ County

STATE OF OHIO,
CITY OF _____ HAMILTON

Plaintiff
vs.

CASE NO. _____ CR 83 12 0614

VON CLARK DAVIS
Defendant

## APPLICATION

The undersigned having been previously appointed counsel for the Defendant moves this Court for an order approving payment of fees and expenses as indicated below and in the attached itemized statement, pursuant to section 2941.51 and 120.33 of the Ohio Revised Code.

Date of Appointment: _____ 2-14-84

Hours Worked: In Court ___ Total 124 _____ Out of Court _____

Legal Fees: $ _____ 2500.00

Expenses (if any): $ _____ 129.50

Total: $ _____ 2629.50

**FILED in Common Pleas Court
BUTLER COUNTY, OHIO**

**JUN 12 1984**

## Disposition

O. R. C. Charge Section Number and Name:

**EDWARD S. ROBB, JR.
CLERK**

|  |  | Yes | No |
|---|---|---|---|
| a) _____ | Pleaded Guilty to Indictment | | |
| b) _____ | Pleaded Guilty to Lesser Charge | | |
| c) _____ | Went to Trial | x | |
| d) AGG, MURDER W, SPEC, 290301 2929.04(A-5) | Results found guilty; received death penalty | | |

OFFENSE CLASSIFICATION (Circle Appropriate Classification For Each Charge)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| a) | F1 | F2 | F3 | F4 | M1 | M2 | M3 | M4 | MM |
| b) | F1 | F2 | F3 | F4 | M1 | M2 | M3 | M4 | MM |
| c) | F1 | F2 | F3 | F4 | M1 | M2 | M3 | M4 | MM |
| d) | F1 | F2 | F3 | F4 | M1 | M2 | M3 | M4 | MM |

Signature JOHN A. GARRETSON
A Legal Professional Association

Name and Address
118 S. Second Street, P. O. Box 60
Hamilton Ohio 45012

Social Security Number:

## ENTRY

The Court finds that counsel performed the legal services set forth on the attached itemized Statement; and that the fees and expenses, set forth on said Statement are reasonable, and are in accordance with the resolution of the Board of County Commissioners of _____ Butler _____ County, Ohio, relating to payment of assigned counsel.

IT IS THEREFORE, ORDERED that such fees and expenses be, and are hereby approved. It is further ordered that the said amount be, and hereby is, certified by the Court to the County Auditor for payment.

_____ Judge

## CERTIFICATION

The County Auditor in executing this certification attests to the accuracy of the figures contained herein. A subsequent audit by the Ohio Public Defender Commission and/or the Auditor of State which reveals unallowable or excessive costs may result in future adjustments against reimbursement or repayment of audit exceptions to the Ohio Public Defender Commission.

County Number: _____

Check Number: _____

Check Date: _____

County Auditor

Form Prescribed by Ohio Public Defender Commission

110

J 380 P/55

FILED in Ct ... in Pleas Court
BUTLER COUNTY, OHIO

JUN 1 2 1984          IMAGED

EDWARD S. ROBB, JR.
CLERK

## ASSIGNED COUNSEL ITEMIZED STATEMENT

| DATE | ACTIVITY | TOTAL TIME |
|---|---|---|
| 2-14-84 | Meeting with Mike Shanks; reviewing and researching all motions filed; researching legal issues | 5.0 hours |
| 2-15-84 | Motion hearings, meeting with Prosecutor to review evidence; meeting with Mike Shanks | 3.0 |
| 2-21-84 | Meeting with defendant at jail; discussing case with M. Shanks | 2.0 |
| 2-22-84 | Meeting with counsel and Judge to set trial date | .5 |
| 2-23-84 | Hearing re: waiving time; meeting with M. Shanks to discuss case; meeting with Coroner re: pictures | 1.5 |
| 3- 1-84 | Meeting with defendant; conference with Prosecutor | 1.0 |
| 3-12-84 | Telephone calls with Prosecutor & M. Shanks | .5 |
| 3-22-84 | Meeting with M. Shanks; meeting with defendant at jail, reviewing jury list | 2.5 |
| 3-30-84 | Meeting with defendant at jail | 1.0 |
| 4- 8-84 | Meeting with defendant at jail | 1.0 |
| 4- 9-84 | Research | 1.0 |
| 4-10-84 | Research | 1.0 |
| 4-12-84 | Research | 1.0 |
| 4-14-84 | Research re: death penalty; meeting with defendant at jail | 4.0 |
| 4-16-84 | Meeting with M. Shanks re: strategy, researching motions manual | 4.0 |
| 4-17-84 | Meeting with Ohio Public Defenders;research | 6.0 |
| 4-18-84 | Meeting with Judge and counsel re: jury questions and case; meeting with defendant at jail; research and dictating various motions | 6.0 |
| 4-18-84 | Research at home re: motions | 2.0 |
| 4-19-84 | Hearing re: jury; researching case | 3.0 |

I hereby affirm the above is a true and accurate account
of the time spent in the preparation of this matter.

Party Represented
_____

Case No.
_____

Judge                                    Signature of Counsel
_____    _____

Date Assigned                            Date
_____    _____



FILED In Common Pleas Court
BUTLER COUNTY, OHIO

JUN 12 1984

IMAGED

- 2 -

## ASSIGNED COUNSEL ITEMIZED STATEMENT

| DATE | ACTIVITY | TOTAL TIME |
|------|----------|------------|
| 4-20-84 | Dictation and research | 3.0 |
| 4-23-84 | Dictation and research | 1.0 |
| 4-24-84 | Dictation and research | 2.0 |
| 4-26-84 | Dictation and research | 2.0 |
| 4-27-84 | Filing motions, dictation; meeting with defendant at jail | 2.0 |
| 5- 1-84 | Meeting with M. Shanks; dictation, phone calls; meeting with Judge Bruewer | 1.0 |
| 5-2-84 | Hearing re: pretrial motions; research | 3.0 |
| 5- 3-84 | Research and voir dire preparation | 2.0 |
| 5- 4-84 | Hearing re. election, meeting with defendant, research | 2.0 |
| 5- 6-84 | Research; preparation for trial | 3.0 |
| 5- 7-84 | Research; meeting with M. Shanks; meeting with defendant; preparation for trial | 4.0 |
| 5- 8-84 | Hearing re: jury waiver; meeting with defendant at jail; research; preparation for trial | 10.0 |
| 5- 9-84 | Trial; preparation at night | 10.0 |
| 5-10-84 | Trial, preparation at night | 11.0 |
| 5-11-84 | Trial, verdict; researching sentencing | 6.0 |
| 5-14-84 | Hearing re: sentencing date; reviewing prison records, research | 4.0 |
| 5-16-84 | Meeting with defendant at jail; research | 2.0 |
| 5-23-84 | Research; reviewing Dr. Fisher's report, meeting with Dr. Fisher | 2.0 |
| 5-25-84 | Reviewing presentence investigation | 1.0 |
| 5-26-84 | Sentencing hearing; waiting for verdict; hearing re: verdict | 6.0 |

I hereby affirm the above is a true and accurate account
of the time spent in the preparation of this matter.

Party Represented _____

Case No. _____

Judge _____     Signature of Counsel _____

Date Assigned _____     Date _____



**FILED In Comm Pleas Court**
**BUTLER COU..TY, OHIO**

IMAGED

**JUN 1 2 1984**

## ASSIGNED COUNSEL ITEMIZED STATEMENT
EDWARD S. ROBB, JR.
CLERK

| DATE | ACTIVITY | TOTAL TIME |
|------|----------|------------|
| 5-31-84 | Verdict and sentencing | 1.0 |
| | TOTAL HOURS | 124.0 |
| | | |
| 5- 8-84 | Advanced by John A. Garretson to Howe Distributing Company for copies | $129.50 |

I hereby affirm the above is a true and accurate account of the time spent in the preparation of this matter.

VON CLARK DAVIS
**Party Represented**

CR 83 12 0614
**Case No.**

HENRY BRUEWER
**Judge**

2-14-84
**Date Assigned**

Signature of Counsel

6-6-84
**Date**

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 464

**HOWE**
DISTRIBUTING COMPANY
223 Court Street/P.O. Box 9
Hamilton, Ohio 45012
phone (513) 863-3393

RATE OF 1½ PER MONTH WHICH IS AN ANNUAL
PERCENTAGE RATE OF 18% ON ANY PREVIOUS
BALANCE NOT PAID WITHIN 30 DAYS.

# INVOICE

INVOICE
NO.                    **32766**

TO      Grevey, Green & Garretson

INVOICE      April 30, 1984
DATE

118 South 2nd. St. P.O. Box 60

Hamilton, Ohio   45012

SHIPPED
TO                    *IMAGED*

| OUR ORDER NO. | YOUR ORDER NO. | SALESMAN | TERMS | SHIPPED VIA | PPD OR COLL. |
|---|---|---|---|---|---|
| X | | | Net 30 Days | We deliver | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Davis | | |
| 6 ea. | Copies of 192 pages 8½x11  20# White | | 115 20 |
| 1152 | Sheets Collated | | 10 94 |
| 108 | Sets stapled | | 2 16 |
| 9 ea. | Binder clips | | 1 20 |
| | | Total | 129 50 |

© 12 Available from GRAYARC CO., INC., Brooklyn, NY 11232          **ORIGINAL**

---

JOHN A. (JACK) GARRETSON                                        **2824**
A LEGAL PROFESSIONAL ASSOCIATION
ATTORNEY-AT-LAW
118 S. SECOND ST.                         May 8      19 84      56-95
HAMILTON, OHIO  45011                                          422    8

PAY
TO THE        Howe Distributing Company                     $ --129.50--
ORDER OF

-----One Hundred Twenty Nine------------and 50/100-------  **DOLLARS**

**Society**
BANK    P.O. BOX 367
of Southern Ohio  HAMILTON, OHIO 45012

FOR    Invoice 32766 (Davis)

IMAGED

● SENDER: Complete items 1, 2, 3, and 4.
Put your address in the "RETURN TO"
Space on reverse side. Common Pleas Court
(CONSOLT POST OFFICE FOR FEES)

1. The following service is requested (check one).
   ☐ Show to whom and date delivered ................ ¢
   ☑ Show to whom, date, and address of delivery .. ¢
2. ☐ RESTRICTED DELIVERY .......................... ¢
   (The extra charges for ese is charged in addition
   to the return receipt fee.) S. ROBB, JR.

CR83 12 0614        CLERK

3. ARTICLE ADDRESSED TO:

   Supreme Court /Ohio
   Col Oh

4. TYPE OF SERVICE:                    ARTICLE NUMBER
   ☐ REGISTERED    ☐ INSURED
   ☑ CERTIFIED     ☐ COD              54373
   ☐ EXPRESS MAIL
   (Always obtain signature of addressee or agent)
   I have received the article described above.
   SIGNATURE   ☐ Addressee  ☐ Authorized agent

   R. Eat...

5. DATE OF DELIVERY          POSTMARK
   JUN 7  1984              (may be on reverse side)

6. ADDRESSEE'S ADDRESS (ONLY IF REQUESTED)
   STATE OFFICE TOWER
   30 E. BROAD ST.

7. UNABLE TO DELIVER BECAUSE:         7a. EMPLOYEE'S
                                          INITIALS

☆ GPO: 1982-379-503

PS Form 3811, July 1982

RETURN RECEIPT

COURT OF COMMON PLEAS

BUTTER COUNTY, OHIO  *CA84-06-071*

| | | |
|---|---|---|
| STATE OF OHIO | : | CASE NO. CR83-12-0614 |
| Plaintiff | : | *IMAGED* |
| -vs- | : | NOTICE OF APPEAL |
| VON CLARK DAVIS | **FILED in Common Pleas Court** | |
| | **BUTLER COUNTY, OHIO** | |
| Defendant | : | |

**JUN 1 8 1984**

: : : : : : : : : : :

Now comes Defendant, **EDWARD S. ROBB, JR.** by and through his
**CLERK**
attorney, and hereby give notice of appeal of the judgment of
conviction and of sentence pursuant to Ohio Revised Code 2929.05
and other provisions of the Ohio Revised Code.

HOLBROCK, JONSON, BRESSLER & HOUSER
Attorneys for Defendant
315 South Monument Avenue
P. O. Box 687
Hamilton, Ohio  45012
Telephone:  868-7600

FILED in Court of Appeals
BUTLER COUNTY, OHIO

**JUN 1 8 1984**

BY  _Timothy R. Evans_____
Timothy R. Evans

P R E C I P E

TO THE CLERK OF COURTS
COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

Please prepare and forward for filing with the Clerk of Courts

for the Twelfth Appellate District Court of Appeals a certified

copy of the transcript of the journal entries, docket entries and

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK-JONSON
BUILDING
1 S. MONUMENT AVENUE
P. O. 687
HAMILTON, OHIO 45012

112    122



**EDWARD S. ROBB, JR.**
**CL[illegible] OF COURTS**
**BUTLER COUNTY, OHIO**

IMAGED

RECEIPT

DATE [illegible]

No. 165627

CASE # [illegible]

[illegible]

— VS —

Von Clark Davis

| | | | |
|---|---|---|---|
| | DEPOSITS | | |
| | COSTS | | |
| | FINES | | |
| | BONDS | | |
| | CERT OF JUDG. | | |
| | PASSPORTS & IMM. | | |
| | HUNT & FISH. LIC. | | |
| | [illegible] | [illegible] | [illegible] |
| | TOTAL | [illegible] | [illegible] |

Received of [illegible]

**Edward S. Robb, Jr.**
Clerk of Courts

By [illegible]
Deputy Clerk

CC-123-L

No. CR83 12 0614

Crim. Doc................Page............

**COMMON PLEAS COURT**

Butler ................County, O.

**THE STATE OF OHIO,**
*vs.*
Von Clark Davis

John F. Holcomb
**Prosecuting Attorney**

**Fi. Fa.—Execution for Cost**
CASE OF FELONY

Issued.....................19.....

Returnable................19.....

Costs, - - - - - $..........

I-·¹ from ....................

**FILED In Common Pleas Court**
**BUTLER COUNTY, OHIO**

Inc. Costs, - - - - - $.........

Ret'd and Filed.........19.....
**JUN 2 2 1994**

**EDWARD S. ROBB, JR.**
**CLERK**  Clerk

By ..................................
............................Deputy

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO
69-11-4

**SHERIFF'S RETURN**

Sheriff's Office.

.........County, O.

Received this .........

.........., 19.... at.........o'clock.....

and pursuant to this command.....

**BUTLER COUNTY OHIO**
**ROBERT R. WALTON SR.**

| SHERIFF FEES | Dols. | Cts. |
|---|---|---|
| service and Return, at name | | |
| ...additional names at | | |
| Mileage...Miles at | | |
| Administering Oath to Appraisers, each | | |
| Copies for advertisements, ...words, per 100 work.. | | |
| Poundage | | |
| Levy. | | |
| Total. | | |
| Appraiser Fees | | |
| Printer Fees | | |

Clk. 800-Q

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

## Execution for Costs In Felony

Revised Code, Sec. 2949.15

IMAGED

The State of Ohio, _____Butler_____ County.         **Common Pleas Court**

To the Sheriff of said County:

You Are Hereby Commanded, *That of the goods and chattels, and for want*

*thereof, then of the lands and tenements of* _____Von Clark Davis_____

*in your County, you cause to be made* _____$1,021.00_____

*Dollars, being the amount of the costs of prosecution, which the State of Ohio, in*

*our Court of Common Pleas, at a term thereof, commencing on the* _____4_____ *day*

*of* _____June_____ *A. D. 19* _____84_____ *by the judgment of said Court, recovered*

*against the said* _____Von Clark Davis_____

*whereof* _____he_____ *was convicted, as appears of record, with interest thereon from*

*the first day of the term aforesaid; also that you cause to be made the costs of execu-*

*tion and increase costs that may accrue.*

*Hereof fail not, but of this writ and your proceedings endorsed hereon, make*

*due return, within ten days from the date hereof.*

*WITNESS my hand and the seal of said Court,*

*at* _____Hamilton_____ *Ohio, this*

_____13_____ *day of* _____June_____ *19* _____84_____

_Edward A. Robb_

Clerk

By _____Jnoui Wate_____

Deputy

Clk. 357-D

BARRETT ' THERS, PUBLISHERS, SPRINGFIELD, OHIO

## WARRANT TO CONVEY TO

*179-828*

Southern Ohio Correctional Facility

IMAGED

Revised Code, Sec. 2949.12 to .17

The State of Ohio,_____Butler_____County.         **Common Pleas Court**

THE STATE OF OHIO
vs.

Von Clark Davis

*Indictment for*_____

Agg Murder & Having Weapons while Disability

**To the Sheriff of said County:**

*Whereas, our said Court, begun and held at*

Hamilton_____ *in said County, on* ___6___

January_____ 19__84, *the said Defendant*_____Von Clark Davis

*was indicted for* _____Agg Murder & Having Weapons while Disability

*and found guilty of*_____Agg Murder & Having Weapons while Disability

*and was sentenced by the Court to the* ____Southern Ohio Correctional Facility

**You Are Therefore Hereby Commanded,** *to take charge of and convey the said*

Von Clark Davis_____ Southern Ohio Correctional Facility
                                 *to the*

*at* ____Lucasville_____, *Ohio, and make due return*

*of your proceedings herein to this office forthwith.*

*IN TESTIMONY WHEREOF, I have hereunto set my hand and*

*affixed the seal of said Court at*_____Hamilton

*Ohio, this*_____13 *day of*_____June_____19___84

*Clerk*

*By*_____

*Deputy*

C.C.I. ,Ohio 6/19 19 84

Received *this day, from* Robert R. Walton Sr.

*Sheriff of* Butler *County, Ohio, the prisoner named in the*

*within warrant.*

Henry L. Sub
_____ *Superintendent*

## SHERIFF'S RETURN

*Received this writ on the* 15 *day of* June 19 84, *at*
9:50 *o'clock* A *.M., and on the* 19 *day of* June 19 84,
*I executed the same by conveying the person named to the place designated, as*
*shown by the receipt endorsed hereon.*

Robert Walton Sr.
_____
Deputy
*Sheriff*

| SHERIFF FEES | |
|---|---|
| *Service & Return,* | $ 5 00 |
| *Mileage* mi. @ | $ 35 |
| | |
| *Total,* - | $ 86 35 |

IMAGED

No. CR83 12 0614

Doc. Page. County, O.

COMMON PLEAS COURT

Butler County, O.

THE STATE OF OHIO

*vs.*

on Clark Davis

WARRANT TO CONVEY

TO

Southern Ohio Correctional Facility

*Returned and Filed,* 19

Clerk

Deputy

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

JUN 22 1984

EDWARD S. ROBB, JR.
CLERK

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO
82-2-3

1: December 1 1983

CRIMINAL DOCKET

FORM

FILED in Court of Appeals
BUTLER COUNTY, OHIO

JUN 2 7 1984

EDWARD S. ROBB, JR.
CLERK

IMAGED

OF OHIO

J...
B... County Prosecutor
Cou House
Ham ..., Ohio

Plaintiff

ARK DAVIS

Timot y R. ....
HOLBR C , JONSON, PRESSLER & ..
315 Sou h Monument Avenue
Hamil5., Ohio 45011

Defendant

appointed for trial?                                    #S

been appointed for appeal by trial court?   YES

t for appointment of counsel be made
rt?
                                            NO
Execution granted by trial court?          YES

icted of:    Aggravated Murder with ...

ntence:    Death penalty

ues for review:    Whether judgment is su... ...

:e; and was the death penalty appropr at

ript of proceedings be filed?

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 473

original papers in the above numbered case.          IMAGED

BY _____
Timothy R. Evans

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of
Appeals was forwarded by ordinary U. S. Mail to Mr. John Holcomb,
Prosecuting Attorney, Butler County Courthouse, Second Floor,
Hamilton, Ohio 45011 this the 18th day of June, 1984.

BY _____
Timothy R. Evans

BROCK, JONSON,
SLER & HOUSER
ORNEYS AT LAW
BROCK--JONSON
BUILDING
IONUMENT AVENUE
P. O. 687
LTON, OHIO 45012

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 474

COURT OF COMMON PLEAS

BUTLER COUNTY, OHIO

IMAGED

STATE OF OHIO,

    Plaintiff,

vs.

VON CLARK DAVIS,

    Defendant.

FILED IN COMMON PLEAS COURT
BUTLER COUNTY, OHIO

AUG 1 1984

EDWARD S. ROBB, JR.
CLERK

*

*

*

*

CR81-071
Case No. CR83-12-0614
   J. Bruewer

MOTION

* * * * * * * * * * *

    Now comes the Defendant and represents to the Court
that he is indigent and, therefore, moves the Court for an order
to provide Defendant with a transcript of proceedings for his
appeal process to the Court of Appeals, and for an order
appointing Timothy R. Evans as attorney of record for Von Clark
Davis.

_____
Timothy R. Evans
Attorney for Appellant
315 South Monument Avenue
Hamilton, Ohio 45011 (868-7600)

CERTIFICATE OF SERVICE

    A copy of the foregoing Motion was forwarded by
ordinary U.S. mail to the Prosecutor of Butler County, Ohio,
Courthouse, Hamilton, Ohio 45011, this 31st day of July, 1984.

_____
Timothy R. Evans

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK-JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

113

COURT OF COMMON PLEAS

IMAGED

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

BUTLER COUNTY, OHIO

STATE OF OHIO,          AUG 1 1984    *    Case No. CR83-12-0614
                                                   J. Bruewer
          Plaintiff,                  *

                       EDWARD S. ROBB, JR.
vs.                         CLERK              ENTRY

VON CLARK DAVIS,                      *

          Defendant.                  *

                    *  *  *  *  *  *  *  *  *  *  *

          Upon application and for good cause shown, the Court
hereby finds that the Defendant herein, Von Clark Davis, is
indigent and unable to secure an attorney for his appeal, and
further finds that said Defendant is unable to pay the expenses
of his appeal, and

          It is hereby the ORDER of the Court that a complete
transcript of proceedings be prepared in the case of The State
of Ohio vs. Von Clark Davis at public expense and timely filed
with the Court of Appeals, Twelfth District of Ohio, Butler
County, Ohio, and

          It is the further ORDER of the Court that Timothy R.
Evans be appointed as counsel of record for Defendant.


                              "Enter"

                              J. Bruewer
                                                    JUDGE


HOLBROCK, JONSON.
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK-JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

114

J 382  P 3

IMAGED

COURT OF COMMON PLEAS

BUTLER COUNTY, OHIO

CR84-071

STATE OF OHIO,                              *      Case No. CR83-12-0614

    Plaintiff,                              *

vs.                                         *              MOTION FOR
                                                       STAY OF EXECUTION
                              AUG 1 6 1984  *
VON CLARK DAVIS

    Defendant.                              *

                    *  *  *  *  *  *  *  *  *  *  *

        Now comes the defendant, by and through his attorney,
Timothy R. Evans, and moves the Court for an order staying the
date of execution of Von Clark Davis which is presently set
for October 1, 1984 upon the grounds that an appellate review
of the death sentence is pending pursuant to Section 2929.05 of
the Ohio Revised Code.

                              Respectfully submitted,


                              _____
                              Timothy R. Evans
                              Attorney for Von Clark Davis
                              315 South Monument Avenue
                              Hamilton, OH 45011 (868-7600)


                    CERTIFICATE OF SERVICE

        A copy of the foregoing Motion was forwarded to
the Prosecutor of Butler County, Ohio by hand delivering a copy
to his office at the Courthouse, Hamilton, Ohio 45011, this
15th day of August, 1984.


                              _____
                              Timothy R. Evans

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROOK-JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

115

COURT OF COMMON PLEAS

IMAGED

BUTLER COUNTY, OHIO

CA 84-06-071

STATE OF OHIO,                              *     Case No. CR83-12-0614
                                                        J. Bruewer
        Plaintiff,                          *

vs.                                    FILED in Common Pleas Court    ENTRY GRANTING
                                       BUTLER COUNTY, OHIO            STAY OF EXECUTION
VON CLARK DAVIS,                                  *

        Defendant.                     AUG 1 6 1984

                                       EDWARD S. ROBB, JR.
                                       *  *  *  *  CLERK  *  *  *  *

        Upon application and motion of Defendant for a stay
of execution and as provided by Ohio Revised Code Section 2929.05,
the imposition of the death sentence now set for October 1, 1984
is hereby stayed pending Defendant's appellate review.

                    Dated:      8-16-84   .

                                            "Enter"

            FILED in Court of Appeals
              BUTLER COUNTY, OHIO
                                            /s/ Bruewer, J.
              AUG 1 6 1984                                        JUDGE

            _____ JR.

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
_____August_____ 19 84
EDWARD S. ROBB, JR.
Butler County Clerk of Courts
Jerome Cook _____ Deputy

J 18 P 95

XLBROCK, JONSON,
ESSLER & HOUSER
TTORNEYS AT LAW
OLBROCK-JONSON
  BUILDING
S. MONUMENT AVENUE
P. O. BOX 687
AMILTON, OHIO 45012

IMAGED

COURT OF COMMON PLEAS

BUTLER COUNTY, OHIO

|  |  |
|---|---|
| STATE OF OHIO, | CR84-07 *Case No. CR83-12-0614 |
| Plaintiff, | * J. Bruewer |
| vs. | * ENTRY GRANTING |
| VON CLARK DAVIS, | * STAY OF EXECUTION |
| Defendant. | AUG 1 6 1984 * |

AUG 1 6 1984

* * * * * * * * * * *

Upon application and motion of Defendant for a stay
of execution and as provided by Ohio Revised Code Section 2929.05,
the imposition of the death sentence now set for October 1, 1984
is hereby stayed pending Defendant's appellate review.

Dated: _8-16-84_ .

"Enter"

_____ 
JUDGE

FILED
'84 AUG 16 AM 8 46
CLERK OF CO...

HOLBROCK, JONSON,
BRESSLER & HOUSER
ATTORNEYS AT LAW
HOLBROCK-JONSON
BUILDING
315 S. MONUMENT AVENUE
P. O. BOX 687
HAMILTON, OHIO 45012

116

382 P 473





PS Form 3811, July 1983 — DOMESTIC RETURN RECEIPT

SENDER: Complete items 1, 2, 3 and 4.

Put your address in the "RETURN TO" space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for service(s) requested.

IMAGED

1. ☒ Show to whom, date and address of delivery.

2. ☐ Restricted Delivery. 1.05

3. Article Addressed to: CR82-12-0614
Thomas L. Startzman
Supreme Court of State of Oh.
Columbus, Oh 43215

FILED in Common Pleas Court BUTLER COUNTY, OHIO JUL 19 1984 EDWARD S. ROBB CLERK

4. Type of Service: ☐ Registered ☐ Insured ☒ Certified ☐ COD ☐ Express Mail

Article Number: 59577

Always obtain signature of addressee or agent and DATE DELIVERED.

5. Signature – Addressee
X R. Eaton

6. Signature – Agent
X

7. Date of Delivery JUL 17 1984

MAIN OFF. CARRIER COLS. OH AUG 17 1984 USPS

8. Addressee's Address (ONLY if requested and fee paid)
STATE OFFICE TOWER 30 E. BROAD ST. 43215

---

PS Form 3811, July 1983 — DOMESTIC RETURN RECEIPT

SENDER: Complete items 1, 2, 3 and 4.

Put your address in the "RETURN TO" space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for service(s) requested.

IMAGED

1. ☒ Show to whom, date and address of delivery.

2. ☐ Restricted Delivery. 1.05

3. Article Addressed to: CR82-12-0614
Wallace E. Stein Record Clerk
S. Oh. Corr. Fac.
P.O. Box 45699
Lucasville, Oh 45699-0001

FILED in Common Pleas Court BUTLER COUNTY, OHIO AUG 20 1984 EDWARD S. ROBB, JR. CLERK

4. Type of Service: ☐ Registered ☐ Insured ☒ Certified ☐ COD ☐ Express Mail

Article Number: 59576

Always obtain signature of addressee or agent and DATE DELIVERED.

5. Signature – Addressee
x Wallace E. Stein

6. Signature – Agent
X

7. Date of Delivery
August 17, 1984

8. Addressee's Address (ONLY if requested and fee paid)
P.O. Box 45699
Lucasville, Ohio 45699

Form OPD-E-205      BARREY BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT

*IMAGED*

Revised Code 2301.24-25

In the _____ COMMON PLEAS _____ Court of _____ BUTLER _____ County

STATE OF OHIO, Hamilton
CITY OF _____

      **Plaintiff**

      **vs.**

      VON CLARK DAVIS

      **Indigent Defendant**

CASE NO. CR83-12-0614

ATTORNEY(S) FOR THE DEFENDANT:

Mike Shanks and Jack Garretson

I, the Clerk of Courts, hereby certify that _____ Teresa L. Bayer _____
the official stenographer of said court is entitled to the following fees for making transcript(s) of
     All motions and the trial proceedings and the mitigation hearing

EDWARD S. ROBB, JR., CLERK OF COURTS _____ 9-25-84

       Clerk's Signature                       Date

(a) _____ Transcript ordered by the court, used by the judge (100% reimbursed by the state criminal cost program).

(b) __X__ Transcript ordered by the court, used by the Prosecutor (100% reimbursed by the state criminal cost program).

(c) _____ Transcript ordered by the court, used by the Defendant or the Defendant's attorney (50% reimbursed by the state Assigned Counsel Program).

(d) _____ Transcript ordered by the court, for an appeal (50% reimbursed by the state Assigned Counsel Program).

Transcript of __502__ pages or folio at the rate of __1.50__ per page or folio, __$753.00__ Additional

transcript of the same at the rate of _____ per page or folio ---- _____ for a total of _____ .

The court finds that the transcript set forth on said statement is in fact, ordered for use in the case of an indigent person.

                                 **Judge's Signature and Typed Beneath**

                   HENRY J. BRUEWER

The County Auditor in executing this certificate attests that the transcript was a true and accurate expense of said county's court.

                                 County Auditor's Signature

Check Number: _____

Check Date: _____

County Number: _____

Form Prescribed by Ohio Public Defender Commission

**FILED In Common Pleas Court
BUTLER COUNTY, OHIO
SEP 25 1984
EDWARD S. ROBB, JR.
CLERK**

J 383 P 842

081-01100-001

Form CPD-E-205                                   BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT
Revised Code 2301.24-25

In the ____ COMMON PLEAS ____ Court of ____ BUTLER ____ IMAGED ____ County

STATE OF OHIO,
CITY OF ____ Hamilton ____          CR83-12-0614
         Plaintiff                CASE NO. ____

              vs.                 ATTORNEY(S) FOR THE DEFENDANT:

         VON CLARK DAVIS          Mike Shanks and Jack Garretson

       Indigent Defendant

I, the Clerk of Courts, hereby certify that ____ Theresa L. Bayer ____
the official stenographer of said court is entitled to the following fees for making transcript(s) of
all motions, trial proceedings and mitigation hearing

EDWARD S. ROBB, JR., CLERK OF COURTS _____        9-25-84
         Clerk's Signature                              Date

(a) _____ Transcript ordered by the court, used by the judge (100% reimbursed by the state criminal cost program).

(b) _X__ Transcript ordered by the court, used by the Prosecutor (100% reimbursed by the state criminal cost program).

(c) _____ Transcript ordered by the court, used by the Defendant or the Defendant's attorney (50% reimbursed by the state Assigned Counsel Program).

(d) _____ Transcript ordered by the court, for an appeal (50% reimbursed by the state Assigned Counsel Program).

Transcript of _502_ pages or folio at the rate of _1.50_ per page or folio, -$_753.00_. Additional

transcript of the same at the rate of _.75_ per page or folio --$_376.50_ for a total of $_1129.50_ .

The court finds that the transcript set forth on said statement is in fact, ordered for use in the case
of an indigent person. ORIGINAL FILE

September 25 19 84

EDWARD S. ROBB, JR.
Butler County Clerk of Courts
_____ Deputy                Judge's Signature and Typed Beneath
                                JUDGE HENRY J. BRUEWER

The County Auditor in executing this certificate attests that the transcript was a true and accurate expense of said county's court.

_____ James A. Sulton
         County Auditor's Signature

Check Number: ____ 217217 ____
                                I CERTIFY THE WITHIN TO BE A
Check Date: ____ 09-27-84 ____  TRUE COPY OF THE ORIGINAL FILED

County Number: ____ 09 ____

Form Prescribed by Ohio Public Defender Commission  EDWARD S. ROBB, JR.
                                Butler County Clerk of Courts
                                _____ Deputy

STATE OF OHIO                          :        State of Ohio, Butler County

       Plaintiff                   :        Court of Common Pleas

vs.                                    :        Case No.  CR83-12-0614

VON CLARK DAVIS                        :        ＥＮＴＲＹ

       Defendant                   :        **FILED in Common Pleas Court**
                                **BUTLER COUNTY, OHIO**
                        :   :   : SEP 25 1984  :
                       **EDWARD S. ROBB, JR.**

BOUEHER, J.                            **CLERK**

       It appearing to the Court that the above named Defen-
dant is indigent, requested a transcript of the motions and
the trial proceedings heard in open court and therebeing
reasonable grounds for such transcript, the Court, in the
interest of justice, orders that the original and a copy, plus
a copy for the Prosecutor, of the testimony in this cause be
made by the Assistant Court Reporter and the expense of such
transcripts in the sume of $753.00 for the Original; $376.50
for a copy, and $753.00 for the Prosecutor's copy, shall be
paid by the County treasurer and taxed as costs in this case.

       The Clerk of this Court shall certify the above
amo-nt of such transcript, which certificate shall be a
sufficient voucher to the County Auditor, who shall forthwith
draw his warrant upon County Treasurer in favor of Teresa L.
Bayer, who prepared the transcript.

       Said order for payment of the transcript is being
made in accordance with Section 2301.24 Revised Code of Ohio.

                   E N T E R

                   BOUEHER, J.

383    840

STATE OF OHIO            :     State of Ohio, Butler County

      Plaintiff        :     Court of Common Pleas

vs.                     :     Case No. CR83-12-0614

VON CLARK DAVIS         :     E N T R Y

      Defendant        :                              *IMAGED*

**FILED in Common Pleas Court**
**BUTLER COUNTY, OHIO**
**SEP 25 1984**
**EDWARD S. ROBB, JR.**
**CLERK**

BRUEHER, J.

     It appearing to the Court that the above named Defen-
dant is indigent, requested a transcript of the motions and
the trial proceedings heard in open court and therebeing
reasonable grounds for such transcript, the Court, in the
interest of justice, orders that the original and a copy, plus
a copy for the Prosecutor, of the testimony in this cause be
made by the Assistant Court Reporter and the expense of such
transcripts in the sume of $753.00 for the Original; $376.50
for a copy, and $753.00 for the Prosecutor's copy, shall be
paid by the County treasurer and taxed as costs in this case.

     The Clerk of this Court shall certify the above
amount of such transcript, which certificate shall be a
sufficient voucher to the County Auditor, who shall forthwith
draw his warrant upon County Treasurer in favor of Teresa L.
Bayer, who prepared the transcript.

     Said order for payment of the transcript is being
made in accordance with Section 2301.24 Revised Code of Ohio.

               E N T E R
               BRUEHER, J.

117

J 383 P 843

Form OPD-E-205

BARRETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO

# CLERK'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT

Revised Code 2301.24-25

IMAGED

In the _____ COMMON PLEAS _____ Court of _____ BUTLER _____ County

STATE OF OHIO,
CITY OF _____ Hamilton _____

Plaintiff

vs.

VON CLARK DAVIS

Indigent Defendant

CASE NO. _____ CR83-12-0614 _____

ATTORNEY(S) FOR THE DEFENDANT:

Mike Shanks and Jack Garretson

I, the Clerk of Courts, hereby certify that _____ Teresa L. Bayer _____
the official stenographer of said court is entitled to the following fees for making transcript(s) of
all motions, trial proceedings and mitigation hearing

_____ EDWARD S. ROBB, JR. CLERK OF COURTS _____ Clerk _____ 9-25-84 _____
Clerk's Signature                                                         Date

(a) _____ Transcript ordered by the court, used by the judge (100% reimbursed by the state criminal
cost program).

(b) _X_ Transcript ordered by the court, used by the Prosecutor (100% reimbursed by the state criminal
cost program).

(c) _____ Transcript ordered by the court, used by the Defendant or the Defendant's attorney (50% re-
imbursed by the state Assigned Counsel Program).

(d) _____ Transcript ordered by the court, for an appeal (50% reimbursed by the state Assigned Counsel
Program).

Transcript of _502_ pages or folio at the rate of _1.50_ per page or folio, - $_753.00_. Additional

transcript of the same at the rate of _.75_ per page or folio - $_376.50_ for a total of $_1129.50_ .

The court finds that the transcript set forth on said statement is in fact, ordered for use in the case
of an indigent person.

Judge's Signature and Typed Beneath
JUDGE HENRY J. BRUEWER
The County Auditor in executing this certificate attests that the transcript was a true and accurate ex-
pense of said county's court.

_____
County Auditor's Signature

Check Number: _____

Check Date: _____

County Number: _____

Form Prescribed by Ohio Public Defender Commission

J 383 P 841

118

Clk. 300-Q

BARRETT BROTHE PUBLISHERS, SPRINGFIELD, OHIO

ADDITIONAL **Execution for Costs In Felony**

Revised Code, Sec. 2949.15

The State of Ohio, _____BUTLER_____ County. IMAGED Common Pleas Court

To the Sheriff of said County:

You Are Hereby Commanded, *That of the goods and chattels, and for want*

*thereof, then of the lands and tenements of* __Von Clark Davis__

*in your County, you cause to be made* _____$1129.50_____

*Dollars, being the amount of the costs of prosecution, which the State of Ohio, in*

*our Court of Common Pleas, at a term thereof, commencing on the* _____25th_____ *day*

*of* _____September_____ *A. D. 19 8., by the judgment of said Court, recovered*

*against the said* _____Von Clark Davis_____

*whereof* _____he_____ *was convicted, as appears of record, with interest thereon from*

*the first day of the term aforesaid; also that you cause to be made the costs of execu-*

*tion and increase costs that may accrue.*

*Hereof fail not, but of this writ and your proceedings endorsed hereon, make*

*due return, within ten days from the date hereof.*

*WITNESS my hand and the seal of said Court,*

*at* _____HAMILTON_____ *Ohio, this*

_____21st_____ *day of* _____August_____ _____19 85_____

_____

Clerk

By _____

Deputy

## SHERIFF'S RETURN

Sheriff's Office,................................................County, O.,................................19......

*Received this writ on the...........................day of*

*.................................................., 19........ at............ o'clock.......M.,*

*and pursuant to its command*

| SHERIFF FEES | Dolls. | Cts. |
|---|---|---|
| service and Return,  st. name | | |
| .... additional names st | | |
| Mileage... Miles at | | |
| Administering Oath to Appraisers, each | | |
| Copies for Advertisements, ....words, per 100 words, | | |
| Poundage, | | |
| Levy, | | |
| | | |
| | | |
| Total, | | |
| Appraiser Fees, | | |
| Printer Fees, | | |

*I make return thereof.  No goods or chattels, lands or tenements found, whereon to levy.*

*Dated this.....................day of..........................................19........*

IMAGED

Sheriff

*By..............................*

Deputy

No...C83.12.0614

............Page......

Crim. Doc...............

COMMON PLEAS COURT

...........BUTLER............County, O.

THE STATE OF OHIO,

vs.

Von Clark Davis

John F. Holcomb

*Prosecuting Attorney*

ADDITIONAL

Fi. Fa.—Execution for Cost

CASE OF FELONY

Issued.......................19......

Returnable......................19......

Costs, - - - - - $

Int. from.......................

.. Costs, - - - - - $

Rec'd and Filed.......................19......

Clerk

By.............................

Deputy

BARNETT BROTHERS, PUBLISHERS, SPRINGFIELD, OHIO
69-11-4

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

BUTLER COUNTY            #CR83-12-0614 ✓

STATE OF OHIO,                    *        CASE NO. CA84-06-071

    Plaintiff-Appellee            *          MANDATE

   vs.                          FILED in Court of JUDGMENT ENTRY
                                BUTLER COUNTY, OHIO

VON CLARK DAVIS,                          MAY 2 7 1986

    Defendant-Appellant               EDWARD S. ROBB, JR.
                                          CLERK

    The assignments of error properly before this Court having
been ruled upon as heretofore set forth, it is the Order of this
Court that the judgment or final order herein appealed from be,
and the same hereby is, affirmed.

    It is further Ordered that a mandate be sent to the Court of
Common Pleas of Butler County, for execution upon this judgment.

    Costs to be taxed in compliance with App. R. 24.

    And the Court, being of the opinion that there were
reasonable grounds for this appeal, allows no penalty.

    It is further Ordered that a certified copy of this Judgment
Entry shall constitute the mandate pursuant to App. R. 27.

    To all of which the appellant, by his counsel, excepts.

FILED in Common Pleas Court              William R. Hendrickson
BUTLER COUNTY, OHIO                      Presiding Judge
MAY 2 7 1986
EDWARD S. ROBB, JR.                      Richard N. Koehler, Judge
CLERK

                                         Fred E. Jones, Judge

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
   May 27            19 86
EDWARD S. ROBB, JR.
Butler County Clerk of Court
   Jerome Cook            Deputy

37

*CA84-06-071*
*CR83-12-0614*

# The Supreme Court of Ohio

## Columbus

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

IMAGED

1988 TERM 2 9 1988

To wit: September 14, 1988

EDWARD S. ROBB, JR.
CLERK

State of Ohio,
    Appellee,

         v.

Von Clark Davis,
    Appellant.

Case No.  86-1171

**MANDATE**

FILED in Court of Appeals
BUTLER COUNTY, OHIO

SEP 2 0 1988

EDWARD S. ROBB, JR.
CLERK

To the Honorable Court of Common Pleas

Within and for the County of Butler, Ohio.

The Supreme Court of Ohio commands you to proceed without delay to carry the following judgment in this cause into execution:

Judgment of the Court of Appeals is affirmed in part, the sentence of death is reversed and the cause is remanded to the trial court for further proceedings consistent with law and with the opinion rendered herein.

COSTS:
Motion Fee, Affidavit of Poverty filed.

THOMAS J. MOYER
Chief Justice

    I, Marcia J. Mengel, Clerk of the Supreme Court of Ohio, do hereby certify that the foregoing order was correctly copied from the records of said Court, to wit, from the Journal of this Court.

        IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Supreme Court, on this 14th day of September, 1988.

          MARCIA J. MENGEL    CLERK

          James F Bumbro  DEPUTY

121

MDS:ljs
9/29/88

IMAGED

COURT OF COMMON PLEAS

BUTLER COUNTY, OHIO

STATE OF OHIO      *    Case No.: CR83-12-0614
                                  CA84-04-071

      Plaintiff      *           86-1171

                   FILED In Common Pleas Court

vs.             BUTLER COUNTY, OHIO   *    MOTION TO RETURN DEFENDANT
                                      FOR SENTENCING

VON CLARK DAVIS       SEP 30 1988    *

      Defendant     EDWARD S. ROBB, JR.

                         CLERK
      * * * * * * * * * *

Now comes John A. Garretson, Michael D. Shanks and Timothy R. Evans as attorneys on behalf of Defendant, Von Clark Davis, and moves the Court for an order returning Defendant from the Ohio Correctional Facility, Lucasville, Ohio, to the custody of the sheriff of Butler County, Ohio, pending a resentencing hearing in the above captioned matter.

## M E M O R A N D U M

The Supreme Court of Ohio in a recent publicized opinion has set aside the opposition of the death penalty in the above captioned case and has remanded the matter back to the trial court for resentencing pursuant to the dictates of the opinion. At the present time, Defendant, Von Clark Davis, remains on death row at the Ohio Correctional Facility in Lucasville, Ohio. Since the matter is to be rescheduled for sentencing it is imperative that the Defendant be returned as soon as practical to the custody of the Sheriff of Butler County, Ohio, so that the legal and factual issues can be properly reviewed with Defendant and counsel and further that counsel can adequately prepare for the sentencing hearing as

BRESSLER, SHANKS
AND GERLING CO., L.P.A.
ATTORNEYS AT LAW
304 N. SECOND ST.
HAMILTON, OHIO 45011
892-2112

122

IMAGED

mandated by the Supreme Court. Therefore, it is respectfully requested that the Court issue an order requiring the Ohio Department of Corrections to return Von Clark Davis to the custody of the Sheriff of Butler County, Ohio, pending further matters.

JOHN A. GARRETSON
Attorney for Defendant
616 Dayton Street
Hamilton, OH 45011
Telephone: 863-6600

By: _____ (ens)
    John A. Garretson

BRESSLER, SHANKS & GEDLING, CO., LPA
Attorneys for Defendant
304 N. Second Street
Hamilton, OH 45011
Telephone: 863-2112

By: _____
    Michael D. Shanks

HOLBROCK & JONSON
Attorneys for Defendant
315 S. Monument Avenue
Hamilton, OH 45011
Telephone: 868-7600

By: _____ (ens)
    Timothy R. Evans

## CERTIFICATE OF SERVICE

We hereby certify that a copy of the foregoing Motion was hand-delivered to John A. Holcomb, Prosecuting Attorney, 216 Society Bank Building, Hamilton, Ohio, on this 29th day of Sept. , 1988.

By: _____
    John A. Garretson

By: _____
    Michael D. Shanks

By: _____
    Timothy R. Evans

BRESSLER SHANKS
AND GEDLING CO., L.P.A.
ATTORNEYS AT LAW
304 N. SECOND ST.
HAMILTON, OHIO 45011
863-2112

STATE OF OHIO                    :              CASE NO. CR83-12-0614

Plaintiff **FILED in Common Pleas Court**
**BUTLER COUNTY, OHIO**

vs.                                             STATE OF OHIO
                                                COUNTY OF BUTLER
                                                COURT OF COMMON PLEAS

OCT 5 1988

VON CLARK DAVIS

Defendant **EDWARD S. ROBB, JR.**          **ENTRY**    *IMAGED*
**CLERK**

:    :    :    :    :    :    :    :    :

It appearing to the Court that by its decision of September 14,
1988, the Supreme Court of Ohio has affirmed the conviction of defendant as
to aggravated murder with specification, but reversed the death sentence
herein and remanded the cause for another sentencing hearing not inconsistent
with the opinion of the Supreme Court, and that pursuant thereto and pursuant
to Ohio Revised Code Sections 2929.03 et seq., a hearing has been set for
pretrial conference, October 14th   , 1988, at 9:00 o'clock a.m., before
this Court, with Judges William R. Stitsinger and John R. Moser and Judge
Henry J. Bruewer Presiding,

It is therefore ORDERED that the Superintendent of the Southern
Ohio Correctional Facility at Lucasville, Ohio, shall cause this defendant,
**Von Clark Davis, Inst. No. 179-828,** to be released to the custody of the
Butler County Sheriff, for the purpose of attending said hearing.

APPROVED AS TO FORM:                        E N T E R

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
                                            /JUDGE JOHN R. MOSER

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

JOHN F. HOLCOMB
PROSECUTING ATTORNEY

216 SOCIETY BANK BUILDING
P.O. BOX 515
HAMILTON, OHIO 45012

123

I CERTIFY THE WITHIN TO BE A
TRUE COPY OF THE ORIGINAL FILED
_____ 19 ___
EDWARD S. ROBB, JR.
Butler County Clerk of Court
_____ Deputy

The ___ ___ of ___ ___ ___ County, ss.
Received this ___ ___ the ___ **5** ___ day of ___ *October* ___ IMAGED ___ A.D. 19 **88**
and ___ ___ **12** ___ day of *October* D. 19 **88** I served the same by r ___

a true ___ ___ ___ ___ the endorse___ ___ thereon ___ the said ___ ___

*Von Clark Davis*

___ ___ th ___ ___ day of ___ ___ A.D. 19 ___, I served by leaving a true cop thereof with the endorsement thereon at the usual place of residence of the said ___

Service ____ **300**                          F.L. 13, W.L.K D., ___

Copy ____                                      Butler County, Ohio

Postage ____

Mileage ____ **4430**          By *W Howland* ____ Deputy
                **47.30**

FILED In Common Pleas Court
BUTLER COUNTY, OHIO

OCT 3 1 1988

EDWARD S. ROBB, JR.
CLERK

5 October       October       88

12       October  88

Von Clark Davis

12

Service       3⁰⁰

Postage       44³⁰       by  W Howland       Deputy
Mileage       47.³⁰

FILED in Common Pleas Court
BUTLER COUNTY, OHIO

OCT 3 1 1988

EDWARD S. ROBB, JR.
CLERK

STATE OF OHIO                   IMAGED         :          CASE NO. CR83-12-0614

                    Plaintiff                  :          STATE OF OHIO
                                                          COUNTY OF BUTLER
vs.                 FILED In Common Pleas Court           COURT OF COMMON PLEAS
                    BUTLER COUNTY, OHIO
VON CLARK DAVIS                                :

                    Defendant     NOV 4  1988            ENTRY

                    : EDWARD S. ROBB, JR.
                              CLERK:           :    :    :

        It appearing to the Court that the defendant, through counsel, has

represented to this Court that he will seek an appeal by way of a petition

for a writ of certiorari to the Supreme Court of the United States, from the

decision in **State** v. **Davis** (1988), 38 Ohio St. 3d 361, as the Ohio Supreme

Court has affirmed the conviction of defendant as to aggravated murder with

specification, but reversed the death sentence herein and remanded the cause

for another sentencing hearing not inconsistent with said opinion of the Ohio

Supreme Court, to which the defendant takes exception, and that pending such

review by the United States Supreme Court the defendant by request of his

counsel should be returned to the Southern Ohio Correctional Facility at

Lucasville, Ohio, to continue to serve the sentences heretofore imposed

herein,

        It is therefore **ORDERED** that the Butler County Sheriff shall cause

this defendant, **Von Clark Davis, Inst. No. 179-828,** to be returned to the

custody of the Superintendent of the Southern Ohio Correctional Facility at

Lucasville, Ohio, until further order of this Court.

APPROVED AS TO FORM:                          E N T E R

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO
                                              _____
                                              **JUDGE HENRY J. BRUEWER**

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

JOHN F. HOLCOMB
PROSECUTING ATTORNEY

216 SOCIETY BANK BUILDING
P.O. BOX 515
HAMILTON, OHIO 45012

124

J0023P076

STATE OF OHIO       FILED In Common Pleas Court    CASE NO. CR83-12-0614

Plaintiff BUTLER COUNTY, OHIO

                                      STATE OF OHIO
                                        COUNTY OF BUTLER

VS.                   NOV 4  1988         COURT OF COMMON PLEAS

VON CLARK DAVIS

               EDWARD S. ROBB, JR.      **ENTRY**       IMAGED
             Defendant       CLERK

         :    :    :    :    :    :    :    :    :

It appearing to the Court that the defendant, through counsel, has represented to this Court that he will seek an appeal by way of a petition for a writ of certiorari to the Supreme Court of the United States, from the decision in **State v. Davis** (1988), 38 Ohio St. 3d 361, as the Ohio Supreme Court has affirmed the conviction of defendant as to aggravated murder with specification, but reversed the death sentence herein and remanded the cause for another sentencing hearing not inconsistent with said opinion of the Ohio Supreme Court, to which the defendant takes exception, and that pending such review by the United States Supreme Court the defendant by request of his counsel should be returned to the Southern Ohio Correctional Facility at Lucasville, Ohio, to continue to serve the sentences hetetofore imposed herein,

It is therefore ORDERED that the Butler County Sheriff shall cause this defendant, Von Clark Davis, Inst. No. 179-828, to be returned to the custody of the Superintendent of the Southern Ohio Correctional Facility at Lucasville, Ohio, until further order of this Court.

APPROVED AS TO FORM:            **E N T E R**

JOHN F. HOLCOMB
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

                                 **JUDGE HENRY J. BRUEWER**

                                 I CERTIFY THE WITHIN TO BE A
                                 TRUE COPY OF THE ORIGINAL FILED
                                 November 4 1988
                                 EDWARD S. ROBB, JR.
                                 Butler County Clerk of Courts
                                 Jerome       Deputy

OFFICE OF
PROSECUTING ATTORNEY
BUTLER COUNTY, OHIO

JOHN F. HOLCOMB
PROSECUTING ATTORNEY

216 SOCIETY BANK BUILDING
P.O. BOX 515
HAMILTON, OHIO 45012

SOUTHERN OHIO CORRECTIONAL FACILITY
LUCASVILLE, OHIO

IMAGE

R E C E I P T    F O R    I N M A T E

SUBJECT:          INMATES RETURNED FROM COURT HEARINGS

RECEIVED FROM:    SHERIFF OF Butler _____ COUNTY,

                  CITY Hamiltion _____ STATE Ohio _____

The following inmates:    179 828-C    DAVIS, Von Clark

RECEIVED BY: _Wallace E. Stein_

WALLACE E. STEIN
CHIEF RECORD CLERK

/hld

cc:  Personnel Office
     Record Office

November 9, 1988
DATE

SS/Revised 5-83: Re-6105

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 497

The State of Ohio  Butler County, ss.

Received This Writ on the _____ day of _____ A.D. 19 88
and on the _____ 9 _____ day of _____ A.D. 19 86, I served the same _____
a true copy thereof with the endorsement thereon to the said _____
_Von Clark Davis and returned it to Lucasville_
and on the _____ day of _____ A.D. 19 ___, I served by leaving a
true copy thereof with the endorsement thereon at the usual place of residence of the said _____

Service _____ 3.00 _____  Robert R. Walton Sr., Sheriff
Copy _____  Butler County, Ohio
Postage _____
Mileage _____ 47.50
_____ 50.50

By _____ Deputy