

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

2009 MAY -8 PM 1:11

**STATE OF OHIO,**

    **Plaintiff,**

COPY CLERK
BUTLER COUNTY
CLERK OF COURTS

**Case No. CR 1983-12-0614**

**vs.**

                    :

                    :

**VON CLARK DAVIS**       :     **Judge Nastoff**

    **Defendant.**         :

---

## DEFENDANT'S MOTION IN LIMINE

---

    ***NOW COMES*** Defendant, by and through his undersigned counsel, and, who files a Motion in Limine as to evidence the Prosecutor may be intending to introduce in the instant case which is set for a Mitigation Hearing Trial beginning May 11, 2009. Specifically, the defense requests an Order directing that the State of Ohio shall not be allowed to introduce additional evidence and will not be allowed to introduce evidence beyond the fact and document which is the Defendant's Judgment Conviction Entry from the 1971 conviction for the prior purposeful murder which occurred in 1970. The only capital specification in this case is that prior purposeful murder.

    In the past couple of weeks, the Prosecutor has filed Supplemental Discovery listing documents and evidence. Furthermore, as to one piece of supplemental discovery, the Prosecutor contacted undersigned counsel to determine if she would stipulate to the Coroner's Records or whether the defense would require the State to bring in a witness from the Coroner's office. Defense Counsel Porter returned their call and was advised that they State was seeking this stipulation as to the 1970 murder records which would be coming in from the Coroner's Office. Obviously, undersigned counsel's responded that we would not stipulate to new evidence being presented at our client's Mitigation Trial. In addition, the Prosecutor has listed witnesses in its discovery which appear to pertain solely too evidence pertaining to the 1970 prior murder, Case number 21655, Butler County Ohio Common Pleas, such as listing Butler County Commissioner Charles "Chuck" Furmon, the lead Detective in the 1970 case, as a witness and a Coroner's diagram and an amended diagram of the victim in the 1971 conviction.

    Based upon that conversation had with the Prosecutor and the continued Supplemental Discovery content from the State of Ohio, the defendant through counsel



**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135



hereby formally motions this Court for an order limiting the Prosecutor as to evidence of the prior 1971 Murder conviction that can be presented at this Mitigation Trial. The Defense asks that specifically, the Court order that the State of Ohio only be allowed to submit the Judgment Conviction entry and not additional evidence which would result in an unconstitutional trial.

The defense points to the case of Rocky Barton, convicted in Warren County Common Pleas in which the Aggravating Circumstance was the prior purposeful killing. In that case, the State of Ohio submitted as evidence, Exhibit 17 Final Judgment from Kentucky and Exhibit 18, Indictment and Plea Kentucky. In the Mitigation Phase, the State of Ohio moved for admission of these exhibits. The exhibits were admitted into evidence. The State of Ohio put on no additional witnesses or testimony and rested with the sole admission of these two exhibits. (See State of Ohio v. Rocky Barton 03CR20526, Trial Transcript, pp. 1345-1346, and Index of Exhibits) (**Attachment 1**). The State's case took all of 4 lines of transcript.

Further, the Defense incorporates by reference all legal and factual arguments made in its April 6, 2009 filing titled *Von Clark Davis' Memorandum Contra to the State's Motion in Limine*, wherein the defense continues to object to the introduction of new evidence including the court's proposed review of the Trial Transcript.

The specification in the Defendant's case is a status offense. It has already been proven to the first 3 judge panel by proof beyond a reasonable doubt. In fact, in the instant case, even before the Defendant waived a right to a jury trial in the case on May 8, 1984, he had appeared before Judge Brewer four days before on May 4, 1984 and personally and in writing elected to have the three judge panel decide the existence of the Aggravating Circumstance as to the prior offense. (Transcript of Motions, pp. 56-58 May 4, 1984)(**Attachment 2**). The State does not get another bite at the apple to add additional evidence. Even if it did, the law in the matter is clear, improperly interjecting non-statutory aggravating circumstances is error. State v. Combs (1991), 62 Ohio St.3d 278, 283.

This is akin to a case where a prior offense elevates the offense level to a higher degree misdemeanor of felony. In a Trial for a charge for OVI with a prior offense, all the prosecutor is allowed to prove is the defendant has in fact been convicted of a prior OVI offense – not the underlying facts of that prior charge such as how drunk was he, did he have an accident, or any other fact related to the charge. In a Trial for a charge of Failure to provide a change of address for as a sex offender, the prosecutor is allowed only to prove a prior conviction for an offense which would require registration – not the underlying facts of the offense. The same can be said for Domestic Violence with priors, Driving Under Suspensions with priors, Non Support of Dependents Felony Four offenses.

The State of Ohio has already proven the existence of the Aggravating Circumstance. The State of Ohio need prove nothing more. The Defendant has a prior conviction for a murder in 1971. That conviction, alone, is the Aggravating Circumstance in this case. The facts in that prior conviction, including testimony and evidence as the 1970 murder or investigation of that murder itself is inadmissible in the instant Mitigation Trial.



Repper, Pagan, Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

2

### 1. Non Statutory Aggravating Circumstances

It is the defense's position that introduction of any additional evidence as to the 1970 murder (1971 conviction) would be an introduction of non-statutory aggravating circumstances resulting in an unconstitutional Trial. Workman v. Bell, 160 F.3d 276 (6th Cir. 1993).

Just as the 1983 murder in this case and the nature and circumstances of that offense are not and can not be Aggravating Circumstances, neither can the facts constituting the prior 1971 murder conviction be an Aggravating Circumstance.

### 2. Irrelevant Evidence Rule 402

Secondly, introduction of evidence from witnesses as to the 1971 prior murder conviction would be introduction of evidence which is irrelevant under Evidence Rule 402.

### 3. Inadmissible under Evidence Rule 403

Third, even if the State gets beyond Rule 402 as to relevancy, the probative value of such evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the three judge panel.

### 4. Inadmissible under Evidence Rule 404

Fourth, admission of evidence beyond the conviction entry from the 1971 conviction would be violation of Evidence Rule 404(a) and (b). This evidence has no place in a Mitigation Trial where the trier of fact has one job to do.

This further would appear that the State would be seeking to compare and contrast the 1971 conviction underlying facts with the 1984 conviction underlying facts. This again would be violation of the Defendant's constitutional rights as the Aggravated Murder is not an Aggravating circumstance and therefore, it would be another attempt to introduce a non-statutory aggravating circumstance.

**WHEREFORE,** the Defendant requests an order limiting the State of Ohio to admission of evidence at the Mitigation Trial to only the Statutory Aggravating Circumstance. Admission of any other evidence would result in an unconstitutional Trial. The Defense incorporates by reference all legal and factual arguments made in its April 6, 2009 filing titled *Von Clark Davis' Memorandum Contra to the State's Motion in Limine,* wherein the defense continues to object to the introduction of new evidence including the court's proposed review of the Trial Transcript.

Respectfully submitted,



**Repper, Pagan, Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

3

Melynda Cook-Reich (SC# 0066596)
REPPER, PAGAN, COOK
Attorney for Defendant
1501 First Avenue
Middletown, OH 45044
(513) 424-1823; Fax (513)424-3135

and

Randall Porter (SC#0005835)
Assistant State Public Defender
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio 43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)
PorterR@OPD.state.OH.US

COUNSEL FOR VON CLARK DAVIS

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via hand delivery to Daniel G. Eichel, First Assistant Butler County Prosecuting Attorney, and Michael A. Oster, Jr. Assistant Butler County Prosecuting Attorney by sending via facsimile to the Office of the Butler County Prosecuting Attorney, 11th Floor, 315 High Street, Hamilton, Ohio 45011 and will also be hand delivered to the listed prosecutors in court at the 1:30 hearing scheduled on this day May 8th 2009.

(513) 887·3439

Melynda Cook-Reich (SC# 0066596)



**Repper, Pagan, Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

4

— Attachment 1

STATE OF OHIO, WARREN COUNTY

IN THE COURT OF COMMON PLEAS

CASE NO. 03CR20526

- - -

STATE OF OHIO,                    ROCKY BARTON,

-vs-

Plaintiff,                        Defendant.

- - -

TRANSCRIPT OF PROCEEDINGS

Vol. VII of VII

PP 1332-1392

(part 1 of 2)

### I N D E X

| State's Exhibits: | Marked for Identification | Identified | Objection | Admitted | Rejected/ Not Offered |
|---|---|---|---|---|---|
| 1 – Shotgun | 683 | 880 | --- | 1205 | --- |
| 2 – Spent shotgun shell | 683 | 1101 | --- | 1205 | --- |
| 3 – Spent shotgun shell | 683 | 1099 | --- | 1205 | --- |
| 4 – Spent shotgun shell | 684 | 1098 | --- | 1205 | --- |
| 5 – Five unspent shotgun shells | 684 | 1101 | --- | 1205 | --- |
| 6 – Unspent shotgun shell | 684 | 1102 | --- | 1205 | --- |
| 7 – Spent shotgun shell | 684 | 1100 | --- | 1205 | --- |
| 8 – Cordless telephone | 684 | 1118 | --- | 1205 | --- |
| 9 – Call phone | 684 | 1106 | --- | 1205 | --- |
| 10 – Brown jacket | 684 | 1120 | --- | 1205 | --- |
| 11 – Blue smock and shirt | 684 | 1122 | --- | 1205 | --- |
| 12 – NONE | | | | | |
| 13 – Microcassette tape of telephone message | 685 | 905 | --- | 1205 | --- |
| 14 – Transcript of telephone message | 685 | 905 | --- | 1205 | --- |
| 15 – NONE | | | | | |
| 16 – Photograph | 685 | 733 | --- | 732 | --- |
| 17 – Final Judgment from Kentucky Mitigation Phase Only | 685 | 1172 | 1346 | 1174 | --- |
| 18 – Indictment and Plea Kentucky Mitigation Phase Only | 685 | 1172 | 1346 | 1174 | --- |
| 19 – Photograph | 685 | --- | --- | --- | Not Offered |
| 20 – Photograph | 685 | --- | --- | -- | Not Offered |
| 21 – Photograph | 686 | --- | --- | --- | Not Offered |
| 22 – Photograph | 686 | --- | --- | -- | Not Offered |
| 23 – Cell phone log | 686 | 1107 | --- | 1205 | --- |
| 24 – Miami Valley Regional Crime Lab report | 686 | 1151 | --- | --- | Rejected |
| 25 – Coroner's autopsy report | 686 | --- | --- | --- | Not Offered |
| 26 – Photograph | 686 | 733 | --- | 732 | --- |
| 27 – Photograph | 686 | 737 | --- | 732 | --- |
| 28 – Photograph | 686 | 738 | --- | 732 | --- |
| 29 – Photograph | 687 | 739 | --- | 732 | --- |
| 30 – Photograph | 687 | 740 | --- | 732 | --- |

1345

1   ladies and gentlemen, is a parade of

2   witnesses that are going to come in

3   here on behalf of Mr. Barton and tell

4   you about him and tell you about his

5   background and tell you about his

6   family.

7        The only witness you're going

8   to hear from today is Mr. Barton

9   himself.   Mr. Barton will take the

10  witness stand.   And I, to be very frank

11  with you, ladies and gentlemen, I have

12  no idea what Mr. Barton is going to

13  tell you because he has not told me, he

14  has not told Mr. Oda.   So you will be

15  hearing for the first time, just as we

16  will, what he has to tell you.

17       And the only thing that I would

18  ask you to do is do what you have done

19  throughout these entire proceedings –

20  be attentive, pay attention to what he

21  has to say, and take what he has to say

22  into consideration in your

23  deliberations in this case.   Thank you.

24            THE COURT:    Thank you, Mr.

1346

1  Howard.

2        Mr. Sievers, your evidence?

3        MR. SIEVERS:    Your Honor, the

4  State would move for admission of

5  State's Exhibit 17 and State's Exhibit

6  18.

7        THE COURT:    Counsel?

8        MR. HOWARD:    Just renewing

9  our objection previously, Judge.

10        THE COURT:    Okay.    State's

11  Exhibits 17 and 18, which were admitted

12  in the trial phase, however not

13  previously submitted to the jury,

14  submitted only to the court, will be

15  accepted into evidence.

16        Does defense wish to present

17  any evidence?

18        MR. HOWARD:    We have no

19  evidence, Your Honor, we do have Mr.

20  Barton who would like to make a

21  statement to the jury.

22        THE COURT:    Mr. Barton, if

23  you would take the witness stand.    We

24  will not place you under oath, you're





COPY



Attachment 2-

| | | |
|---|---|---|
| STATE OF OHIO | : | State of Ohio, Butler County |
| Plaintiff | : | Court of Common Pleas |
| vs. | : | Case No. CR83-12-0614 |
| VON CLARK DAVIS | : | TRANSCRIPT OF MOTIONS |
| Defendant | : | |

: : : : :      SEP 1 7 1984

BRUEWER, J.

APPEARANCES:

MICHAEL SAGE and DANIEL G. EICHEL, Assistant Prose-
cuting Attorneys, for the State of Ohio.

MICHAEL SHANKS AND JOHN A. GARRETSON, Attorneys at
Law, for the Defendant, Von Clark Davis.

\*   \*   \*   \*   \*   \*   \*   \*   \*

BE IT REMEMBERED, that at the September Term A.D.,
1984, of the Court of Common Pleas, Butler County, Ohio, to
wit: February 15, 1984, the Honorable Henry J. Bruewer,
Judge presiding, this cause came on to be heard upon the
motions filed in this case.

SEP 1 7 1984

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 4784

56

By the Court:  Yes, we want to formalize it.

Mr. Garretson:  Oh, I understand.

I"m going to be here on the Gill case Friday Morning
ah, after that would be alright.

Mr. Shanks:  Can we come to Court Friday, as close
to ten o'clock as possible...we have other...I have to be
in Fairfield..

By the Court:  Is that alright with your client?

Mr. Garretson:  Can you be here Friday?

Mr. Shanks:  We can make arrangements...he is (unclear)...

By the Court:  Why don't we see if we can get that
together and I'll help you with it...if you think...but
basically just to...

Mr. Eichel:  It'll look like just a jury waiver.

By the Court:  Alright, we'll do it sometime say
after ten o'clock Friday, somebody can be here, ah, whoever....

Okay, is that sufficient for this hearing this morning...
okay. That's all.

AND THEREUPON, on the 4th day of May, 1984, the
following Election of Jury, was put on record in open court
as follows:

By the Court:  Okay...do you want to bring your client
up here please.  This is criminal case CR83-12-0614, State
of Ohio v. Von Clark Davis and Mr. Davis ah, I'm looking at a

form apparently that bears your signature, is that correct?

Mr. Davis: That's correct.

By the Court: This form indicates to the Court that you're exercising an election that ah, provided by Statute whereby you're asking or you're electing to have the Court decide the aggravating circumstance in this case, is that your understanding?

Mr. Davis: This is correct, yes...that is correct.

By the Court: And in effect, what you're doing is saying to...that you want the Court to decide ah, in this case, I think it's prior offense...

Mr. Davis: Right.

By the Court: And that particular decision would have to be made by the Court after hearing some evidence and also after there'd be a decision by the Jury in this case, do you follow that?

Mr. Davis: Yes I do.

By the Court: Is that what you want to do here?

Mr. Davis: That's what I want to do.

By the Court: Nobody is pushing you in any direction here, you're doing this of your own free will?

Mr. Davis: No....yes I am.

By the Court: You've discussed this thoroughly with your attorneys?

58

Mr. Davis:  With both attorneys.

By the Court:  Alright, we'll permit the Election
then.  If you think an Entry  should be in here, we'll put
an Entry on.

Mr--Eichel:  I think that Waiver is sufficient,
your Honor.

By the Court:  Alright, that's all we'll have this
morning.

Mr. Garretson:  Thank you your Honor.

AND THEREUPON, on the 8th day of May, 1984, the
following Election of a Three Judge Panel was put on record
in open Court as follows:

By the Court:  Mr. Davis, you're brought over here
today because of some information that your attorneys passed
on to the Court, wherein, you indicated to them and they
indicated to me that you want to waive your right to
have this matter tried by a jury of twelve people and
submit it to a panel of three judges?

Mr. Davis:  That is correct.

By the Court:  Is that correct?

Mr. Davis:  That is correct.

By the Court:  And in that regard, did you execute this
form...it seems to bear your signature?

Mr. Davis:  Yes it is.

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

STATE OF OHIO,

      Plaintiff,             :       Case No. CR 1983-12-0614

vs.                       :

                          :

VON CLARK DAVIS       :       Judge Nastoff

      Defendant.          :

---

## DEFENDANT'S SUPPLEMENTAL ANSWER
## TO REQUEST FOR DISCOVERY

---

    ***NOW COMES*** Defendant, by and through his undersigned counsel, and, responding to the State's Motion for Discovery, responds as follows:

**A.  DOCUMENTS AND TANGIBLE OBJECTS, CRIMINAL RULE 16(C)(1)(a):**

    1.  Any and all documents/reports/examinations/tests previously disclosed in any prior Discovery Answer by the defendant and his counsels.

    2.  Institutional Summary Report (2 pages dated 4/27/09)
    Attached hereto as well as to the Supplemental Discovery filed previously today, May 8, 2009.

    WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery. Defendant reserves the right to supplement this response upon identification of additional evidence.

**B.   REPORTS OF EXAMINATIONS OR TESTS, CRIMINAL RULE 16(B)(1)(d):**

    1.  Any and all documents/reports/examinations/tests previously disclosed in any prior Discovery Answer by the defendant and his counsels.



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

*(293)*

3. Institutional Summary Report (2 pages dated 4/27/09)
   Attached hereto as well as to the Supplemental Discovery filed previously today, May 8, 2009.

   WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery. Defendant reserves the right to supplement this response upon identification of additional evidence.

## C.  WITNESSES' NAMES AND ADDRESSES, CRIMINAL RULE 16(C)(1)(c):

1. Scott Nowack                         c/o Ohio State Penitentiary
                                        878 Coitsville Hubbard Rd.
                                        Youngstown, OH 44505

   WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery. Defendant reserves the right to supplement this response upon identification of additional evidence.

                                        Respectfully submitted,


                                        Melynda Cook-Reich  (SC# 0066596)
                                        REPPER, PAGAN, COOK
                                        Attorney for Defendant
                                        1501 First Avenue
                                        Middletown, OH  45044
                                        (513) 424-1823; Fax (513)424-3135

                                        and


                                        Randall Porter (SC#0005835)
                                        Assistant State Public Defender
                                        Office of the Ohio Public Defender
                                        250 East Broad Street, Suite 1400



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

2

05/08/2009   15:30                              (FAX)                        P.004/004

Columbus, Ohio 43215
(614) 466-5394 (Voice)
(614) 644-0708 (Facsimile)
PorterR@OPD.state.OH.US

COUNSEL FOR VON CLARK DAVIS

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via  hand
delivery to Daniel G. Eichel, First Assistant Butler County Prosecuting Attorney, and
Michael A. Oster, Jr. Assistant Butler County Prosecuting Attorney by leaving same at
the Office of the Butler County Prosecuting Attorney, 11th Floor, 315 High Street,
Hamilton, Ohio 45011, on this day May _8th_____, 2009.
2nd of the day

Melynda Cook-Reich (SC# 0066596)



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

3

# INSTITUTIONAL SUMMARY REPORT

| Inmate Number | Inmate Name: | | Date: |
|---|---|---|---|
| A-179828 | Davis, Von | | 04/27/09 |

| Institution: | Unit: | Security Level at Admission: | Current Security Level: |
|---|---|---|---|
| Ohio State Penitentiary | D-Block | Death Row | Death Row |

Purpose of Report:

☐ Parole Board (first hearing)   ☐ Parole/PRC/TC Packet   ☐ Request for information from Courts   ☒ Special Request

☐ Parole Board (Continuance) only information since the last hearing should be included on this report

1. DISCIPLINE HISTORY: List all Class II Conduct Reports that resulted in Disciplinary Control (include a brief summation of incident and disposition). If the disposition resulted in DC and/or LC, be sure to check the appropriate box, to indicate this.

☐ This inmate has not received any conduct reports   ☒ Inmate has not been to DC

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

(Attach DRC2667-Conduct Report Addendum, if necessary)          * These rules have been paraphrased for space; refer to AR-5120-9-06 for exact wording.

☒ The inmate has received __one (1)__ conduct reports that did not result in DC

Brief Summation of Incident(s):

Inmate Davis has been on Death Row since 1984 during which time Inmate Davis has only received one conduct report. This conduct report was in January 1990 for refusing a cell move. Inmate Davis received a verbal warning for this rule infraction.

2. Educational participation during this incarceration (please read across).

| | | | |
|---|---|---|---|
| ☐ Enrolled in Adult Basic Ed classes | ☐ Literacy Unit   ☐ Pre-GED classes | ☐ Quit or was Removed from these |
| ☐ Enrolled in GED classes | ☐ Obtained GED | ☐ Quit or was Removed from GED classes |
| ☐ Enrolled in college classes | ☐ Obtained degree or certificate | ☐ Quit or was Removed from college program |
| ☐ Enrolled in vocational program | ☐ Completed Vocational program | ☐ Quit or was Removed from vocational program |

Which Educational Programs?

| | |
|---|---|
| | |
| | |
| | |

DRC 2666 E (07/04)                                                                 Page 1 of 2

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 4791

3. Work History:
A. What was the average performance of inmate? ☐ Excellent ☐ Good ☐ Average ☐ Below Avg ☐ Poor
B. What type of work did the inmate perform?

| Job Title | Work Location | Status | Length of Employment |
|---|---|---|---|
| Porter | OSP | Current | since 11/2005 |
| Porter | MANCI | Transfered | various |
| Recreation Worker | MANCI | Job rotation | various |
| Food Service Worker | MANCI | Job rotation | various |
| Artist | MANCI | Job rotation | various |

4. Program participation:
A. What programs were recommended?

| Name of Program | Type of Program |
|---|---|
| Not applicable to Death Row inmates | |
| | |
| | |
| | |

B. What was the level of program participation by the inmate? ☐ Excellent ☐ Good ☐ Average ☐ Below Avg ☐ Poor ☐ Refused to participate ☐ Insufficient time to complete program

C. What programs were completed by inmate?

| Name of Program | Type of Program | Status |
|---|---|---|
| Stress Management (OSP) | Social-Interactions | enrolled in at OSP |
| Positive Thinking (MANCI) | Social-Interactions | completed at MANCI |
| Anger Management (SOCF) | Social-Interactions | completed at SOCF |
| AA meetings (SOCF) | Recovery Services | attended at SOCF |
| Military Vetern meetings (SOCF) | | attended at SOCF |

(Attach DRC2668-Program Addendum, if necessary)
**NOTE: For Parole Plan choices A through D, complete and attach DRC-2669 Parole Plan Addendum**

ADDITIONAL COMMENTS:

In May 2006, Inmate Davis was moved to OSP's extended privilege unit.

Inmate Davis has volunteered and participated in several OSP community service projects which have assisted various local schools & churches.

| Submitted by (Case Manager, please print) Scott S Nowak | Date |
|---|---|
| Signature | 4-27-09 |
| Reviewed by (Unit Manager, please print) Laura Johnson | Date |
| Signature | 4-27-09 |

DRC 2666 E (07/04)                                                    Page 2 of 2

CINDY CARPENTER          CLERK OF COURTS          FILED

2009 MAY -8 PM 1:10

CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS

**WITNESS INFORMATION**

NAME: Jerome Stineman
ADDRESS: ███████████████

CITY:      Cincinnati          STATE: OH      ZIP: 45208

Today's Date:      May 8, 2009    Case No.: CR 1983-12-0614

Plaintiff: State of Ohio          vs.          Defendant: Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Hearing
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

_____Certified Mail               _____Personal Service by Butler County Sheriff

_____ Appointed Process Server    _____ Foreign County Sheriff

__XX__Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler
County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio
45011 as follows:

**DATE: May 11, 2009 through May 14, 2009          TIME: 9:00 a.m. both days
released by Attorney**

**JUDGE: Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

REQUESTING ATTORNEY
Name: Melynda Cook-Reich
Repper, Pagan, Cook Ltd.
1501 First Avenue
Middletown, OH 45044
513-424-1823; Fax (513) 424-3135

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

2009 MAY -8 PM 1: 10

STATE OF OHIO,

       Plaintiff,           :      Case No. CR 1983-12-0614

vs.                     :

                        :

VON CLARK DAVIS     :      Judge Nastoff

       Defendant.        :

---

### DEFENDANT'S SUPPLEMENTAL ANSWER
### TO REQUEST FOR DISCOVERY

---

     *NOW COMES* Defendant, by and through his undersigned counsel, and, responding to the State's Motion for Discovery, responds as follows:

**A. DOCUMENTS AND TANGIBLE OBJECTS, CRIMINAL RULE 16(C)(1)(a):**

    1. Any and all documents/reports/examinations/tests previously disclosed in any prior Discovery Answer by the defendant and his counsels.

    2. DRC Record- Budgeted Inmate Costs as of 5/4/09.

    WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery. Defendant reserves the right to supplement this response upon identification of additional evidence.

**B.   REPORTS OF EXAMINATIONS OR TESTS, CRIMINAL RULE 16(B)(1)(d):**

    1. Any and all documents/reports/examinations/tests previously disclosed in any prior Discovery Answer by the defendant and his counsels.

    2. DRC Record- Budgeted Inmate Costs as of 5/4/09.



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

(294)

WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery.  Defendant reserves the right to supplement this response upon identification of additional evidence.

## C. WITNESSES' NAMES AND ADDRESSES, CRIMINAL RULE 16(C)(1)(c):

1.  Fannie Whiteside – - previously disclosed (this is address update)
    Glendale Place Care Facility
    c/o Chase Kohn, Administrator
    779 Glendale Milford Road
    Cincinnati, OH 45215
        (513) 771-1779

2.  Elizabeth Crawford- previously disclosed (phone number update)
    ███████████

3.  DRC Record Custodian
    c/o Vince Ligano
    ODRC Legal Services
    770 West Broad St.
    Columbus, OH 43222

WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery.  Defendant reserves the right to supplement this response upon identification of additional evidence.

Respectfully submitted,

Melynda Cook-Reich (SC# 0066596)
REPPER, PAGAN, COOK
Attorney for Defendant
1501 First Avenue
Middletown, OH 45044
(513) 424-1823; Fax (513)424-3135

and



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

2

Randall Porter

Randall Porter  (SC#0005835)
Assistant State Public Defender
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)
PorterR@OPD.state.OH.US

COUNSEL FOR VON CLARK DAVIS

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via  hand delivery to Daniel G. Eichel, First Assistant Butler County Prosecuting Attorney, and Michael A. Oster, Jr. Assistant Butler County Prosecuting Attorney by leaving same at the Office of the Butler County Prosecuting Attorney, 11th Floor, 315 High Street, Hamilton, Ohio 45011, on this day May 8th, 2009.

Melynda Cook-Reich  (SC# 0066596)



**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

3

**DRC Current FY 2009 Budgeted Inmate Costs**
**As of 05/04/2009**

| Institution | FY09 Budget All Funds | Non-GRF | GRF budget | FY09 Pop 04/27/09 | Yearly Direct Inmate Cost | Daily Direct Inmate Cost |
|---|---|---|---|---|---|---|
| ALLEN C.I. | $ 29,599,828 | $ 3,711,149 | $ 25,888,679 | 1,328 | $ 22,289.03 | $ 61.07 |
| BELMONT C.I. | 41,049,625 | 4,859,857 | 36,189,768 | 2,635 | 15,578.61 | 42.68 |
| CHILLICOTHE C.I. | 47,683,015 | 4,654,658 | 43,028,357 | 2,872 | 16,602.72 | 45.49 |
| CORR MEDICAL CTR. | 45,036,318 | 6,567,253 | 38,469,066 | 148 | N/A | N/A |
| CORRECTIONAL R.C. | 41,270,779 | 4,666,602 | 36,604,177 | 1,524 | 27,080.56 | 74.19 |
| DAYTON C.I. | 16,087,346 | 1,362,519 | 14,724,827 | 470 | 34,228.40 | 93.78 |
| FRANKLIN P.R.C. | 11,365,458 | 1,502,532 | 9,862,926 | 485 | 23,433.93 | 64.20 |
| GRAFTON C.I. | 31,012,073 | 3,589,390 | 27,422,683 | 1,499 | 20,688.51 | 56.68 |
| HOCKING C.F. | 14,537,219 | 1,284,596 | 13,252,623 | 481 | 30,222.91 | 82.80 |
| LAKE ERIE C.I. | 24,496,886 | 93,072 | 24,403,814 | 1,482 | 16,529.61 | 45.29 |
| LEBANON C.I. | 44,349,363 | 5,751,056 | 38,598,307 | 2,695 | 16,456.16 | 45.09 |
| LONDON C.I. | 39,947,858 | 6,249,009 | 33,698,850 | 2,522 | 15,839.75 | 43.40 |
| LORAIN C.I. | 38,178,201 | 3,961,559 | 34,216,643 | 1,907 | 20,020.03 | 54.85 |
| MADISON C.I. | 43,464,489 | 4,270,940 | 39,193,549 | 2,303 | 18,872.99 | 51.71 |
| MANSFIELD C.I. | 52,715,589 | 5,745,528 | 46,970,061 | 2,489 | 21,179.43 | 58.03 |
| MARION C.I. | 40,578,247 | 4,574,295 | 36,003,952 | 2,307 | 17,589.18 | 48.19 |
| MONTGOMERY E.P.R.C. | 10,995,418 | 1,179,333 | 9,816,084 | 340 | 32,339.46 | 88.60 |
| NOBLE C.I. | 38,592,152 | 3,546,232 | 35,045,921 | 2,457 | 15,707.02 | 43.03 |
| NORTH CENTRAL C.I. | 37,871,223 | 4,810,354 | 33,060,869 | 2,289 | 16,544.88 | 45.33 |
| NORTH COAST C.T.F. | 15,463,379 | 169,720 | 15,293,659 | 665 | 23,253.20 | 63.71 |
| NORTHEAST P.R.C. | 16,068,898 | 1,787,346 | 14,281,552 | 568 | 28,290.31 | 77.51 |
| OAKWOOD C.F. | 22,952,744 | 653,876 | 22,298,868 | 147 | N/A | N/A |
| OHIO REF FOR WOMEN | 43,621,442 | 3,612,052 | 40,009,389 | 2,428 | 17,966.00 | 49.22 |
| OHIO S.P. | 30,980,081 | 2,262,179 | 28,717,902 | 527 | 58,785.73 | 161.06 |
| PICKAWAY C.I. | 58,731,296 | 6,342,398 | 52,388,898 | 2,452 | 23,952.40 | 65.62 |
| RICHLAND C.I. | 36,936,180 | 4,830,297 | 32,105,883 | 2,528 | 14,610.83 | 40.03 |
| ROSS C.I. | 44,939,656 | 6,253,947 | 38,685,708 | 2,578 | 17,431.98 | 47.76 |
| SOUTHEAST C.I. | 31,454,505 | 3,431,655 | 28,022,851 | 1,323 | 23,775.14 | 65.14 |
| SOUTHERN OHIO C.F | 54,087,277 | 4,878,617 | 49,208,660 | 1,607 | 33,657.30 | 92.21 |
| TOLEDO C.I. | 30,014,079 | 2,432,901 | 27,581,178 | 1,148 | 26,144.67 | 71.63 |
| TRUMBULL C.I. | 35,388,826 | 3,321,076 | 32,067,750 | 1,407 | 25,151.97 | 68.91 |
| WARREN C.I | 32,707,273 | 2,919,437 | 29,787,836 | 1,421 | 23,017.08 | 63.06 |
| **Direct Total** | $ 1,102,176,724 | $ 115,275,435 | $ 986,901,290 | 51,032 | $ 21,597.76 | $ 59.17 |
| **Indirect Total** | $ 213,654,137 | $ 56,966,460 | $ 156,687,677 | 51,032 | $ 3,070.38 | $ 8.41 |
| **DRC Total** | $ 1,315,830,861 | $ 172,241,894 | $ 1,143,588,967 | 51,032 | $ 24,668.14 | $ 67.58 |

Note This report reflects FY09 Budget as of 06/30/08.
The only data changed in this report is Average Inmate count reflecting inmate population

**Note:**
1. Amounts include indirect inmate cost associated with administration, programs such as medical services, technology etc.
   Indirect examples are Centralizes purchasing (ie.vehicles, computers) Centralized transportation, agency data systems etc.

# INSTITUTIONAL SUMMARY REPORT

| Inmate Number | Inmate Name: | | | Date: |
|---|---|---|---|---|
| A-179828 | Davis, Von | | | 04/27/09 |

| Institution: | Unit: | Security Level at Admission: | Current Security Level: |
|---|---|---|---|
| Ohio State Penitentiary | D-Block | Death Row | Death Row |

Purpose of Report:

☐ Parole Board (first hearing)    ☐ Parole/PRC/TC Packet    ☐ Request for information from Courts    ☒ Special Request

☐ Parole Board (Continuance) only information since the last hearing should be included on this report

1. DISCIPLINE HISTORY: List all Class II Conduct Reports that resulted in Disciplinary Control (Include a brief summation of incident and disposition).
If the disposition resulted in DC and/or LC, be sure to check the appropriate box, to indicate this.

☐ This inmate has not received any conduct reports    ☒ Inmate has not been to DC

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

| Date: | Summation of Incident: | DC | Time: | LC | Time: |
|---|---|---|---|---|---|
| | | | | | |

(Attach DRC2667-Conduct Report Addendum, if necessary)    * These rules have been paraphrased for space; refer to AR-5120-9-06 for exact wording

☒ The inmate has received _one (1)_ conduct reports that did not result in DC

Brief Summation of Incident(s):

Inmate Davis has been on Death Row since 1984 during which time Inmate Davis has only received one conduct report. This conduct report was in January 1990 for refusing a cell move. Inmate Davis received a verbal warning for this rule infraction.

2. Educational participation during this incarceration (please read accross).

☐ Enrolled in Adult Basic Ed classes    ☐ Literacy Unit    ☐ Pre-GED classes    ☐ Quit or was Removed from these
☐ Enrolled in GED classes    ☐ Obtained GED    ☐ Quit or was Removed from GED classes
☐ Enrolled in college classes    ☐ Obtained degree or certificate    ☐ Quit or was Removed from college program
☐ Enrolled in vocational program    ☐ Completed Vocational program    ☐ Quit or was Removed from vocational program

Which Educational Programs?

| | |
|---|---|
| | |
| | |
| | |

DRC 2666 E (07/04)    Page 1 of 2

3. Work History:
   A. What was the average performance of inmate? ☐ Excellent  ☐ Good  ☐ Average  ☐ Below Avg  ☐ Poor
   B. What type of work did the inmate perform?

   Length of

| Job Title | Work Location | Status | Length of Employment |
|---|---|---|---|
| Porter | OSP | Current | since 11/2005 |
| Porter | MANCI | Transferred | various |
| Recreation Worker | MANCI | Job rotation | various |
| Food Service Worker | MANCI | Job rotation | various |
| Artist | MANCI | Job rotation | various |

4. Program participation:
   A. What programs were recommended?

| Name of Program | Type of Program |
|---|---|
| Not applcable to Death Row inmates | |
| | |
| | |
| | |
| | |

   B. What was the level of program participation   ☐ Excellent  ☐ Good  ☐ Average  ☐ Below Avg  ☐ Poor
      by the inmate?   ☐ Refused to participate  ☐ Insufficient time to complete program

   C. What programs were completed by inmate?

| Name of Program | Type of Program | Status |
|---|---|---|
| Stress Management (OSP) | Social-Interactions | enrolled in at OSP |
| Positive Thinking (MANCI) | Social-Interactions | completed at MANCI |
| Anger Management (SOCF) | Social-Interactions | completed at SOCF |
| AA meetings (SOCF) | Recovery Services | attended at SOCF |
| Military Vetern meetings (SOCF) | | attended at SOCF |

(Attach DRC2668-Program Addendum, if necessary)
**NOTE: For Parole Plan choices A through D, complete and attach DRC-2669 Parole Plan Addendum**
ADDITIONAL COMMENTS:

In May 2006, Inmate Davis was moved to OSP's extended privilege unit.

Inmate Davis has volunteered and participated in several OSP community service projects which have assisted various local schools & churches.

| Submitted by (Case Manager, please print)  Scott S Nowak | Date |
|---|---|
| Signature | 4-27-09 |
| Reviewed by (Unit Manager, please print)  Laura Johnson | Date |
| Signature | 4-27-09 |

DRC 2666 E (07/04)                                                     Page 2 of 2

# RESIDENTIAL SERVICE

### RETURN OF SUBPOENA
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

STATE OF OHIO

**CASE NUMBER:** CR 1983 12 0614

**vs.**

**DATE ISSUED:** April 30, 2009

**VON CLARK DAVIS**

**COURT DATE:** MAY 11 2009

**SUMMONS INFORMATION:**
Name:   Dr JOSEPH H BRANDABUR
Address: BUTLER COUNTY CORONER'S OFFICE
        315 HIGH ST 6TH FLR
        HAMILTON, OH 45011

**INSTRUCTIONS:** This Subpoena is required to be served at the residence named above, upon a person of suitable age and discretion.

**DOCUMENTED ATTEMPTS AT SERVICE:**          **PERSONAL SERVICE:**
Date:_____          Signature:_____
Date:_____
Date:_____

**PERFECTED SERVICE:**          **ALTERNATE SUBJECT SERVED:**
Date: MAY 0 4 2009   Time: _0910_          Signature: _____
                            Printed Name:_____
                            Relationship:_____

**FAILURE OF SERVICE:**
Reason for failure:_____

**SHERIFF'S FEES:**
Mileage:_____ 2.00                 ┌─────────────────────────────┐
Return of Service: 6.00             │   CIVIL DIVISION            │
TOTAL FEES: 8.00                    │   DATA ENTRY OF FEES        │
                                    │   Initial: ____BM___        │
Deputy:_____               │   Date: MAY 1 0 2009        │
Badge Number: Shannon Cook #1478    └─────────────────────────────┘

*File this document with Butler County Clerk of Courts*

# RESIDENTIAL SERVICE

### RETURN OF SUBPOENA
## COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

C000190278

STATE OF OHIO

**CASE NUMBER:** CR 1983 12 0614

**vs.**

**DATE ISSUED:** April 30, 2009

**VON CLARK DAVIS**

**COURT DATE:** MAY 11 2009

**SUMMONS INFORMATION:**
Name:  RICHARD R CARPENTER
Address: ███████████
  HAMILTON, OH 45011

**INSTRUCTIONS:** This Subpoena is required to be served at the residence named above, upon a person of suitable age and discretion.

**DOCUMENTED ATTEMPTS AT SERVICE:**
  Date:_____
  Date:_____
  Date:_____

**PERSONAL SERVICE:**
  Signature:_____

**PERFECTED SERVICE:**
  Date:_05-05-09_____ Time: _1000_

**ALTERNATE SUBJECT SERVED:**
  Signature:_____
  Printed Name:_____
  Relationship:_____

**FAILURE OF SERVICE:**
  Reason for failure:_____
  _____

**SHERIFF'S FEES:**
  Mileage:_3.50_____
  Return of Service: _6.00_____
  TOTAL FEES: _9.50_____

  Deputy: _michel_____
  Badge Number: _1139_____

  CIVIL DIVISION
  PAY ___ OF FEES
  Initial:_____
  Date:_____

*File this document with Butler County Clerk of Courts*

# RESIDENTIAL SERVICE

### RETURN OF SUBPOENA
## COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

C000190277

STATE OF OHIO

**CASE NUMBER:** CR 1983 12 0614

vs.

**DATE ISSUED:** April 30, 2009

**VON CLARK DAVIS**

**COURT DATE:** MAY 11 2009

**SUMMONS INFORMATION:**
Name: CHARLES R FURMON
Address:

HAMILTON, OH 45013

**INSTRUCTIONS:** This Subpoena is required to be served at the residence named above, upon a person of suitable age and discretion.

**DOCUMENTED ATTEMPTS AT SERVICE:**
Date: 05-04-09 0900 wc 1138
Date:
Date:

**PERSONAL SERVICE:**
Signature: C. Furmon

**PERFECTED SERVICE:**
Date: 05-04-09 Time: 1200

**ALTERNATE SUBJECT SERVED:**
Signature:
Printed Name:
Relationship:

**FAILURE OF SERVICE:**
Reason for failure:

**SHERIFF'S FEES:**
Mileage: 3.50
Return of Service: 6.00
TOTAL FEES: 9.50

Deputy: mc/se
Badge Number: 1138

> *CIVIL DIVISION*
> *DATA ENTRY OF FEES*
> Initial: BAA
> Date: MAY 1 0 2009

*File this document with Butler County Clerk of Courts*

IMAGED

2009 MAY 11  PM 1:14

# COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO

STATE OF OHIO : CASE NO. CR1983 12 0614

      Plaintiff : Sage, J.

  vs. :

VON CLARK DAVIS : **ENTRY**

      Defendant :

Upon request, a three-judge panel consisting of Hon. Andrew Nastoff, Presiding Judge, Hon. Charles L. Pater, and Hon. Keith M. Spaeth are hereby appointed to hear testimony in this matter.

### SO ORDERED.

Patricia S. Oney
Administrative Judge

Copies to:    Prosecuting Attorney
              Judge Andrew Nastoff
              Judge Patricia S. Oney
              Judge Keith M. Spaeth
              Judge Charles L. Pater

Judge Michael J. Sage
Common Pleas Court
Butler County, Ohio






# ROBIN N. PIPER
## BUTLER COUNTY PROSECUTING ATTORNEY
Government Service Center • 11th Floor
P.O. Box 515 • 315 High St. • Hamilton, OH 45012-0515
Phone 513-887-3474 • Fax 513-785-5206



✳ *FILE*

TO:  ___ MARY SWAIN  Fax 785-5719 ___

___ Re: Court Stenographer ___

Date: ___ May 4, 2009 ___

Person Ordering Transcript: ___ Mike Oster/ Lisa McClendon ___

Date of Hearing/ Trial: ___ 4/8/09 and 4/21/09 ___

Phone # ___ 785-5190 ___

Case Caption: ___ St. vs.  Von Clark Davis ___

Case #: ___ CR1983-12-0614 ___

Description of Request: ___ Motion Hrgs (what def ordered) ___

Court Venue: ___ Butler County Common Pleas ___

Judge who heard case: ___ Judge Nastoff ___

Date Transcript needed: ___ When available ___



IMAGED

# COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO

STATE OF OHIO                    2009 MAY 13 PM 2:03          Case No. CR _83-12-0614_

    **Plaintiff**                  CAROL DARPELTER          Judge _Nastoff_
                 BUTLER COUNTY
    **vs.**                        CLERK OF COURTS

    _VON CLARK DAVIS_                              **PRETRIAL ORDER**

    **Defendant(s)**
                       ***************

This matter came before this Court this _13th_ day of _May_ , 20_09_ ,

and the following orders and deadlines were established, and shall be the order of the Court:

   _✓_    _FINAL PT_
        PLEA or TRIAL SETTING is set for _9/3/09_ at _11:00A_ m.

        DISPOSITION is set for _____ at _____ m.

        TRIAL is to commence on _____ at _____ m.

        MOTION _____ shall be filed by _____
        and shall be heard on _____ at _____ m.

   _✓_   _Re-Sentencing hearing_
        OTHER HEARING is set for _9/8/09_ _4 days_ at _9:00A_ m.
                            _Three Judge Panel._

        BILL OF PARTICULARS

        Defendant's motion to be filed by _____
        Prosecutor's response to be filed by _____

        DISCOVERY

        Defendant's motion to be filed by _____
        Prosecutor's response to be filed by _____
        Prosecutor's motion to be filed by _____
        Defendant's response to be filed by _____

**BOND IS REVOKED/SET** _All Counsel consent to above hearing_

**CAPIAS TO ISSUE** _schedule. Δ to be transported to BCJ NLT_
                                   _9/2/09._

**SO ORDERED:**

_____          _____
**Defense Counsel**                              **Judge**

_____          _____
**Defendant**                                     **Prosecutor**



CINDY CARPENTER                    CLERK OF COURTS

*PROCESS SERVER'S SUBPOENA COPY: RANDALL PORTER*

Date:    May 7, 2009                    Case No. : CR 1983 12 0614
                        STATE OF OHIO VS VON CLARK DAVIS

### SUBPOENA SERVED BY PROCESS SERVER
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the Special Process Server: You are directed to serve the attached subpoena issued by the Butler County
Court of Common Pleas.

Please serve upon the following party:

        SCOTT NOWACK
        C/O OHIO STATE PENITENTIARY
        878 COITSVILLE HUBBARD RD
        YOUNGSTOWN, OH 44505

CINDY CARPENTER
Butler County Clerk of Courts

By:SHONDA ERTEL
Deputy Clerk

EXECUTION OF SERVICE BY SPECIAL PROCESS SERVER

1. This subpoena was served on May 8ᵗʰ , 20 09 .   Mileage        558

2. This subpoena was unable to be served for the following reasons:
_____   Return and Service _____

SIGNATURE: Jessica H Love               TOTAL FEES   $ 173.40
Process Server
Address: 250 E. Broad St. 14ᵗʰ Flr  Cols. Oh 43215
C000067059

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org



CINDY CARPENTER                           CLERK OF COURTS

*PROCESS SERVER'S SUBPOENA COPY: RANDALL PORTER*

Date:    May 7, 2009                    Case No. : CR 1983 12 0614
                    STATE OF OHIO VS VON CLARK DAVIS

**SUBPOENA SERVED BY PROCESS SERVER**
**COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO**

To the Special Process Server: You are directed to serve the attached subpoena issued by the Butler County
Court of Common Pleas.

Please serve upon the following party:

> SCOTT NOWACK
> C/O OHIO STATE PENITENTIARY
> 878 COITSVILLE HUBBARD RD
> YOUNGSTOWN, OH 44505

CINDY CARPENTER
Butler County Clerk of Courts

By:SHONDA ERTEL
Deputy Clerk

EXECUTION OF SERVICE BY SPECIAL PROCESS SERVER
1. This subpoena was served on May 8th, 2009. Mileage _____ 558
2. This subpoena was unable to be served for the following reasons:
_____  Return and Service _____
_____
SIGNATURE: Jessica H Love              TOTAL FEES $ 173.40
Process Server
Address: 250 E. Broad St. 14th Flr  Cols. OH 43215
C000067059

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org



**COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

**STATE OF OHIO**

      **Plaintiff**

vs.

**VON CLARK DAVIS**

      **Defendant**

**CASE NO. CR1983-12-0614**

**NASTOFF, J.**

**ENTRY FOR TRANSPORT**

**September 03, 2009**

It appears to the Court that **Von Clark Davis**, Inmate No. **A179828**, is confined at the **Ohio State Penitentiary**, Youngstown, Ohio 44505

It further appears to the Court that a **Pre-Trial Conference** in the above captioned matter is set for **September 03, 2009 at 9:00AM** in the Butler County Court of Common Pleas, before the **Honorable Andrew Nastoff and shall be held until the completion of the Sentencing Hearing scheduled for September 8, 2009.**

**IT IS THEREFORE, ORDERED** that the Warden of the **Ohio State Penitentiary** cause said defendant to be released to the Sheriff of Butler County, Ohio, for the purpose of attending said hearing in Butler County, Ohio, and said defendant shall be held in the custody of the Sheriff of Butler County, Ohio, until the completion of said hearing and upon the completion of said hearing, said defendant shall be returned to the institution unless otherwise Ordered by this Court.

**APPROVED AS TO FORM:**

**ROBIN PIPER**
**PROSECUTING ATTORNEY**
**BUTLER COUNTY, OHIO**

**ENTER**

_____
**NASTOFF, J.**

**INSTRUCTIONS TO THE CLERK: PLEASE CERTIFY TWO COPIES**

MAO/beg
May 13, 2009



IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

FILED

IMAGED

STATE OF OHIO,

\* Case No: **CR83-12-0614**

2009 JUN -3 AM 10: 37

Plaintiff,

FILED BUTLER CO.
COURT OF APPEALS

CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS

vs.

JUN 03 2009

VON CLARK DAVIS

CINDY CARPENTER
CLERK OF COURTS

Judge Andrew Nastoff

Defendant.

### MOTION AND CERTIFICATION
### BY COURT REPORTER FOR
### TRANSCRIPTION FEES

       The undersigned, having been appointed the Assistant Court Reporter assigned to transcribe proceedings, moves this Court for an order approving payment of fees as indicated herein. I certify that I    ☐ **Have**    ☒ **Have NOT**     received additional compensation in connection with providing transcripts herein. I have performed all transcription services indicated herein. I further certify that all transcriptions described herein have been filed in a timely manner in accordance with applicable scheduling orders or other due dates.

(\*) Circumstances of additional compensation  _____

_____

_____

JILL CUTTER

Assistant Court Reporter            Signature

#### SUMMARY OF CHARGES

| | | | | |
|---|---|---|---|---|
| Original Transcript | **60** | pages at the rate of | **$ 5.00** | = $ 300.00 |
| Copy of Transcript | **60** | pages at the rate of | **$ 2.50** | = $ 150.00 |
| Original Transcript | | pages at the rate of | | = |
| Copy of Transcript | | pages at the rate of | | = |

TOTAL TRANSCRIPTION FEES  at the rate of  **$ 5.00**  per page  =  $ 300.00

TOTAL TRANSCRIPTION COPIES  at the rate of  **$ 2.50**  per page  =  $ 150.00

     **Grand total of all charges**  =  $ 450.00



## CLERK'S/AUDITOR'S TRANSCRIPT FEE FOR AN INDIGENT DEFENDANT

Revised Code 2301.24-25

### In the Common Pleas Court of Butler County, Ohio.

FILED BUTLER CO.
COURT OF APPEALS

Plaintiff: State of Ohio

Case No. -3 AM **CR83-12-0614**

v. **VON CLARK DAVIS**

JUN 03 2009

Attorney(s) for the Defendant/Party Represented:

*Defendant/Party Represented* ANDY CARPENTER
CLERK OF COURTS

**MELYNDA COOK-REICH**
CLERK OF COURTS

In re

---

### CLERK OF COURTS CERTIFICATION

I, the Clerk of Courts, hereby certify that ___ JILL CUTTER ___ , ▇▇▇▇▇▇ ,is

*(Court Reporter's Name)*     *(Court Reporter's Tax ID)*

hereby an official stenographer of said court and is entitled to the following fees for making transcript(s) of:

_____     _____
Clerk's Signature                Date

The transcript is ordered by the court for use by the Defendant or the Defendant's attorney in the following type of proceeding:

- [ ] Felony, Misdemeanor, or Juvenile Proceeiding
- [ ] Appeals Proceeiding
- [ ] Postconviction Proceeiding
- [ ] Other   *(Explain)*

- [ ] Capital Offense Trial proceeding
- [x] Capital Offense Appeals proceeding
- [ ] Capital Offense Postconviction proceeding

_____

Date which *above checked proceeding* terminated: _____    OR   [x] **Still Pending** (check if pending)

| | | | | | | |
|---|---|---|---|---|---|---|
| Original transcript of | 60 | pages or folio at the rate of | $ 5.00 | per page or folio, = | $ 300.00 |
| Copy of transcript of | 60 | pages or folio at the rate of | $ 2.50 | per page or folio, = | $ 150.00 |
| | | | | | **TOTAL =** | **$ 450.00** |

*NOTE: A COPY OF THE COURT REPORTER'S BILLING MUST BE ATTACHED*

---

### JUDGMENT ENTRY

The court finds that the transcript was ordered for use in the case of an Indigent person, that all rules and standards of the Ohio Public Defender Commission and State Public Defender have been met and that an Affidavit of Indigency/ Financial Disclosure for the above referenced client has been sent to the Office of the Ohio Public Defender or is attached to this document.

IT IS THEREFORE ORDERED that the transcript fees be, and are hereby approved in the amount of
**$ 450.00** It is further ordered that the said amount be, and hereby is, certified by the Court to the County Auditor for payment.

    Andrew Nastoff                                         6/1/09

Judge's Name *(type or print)*       Judge's Signature                             Date

### AUDITOR'S CERTIFICATION

The County Auditor in executing this certificate attests that the transcript was a true and accurate expense of said county's court.

County Number _____    Warrant Number _____    Warrant Date _____

_____

OPD-E-205 Rev. (11/96)                                      County Auditor's Signature

**IN THE COURT OF COMMON PL.. .3**
**BUTLER COUNTY, OHIO**

FILED

STATE OF OHIO,

Plaintiff,

vs.

VON CLARK DAVIS

Defendant.

FILED Butl**Case No:** CR83-12-0614
COURT OF APPEALS

JUN 0 3 2009

CINDY CARPENTER
CLERK OF COURTS

2009 JUN -3 AM 10: 37

CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS

Judge Andrew Nastoff

## ORDER TO PAY FOR TRANSCRIPTS

The Court, in the interest of justice, orders that transcripts be made and the cost therefore shall be paid by the County Treasurer and taxed as costs in this case.

| Type of Hearing | MOTION HEARING | Date 4-8-09 | Number of Pages: | 60 |
|---|---|---|---|---|
| Type of Hearing | | Date | Number of Pages: | |
| Type of Hearing | | Date | Number of Pages: | |
| Type of Hearing | | Date | Number of Pages: | |
| Type of Hearing | | Date | Number of Pages: | |
| Type of Hearing | | Date | Number of Pages: | |

**TOTAL PAGES:** 60 at $ 7.50 per page = $ 450.00

**TOTAL AMOUNT DUE:** $ 450.00

The Clerk of this Court shall certify the amount of said transcript, which certificate shall be a sufficient voucher to the County Auditor, who shall forthwith draw her warrant upon the County Treasurer in favor of *JILL CUTTER* Butler County Assistant Court Reporter, who prepared the transcript.

### SAID PAYMENT TO BE PAID OUT OF ACCOUNT NUMBER:

0001.0372.110000.130000020

Said transcript was prepared by    JILL CUTTER    **SSN**    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    in    May

Judge  Andrew Nastoff

301

IMAGED

FILED

## IN THE COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO

2008 AUG -5 AM 10: 33

CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS

STATE OF OHIO,              :

    Plaintiff,            :        Case No. CR 1983-12-0614

vs.                   :

                     :

VON CLARK DAVIS       :       Judge Nastoff

    Defendant.          :

---

## VON CLARK DAVIS' MOTION TO EXPEDITE RULING

---

      Von Clark Davis moves this Court to convene the Panel previously designated herein for purposes of ruling on the Defendant's May 8, 2008 Motion in Limine. Mr. Davis has attached a memorandum in support that he incorporates herein.

Respectfully submitted,

Melynda Cook-Reich  (SC# 0066596)
REPPER, PAGAN, COOK
Attorney for Defendant
1501 First Avenue
Middletown, OH  45044
(513) 424-1823; Fax (513)424-3135

      and

Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

302

*Randall Porter* (signature)

Randall Porter  (SC#0005835)
Assistant State Public Defender
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)
PorterR@OPD.state.OH.US

COUNSEL FOR VON CLARK DAVIS

## MEMORANDUM IN SUPPORT

The prosecution has provided discovery that indicates that it may call fact witnesses concerning the 1970 offense that resulted in the Mr. Davis' 1971 conviction for what was then second degree murder. The 1971 conviction is the only capital specification in this case.

On May 8, 2009, Mr. Davis filed a motion in limine to limit the prosecution's evidence concerning the 1971 conviction.[1]  Mr. Davis adopted the position therein that the only admissible evidence is a certified copy of the court entry finding Mr. Davis guilty of the 1970 offense.[2] Mr. Davis has based his trial preparation on the premise that the Panel would so limit the evidence.



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

[1] Mr. Davis will not, in this pleading, argue the merits of his motion in limine. He has already done that in his May 8, 2009 motion.
[2] The irony of this situation should not be overlooked. When Mr. Davis was convicted in 1971, he pled guilty and there was no trial. In 1984, when this case was first tried, the prosecutor pursuant to a stipulation, entered only the certified entry of the court entry to prove the 1971 conviction. Now, thirty-nine years after the 1970 murder, the prosecutor for the first time suggests that he needs to factually prove the 1970 murder. This is after Mr. Davis previously pled guilty to the murder and years later in a separate proceeding stipulated to the murder.

2

## A.  MR. DAVIS IS ENTITLED TO FAIR NOTICE AS TO THE PROCEEDINGS

"No principle or procedural due process is more clearly established than that of notice of the specific charge, and a chance to be heard in a trial of the issues raised by that charge, if desired ..." *Cole v. Arkansas* (1948), 333 U.S. 196, 201. The nature of the charge must be made known to the accused before the proceedings commence.  The charges may not become a trap when, after the proceedings are underway, the charges are amended based upon the testimony adduced.  *In re Ruffalo* (1968), 390 U.S. 544, 551.

In this case Mr. Davis does know the nature of the charges.  However, he does not know the procedure that the Panel will invoke with respect to proof as to the single aggravating circumstance.  He doe not know if he will need to confront witnesses and call witnesses on his own behalf.  This lack of notice as to the requisite procedure is as prejudicial to him as the lack of notice in the more traditional sense.  Under either scenario he does not know how to prepare.

## B.  MR. DAVIS IS ENTITLED TO PRESENT A DEFENSE

The Due Process Clause of the Fourteenth Amendment guarantees the accused of a fair trial.  It gives him the right to put on evidence in his favor to exculpate himself.  *Specht v. Patterson* (1967), 386 U.S. 605, 610.  It gives him the right to call witnesses on his own behalf.  *Jenkins v. McKeithen*, 395 U.S. 411, 429 (1969).  The right to present evidence is a crucial component of due process, "a person's right to . . . an opportunity to be heard in his defense – a right to his day in court – are basic in our system of jurisprudence; and these rights include, as a minimum, a right to examine the witnesses against him



**Repper, Pagan, Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

3

[and[ to offer testimony . . . ." *In re Oliver* (1948), 333 U.S. 257, 273. "The right to offer the testimony of witnesses, and to compel their attendance, if necessary, is in plain terms the right to present a defense, the right to present the defendant'' version of the facts as well as the prosecution'' to the jury so it may decide where the truth lies. Just as an accused has the right to confront the prosecution'' witnesses for the purpose of challenging their testimony, he has the right to present his own witnesses to establish a defense. This right is a fundamental element of due process of law." *Washington v. Texas* (1967), 388 U.S. 14, 19.

In this case because Mr. Davis is unaware of the procedures that Panel will employ with respect to the proof of the single aggravating circumstance, he is unable to present a defense. He does not know if the Panel will permit the 1970 homicide to be fully litigated. If this is the position of the Panel, then he will need to be prepare to call witnesses on his own behalf. He will need to examine the benefit of calling a pathologist as well as any of the other witnesses in the vicinity of the shooting or with whom he interacted prior to or subsequent to the shooting.[3]

## C. MR. DAVIS IS ENTITLED TO EFFECTIVE ASSISTANCE OF COUNSEL

Mr. Davis is entitled to effective assistance of counsel. *Strickland v. Washington*, 466 U.S. 668, 686 (1984). That right to effective assistance of counsel obligates defense counsel to conduct a reasonable investigation. *Id.* at



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

---

[3] If the Panel decides to permit the Prosecution to call one or more witnesses as to the 1971 conviction, that decision alone may by itself effectively preclude Mr. Davis from presenting a defense. Mr. Davis, because the offense occurred so distant in time, will have little meaningful opportunity to defend himself.

4

691. If the prosecution is permitted to call fact witnesses to establish the 1971 conviction, counsels' obligation will be expanded to include a full investigation of the 1970 offense. A reasonable investigation entails interviewing potential prosecution witnesses, the identification of witnesses who the defense may wish to call, and the retention of necessary experts. *Workman v. Tate*, 957 F.2d 1339, 1345-46 (6th Cir. 1992); *Blackburn v. Foltz*, 828 F.2d 1177, 1182-83 (6th Cir. 1987); *Terry v. Rees*, 985 F.2d 283, 284 (6th Cir. 1993); *Richey v. Bradshaw*, 498 F.3d 344, 362-64 (2007).

The purpose of this motion is to insure that counsel is prepared. Counsel will only be prepared if they know sufficiently in advance the scope of the eligibility phase. As of the date of the filing of this motion Counsel are unclear as to the scope. This present issue does not involve the common scenario in which there is a question of whether the prosecution will be permitted to call a specific witness. If that was the situation, Counsel could adequately prepare, without the Panel's expedited ruling. Instead, Mr. Davis in his motion in limine as the Panel to address whether the prosecution will be permitted to put on a full trial as to the 1970 offense.[4]

WHEREFORE, Mr. Davis requests this Court to convene the three judge Panel as expeditiously as possible so that counsel may have the benefit of the Panel's ruling. Counsel neither wishes to expend time preparing for a trial phase that will not take place nor conduct an unreasonable and incomplete investigation as to a trial phase that will take place.



Repper, Pagan,
Cook, Ltd.
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

---

[4] The United States Supreme Court has determined the two phases of a capital case are comparable to two separate trials. *Strickland,* 466 U.S. at 686.

5

Respectfully submitted,

Melynda Cook-Reich  (SC# 0066596)
REPPER, PAGAN, COOK
Attorney for Defendant
1501 First Avenue
Middletown, OH  45044
(513) 424-1823; Fax (513)424-3135

and

Randall Porter  (SC#0005835)
Assistant State Public Defender
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)
PorterR@OPD.state.OH.US

COUNSEL FOR VON CLARK DAVIS

**CERTIFICATE OF SERVICE**

        I hereby certify that a true copy of the foregoing was delivered via hand delivery to Daniel G. Eichel, Assistant Butler County Prosecuting Attorney, and Michael A. Oster, Jr. Assistant Butler County Prosecuting Attorney by leaving same at the Office of the Butler County Prosecuting Attorney, 11th Floor, 315 High Street, Hamilton, Ohio 45011, on this day August __5th___, 2009.

Melynda Cook-Reich  (SC# 0066596)

**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

6

FILED

2009 AUG 19 AM 9:43

BUTLER COUNTY
CLERK OF COURTS

**CINDY CARPENTER            CLERK OF COURTS**            IMAGED

**WITNESS INFORMATION**

NAME: Scott Nowack
ADDRESS: c/o Ohio State Penitentiary
              878 Coitsville Hubbard Rd.
CITY:       Youngstown           STATE: OH       ZIP:  44505-4635

Today's Date:   August 7, 2009      Case No.: CR 1983-12-0614

Plaintiff: State of Ohio       vs.           Defendant: Von Clark Davis

**PRAECIPE FOR SUBPOENA**
**Criminal- Trial and Duces Tecum**
**COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO**

TYPE OF SERVICE:

_____Certified Mail           _____Personal Service by Butler County Sheriff

\_\_**☒**\_\_ Appointed Process Server   _____   Foreign County Sheriff

**X X**\_\_Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio 45011 as follows:

       **DATE: 9/8/09 through  9/11/09**          **TIME: 9:00 a.m.**
                                               **until released by attorney.**

       **JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

Certified copies of the Institutional Summary Report of Von Clark Davis (Inmate #A-179828) dated 4/27/09.

                         REQUESTING ATTORNEY
                         Name:  Randall Porter
                         Office of the Ohio Public Defender
                         250 East Broad Street, Suite 1400
                         Columbus, Ohio  43215
                         (614) 466-5394 (Voice)
                         (614) 644-0703 (Facsimile)

**CINDY CARPENTER**          **CLERK OF COURTS**

**WITNESS INFORMATION**

NAME:  Cynthia Mausser
ADDRESS:  c/o Ohio Parole Board
           770 West Broad Street
CITY:        Columbus              STATE:  OH        ZIP:  43222

Today's Date:   August 7, 2009       Case No.: CR 1983-12-0614

Plaintiff:  State of Ohio       vs.       Defendant:  Von Clark Davis

**PRAECIPE FOR SUBPOENA**
**Criminal- Trial**
**COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO**

TYPE OF SERVICE:

_____Certified Mail          _____Personal Service by Butler County Sheriff

_____Appointed Process Server     _____ Foreign County Sheriff

_XXX_Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler
County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio
45011 as follows:

  **DATE:  9/8/09 through  9/11/09**              **TIME: 9:00 a.m.**
                                                  **until released by attorney.**

  **JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

                    REQUESTING ATTORNEY
                    Name:  Randall Porter
                    Office of the Ohio Public Defender
                    250 East Broad Street, Suite 1400
                    Columbus, Ohio  43215
                    (614) 466-5394 (Voice)
                    (614) 644-0703 (Facsimile)

**CINDY CARPENTER**          **CLERK OF COURTS**



**WITNESS INFORMATION**

NAME:  Carol A. Smith
ADDRESS: ███████████                                        IMAGED
CITY:          Forest Park          STATE:  OH          ZIP:  45240

Today's Date:          August 7, 2009          Case No.: CR 1983-12-0614

Plaintiff:  State of Ohio          vs.          Defendant:  Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

___X___ Certified Mail          ~~XX~~___ Personal Service by Butler County Sheriff

_____ Appointed Process Server          _____ Foreign County Sheriff

_____ Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler
County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio
45011 as follows:

      **DATE:  9/8/09 through  9/11/09**          **TIME: 9:00 a.m. each day**
                                                     **until released by attorney.**

      **JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

                        REQUESTING ATTORNEY
                        Name:  Melynda Cook-Reich
                        Repper, Pagan, Cook Ltd.
                        1501 First Avenue
                        Middletown, OH 45044
                        513-424-1823; Fax (513) 424-3135

FILED

**CINDY CARPENTER** **CLERK OF COURTS**

2009 AUG 19 AM 9:44

**WITNESS INFORMATION**

IN.AGED

NAME: Jerome Stineman
ADDRESS:

BUTLER COUNTY
CLERK OF COURTS

CITY:        Cincinnati            STATE:  OH            ZIP:  45208

Today's Date:        August 18, 2009        Case No.: CR 1983-12-0614

Plaintiff:  State of Ohio        vs.            Defendant:  Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

__X___Certified Mail            ____Personal Service by Butler County Sheriff

_____ Appointed Process Server        _____ Foreign County Sheriff

_____Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler
County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio
45011 as follows:

**DATE: 9/8/09 through  9/11/09**                    **TIME: 9:00 a.m. each day**
                                                    **until released by attorney.**

**JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

REQUESTING ATTORNEY
Name:  Melynda Cook-Reich
Repper, Pagan, Cook Ltd.
1501 First Avenue
Middletown, OH 45044
513-424-1823; Fax (513) 424-3135

**CINDY CARPENTER**

**WITNESS INFORMATION**

**CLERK OF COURTS**

FILED

IMAGED

2009 AUG 19 AM 9: 45

BUTLER COUNTY
CLERK OF COURTS



NAME: Alluster Tipton
ADDRESS:
CITY:     Forest Park         STATE: OH       ZIP: 45240

Today's Date:      August 7, 2009      Case No.: CR 1983-12-0614

Plaintiff: State of Ohio     vs.      Defendant: Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

__X__ Certified Mail      ~~XX~~ Personal Service by Butler County Sheriff

_____ Appointed Process Server     _____ Foreign County Sheriff

_____ Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio 45011 as follows:

**DATE: 9/8/09 through 9/11/09**       **TIME: 9:00 a.m. each day**
                                                      **until released by attorney.**

**JUDGE: Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

REQUESTING ATTORNEY
Name: Melynda Cook-Reich
Repper, Pagan, Cook Ltd.
1501 First Avenue
Middletown, OH 45044
513-424-1823; Fax (513) 424-3135

IMAGED

**CINDY CARPENTER**          **CLERK OF COURTS**          FILED



2009 AUG 19  AM 9: 44

**WITNESS INFORMATION**          BUTLER COUNTY
                                                    CLERK OF COURTS

NAME:  Sherry Davis
ADDRESS:  ███████████████
CITY:        Forest Park          STATE:  OH          ZIP:  45240

Today's Date:          August 7, 2009          Case No.: CR 1983-12-0614

Plaintiff:  State of Ohio          vs.          Defendant:  Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

___X___ Certified Mail          ████ Personal Service by Butler County Sheriff

_____ Appointed Process Server          _____ Foreign County Sheriff

_____ Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler
County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio
45011 as follows:

**DATE: 9/8/09 through  9/11/09**          **TIME: 9:00 a.m. each day
                                                                   until released by attorney.**

**JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

REQUESTING ATTORNEY
Name:  Melynda Cook-Reich
Repper, Pagan, Cook Ltd.
1501 First Avenue
Middletown, OH 45044
513-424-1823; Fax (513) 424-3135



### CINDY CARPENTER          CLERK OF COURTS

**WITNESS INFORMATION**

NAME:  Rick Rotundo
ADDRESS:  ███████████
CITY:          Loveland                    STATE: OHIO          ZIP:   45140

Today's Date:    August 7, 2009          Case No.: CR 1983-12-0614

Plaintiff:  State of Ohio          vs.          Defendant:  Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

__X__ Certified Mail                    __XX__ Personal Service by Butler County Sheriff

_____ Appointed Process Server          _____ Foreign County Sheriff

_____ Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio 45011 as follows:

**DATE: 9/8/09 through  9/11/09**                    **TIME: 9:00 a.m.**
                                         **until released by attorney.**

**JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

REQUESTING ATTORNEY
Name:  Randall Porter
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)

**CINDY CARPENTER**

**CLERK OF COURTS** ED

**WITNESS INFORMATION**

IMAGED    2009 AUG 19  AM 9·45



NAME: Victor Davis
ADDRESS:
CITY:        Hamilton                    STATE: OH           ZIP: 45013

Today's Date:        August 7, 2009          Case No.: CR 1983-12-0614

Plaintiff: State of Ohio      vs.          Defendant: Von Clark Davis

### PRAECIPE FOR SUBPOENA
### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

_____Certified Mail          XX__Personal Service by Butler County Sheriff

_____ Appointed Process Server     _____ Foreign County Sheriff

_____Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler
County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio
45011 as follows:

**DATE: 9/8/09 through  9/11/09**                **TIME: 9:00 a.m. each day
                                                until released by attorney.**

**JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

REQUESTING ATTORNEY
Name:  Melynda Cook-Reich
Repper, Pagan, Cook Ltd.
1501 First Avenue
Middletown, OH 45044
513-424-1823; Fax (513) 424-3135



### CINDY CARPENTER        CLERK OF COURTS

**WITNESS INFORMATION**

NAME:  Elliot Butch Davis
ADDRESS:  ███████████████
CITY:       Hamilton              STATE:  OH       ZIP:  45011

Today's Date:  August 7, 2009        Case No.: CR 1983-12-0614

Plaintiff:  State of Ohio       vs.       Defendant:  Von Clark Davis

### PRAECIPE FOR SUBPOENA
#### Criminal- Trial
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SERVICE:

_____Certified Mail          XX____Personal Service by Butler County Sheriff

_____ Appointed Process Server        _____ Foreign County Sheriff

_____Attorney Service

The above named Witness is commanded to appear in the Common Pleas Court of Butler County, Ohio at the Government Services Center, 3rd Floor, 315 High Street, Hamilton, Ohio 45011 as follows:

    **DATE: 9/8/09 through  9/11/09**        **TIME: 9:00 a.m. each day until released by attorney.**

    **JUDGE:  Nastoff**

THE WITNESS IS ORDERED TO BRING THE FOLLOWING DOCUMENTS:

    REQUESTING ATTORNEY
    Name:  Melynda Cook-Reich
    Repper, Pagan, Cook Ltd.
    1501 First Avenue
    Middletown, OH 45044
    513-424-1823; Fax (513) 424-3135

### IN THE COURT OF COMMON PLEAS
### BUTLER COUNTY, OHIO



**STATE OF OHIO,**          :

     **Plaintiff,**          :          **Case No. CR 1983-12-0614**

**vs.**          :

         :

**VON CLARK DAVIS**          :          **Judge Nastoff**

     **Defendant.**          :

---

### OUT OF STATE WITNESS APPLICATION

---

     Von Clark Davis moves the Court to issue a Certificate to be presented to a Judge of the Montgomery Circuit Court in Rockville Maryland, pursuant to §2939.27 of the Ohio Revised Code, requiring the attendance of Delbert Flowers, ███████████████, Gaithersburg, Maryland, 20878-3579, as a material witness in the capital resentencing hearing about in Butler County, Ohio. The presence and attendance of said Delbert Flowers will be required at 9:00 a.m. on September 9, 2009, until the conclusion of required testimony that day. The State of Maryland has enacted the uniform law entitled, Summoning Witnesses to Testify in Another State, Maryland Code Ann § 9-302 (2009).

     It is not recommended that the aforesaid witness be taken into immediate custody.



**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135



Respectfully submitted,


Melynda Cook-Reich  (SC#0066596)
REPPER, PAGAN, & COOK
1501 First Avenue
Middletown, OH  45044
(513) 424-1823 (Voice)
 (513)424-3135 (Facsimile)


and


Randall Porter  (SC#0005835)
Assistant State Public Defender
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)
PorterR@OPD.state.OH.US


COUNSEL FOR VON CLARK DAVIS



**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via hand delivery to Daniel G. Eichel, Assistant Butler County Prosecuting Attorney, and Michael A. Oster, Jr. Assistant Butler County Prosecuting Attorney by leaving same at the Office of the Butler County Prosecuting Attorney, 11th Floor, 315 High Street, Hamilton, Ohio 45011, on this day August 18th, 2009.

Melynda Cook-Reich



**Repper, Pagan, Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

3

STATE OF OHIO                    :    CASE NO. CR 1983-12-0614

    Plaintiff                   :    STATE OF OHIO        IMAGED
                                     COUNTY OF BUTLER
vs.                             :    COURT OF COMMON PLEAS
                                       (Nastoff, J.)

VON CLARK DAVIS                 :    STATE'S SUPPLEMENTAL DISCOVERY
                                     (8/21/09)
    Defendant                  :

                    : : : : : : : : : :

Now comes the Prosecuting Attorney, and supplementing its previous discovery, discloses the following:


A.        STATEMENTS DISCOVERABLE, Criminal Rule 16(B)(1)(a):

          No new statements

B.        DEFENDANT'S PRIOR CRIMINAL RECORD, Criminal Rule 16(B)(1)(b):

          The defendant's known criminal record has been previously disclosed.

C.        DOCUMENTS AND TANGIBLE EVIDENCE, Criminal Rule 16(B)(1)(C):

          Medical Illustrations of Wounds To Ernestine Davis(8).

D.        REPORTS OF EXAMINATIONS OR TESTS, Criminal Rule 16(B)(1)(d):

          Have all been previously disclosed.

E.        WITNESSES' NAMES AND ADDRESSES, Criminal Rule 16(B)(1)(e):
          The Prosecuting Attorney intends to call the following at trial:

          Lisa Link (address and curriculum vitae, if needed, to be supplemented)

          KNOWN FELONY RECORD OF CONVICTION FOR WITNESSES:

F.        FAVORABLE EVIDENCE DISCOVERABLE, Criminal Rule 16(B)(1)(f):

          There is no evidence material to guilt or punishment and favorable to this defendant known
          to the Prosecuting Attorney as to this case.




PROSECUTING ATTORNEY, BUTLER COUNTY, OHIO

P.O. BOX 515, HAMILTON, OH 45012-0515

Respectfully submitted,
**ROBIN N. PIPER**  (0023205)
Butler County Prosecuting Attorney


_____
MICHAEL A. OSTER, JR. (0076491)
Chief, Appellate Division
Government Services Center
315 High Street, 11th Floor
Hamilton, Ohio 45012-0515
Telephone: (513) 887-3474


### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Memorandum has been sent by ordinary U.S. mail **and FAX** to Attorneys for Defendant: Randall L. Porter, 8 East Long Street, 11th Floor, Columbus, OH 43215, and Melynda W. Cook-Reich, 1501 First Avenue, Middletown, OH 45044, on this 21st day of August, 2009.


_____
MICHAEL A. OSTER, JR. (0076491)
Assistant Prosecuting Attorney





68

64

60

56

52

48

44

40

36

32

28

24

20

16

12

8

4

0









68

64

60

56

52

48

44

40

36

32

28

24

20

16

12

8

4

0

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 4837



68

64

60

56

52

48

44

40

36

32

28

24

20

16

12

8

4

0

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 4838



68

64

60

56

52

48

44

40

36

32

28

24

20

16

12

8

4

0

STATE OF OHIO : CASE NO. CR 1983-12-0614

    Plaintiff :

vs. : STATE OF OHIO
      COUNTY OF BUTLER
      COURT OF COMMON PLEAS
      (Nastoff, J.)

VON CLARK DAVIS : **STATE'S SUPPLEMENTAL DISCOVERY**
      (8/26/09)

    Defendant :

: : : : : : : : :

Now comes the Prosecuting Attorney, and supplementing its previous discovery, discloses the following:

A.      STATEMENTS DISCOVERABLE, Criminal Rule 16(B)(1)(a):

       No new statements

B.      DEFENDANT'S PRIOR CRIMINAL RECORD, Criminal Rule 16(B)(1)(b):

       The defendant's known criminal record has been previously disclosed.

C.      DOCUMENTS AND TANGIBLE EVIDENCE, Criminal Rule 16(B)(1)(C):

       Have all been previously disclosed.

D.      REPORTS OF EXAMINATIONS OR TESTS, Criminal Rule 16(B)(1)(d):

       Have all been previously disclosed.

E.      WITNESSES' NAMES AND ADDRESSES, Criminal Rule 16(B)(1)(e):
       The Prosecuting Attorney intends to call the following at trial:

       Lisa Link (curriculum vitae to be supplemented)

       Cincinnati, Ohio 45329

       KNOWN FELONY RECORD OF CONVICTION FOR WITNESSES:

F.      FAVORABLE EVIDENCE DISCOVERABLE, Criminal Rule 16(B)(1)(f):

       There is no evidence material to guilt or punishment and favorable to this defendant known to the Prosecuting Attorney as to this case.

PROSECUTING ATTORNEY, BUTLER COUNTY, OHIO

P.O. BOX 515, HAMILTON, OH 45012-0515

Respectfully submitted,
**ROBIN N. PIPER** (0023205)
Butler County Prosecuting Attorney


MICHAEL A. OSTER, JR. (0076491)
Chief, Appellate Division
Government Services Center
315 High Street, 11th Floor
Hamilton, Ohio 45012-0515
Telephone: (513) 887-3474

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Memorandum has been sent by ordinary U.S. mail **and FAX** to Attorneys for Defendant: Randall L. Porter, 250 East Broad St., Suite 1400, Columbus, OH 43215, and Melynda W. Cook-Reich, 1501 First Avenue, Middletown, OH 45044, on this 26th day of August, 2009.

Fax # RP (614) 644-0708
    MC-R (513) 424-3135


MICHAEL A. OSTER, JR. (0076491)
Assistant Prosecuting Attorney

**COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

| | |
|---|---|
| **STATE OF OHIO** | **CASE NO. CR1983-12-0614** |
| **Plaintiff** | **NASTOFF, J.** |
| **vs.** | **PRAECIPE FOR SUBPOENA FOR STATE'S WITNESS(ES)    SENTENCE HEARING** |
| **VON CLARK DAVIS** | |
| **Defendant** | |

**TO THE CLERK:**

Please issue Subpoena(s) for the following person(s), or entities:

    **Charles Furmon,**         Hamilton, OH 45013

    **Dr. Joseph H. Brandabur**, Deputy Coroner, Butler County Coroner's Office, 315 High Street, 6th Floor, Hamilton, OH 45011

    **Lisa Link,**        , Cincinnati, OH 45239

to appear and present testimony on behalf of the Prosecution at the **Sentence Hearing** in the above-captioned matter, in the Courtroom of **Judge Andrew Nastoff,** Butler County Government Services Building, 315 High St., Hamilton, OH 45011, on **September 08, 2009**, at **9:00AM.**

                                    **ROBIN PIPER**
                                      **PROSECUTING ATTORNEY**
                                      **BUTLER COUNTY, OHIO**

**PLEASE RETURN TO THE PROSECUTOR'S OFFICE ASAP FOR SERVICE. THANKS**

VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 4842

 **CINDY CARPENTER**  **CLERK OF COURTS**

**WITNESS SUBPOENA COPY:**
**LISA LINK**

**CINTI, OH 45239**

Date:   August 28, 2009                    Case No.: CR 1983 12 0614
                              STATE OF OHIO VS VON CLARK DAVIS

### SUBPOENA SERVED BY PROCESS SERVER
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SUBPOENA: SENTENCE HEARING

To the above named Witness:  You are hereby commanded to appear in the Common Pleas Court of Butler County Ohio at the Government Services Center, 315 High Street, 3RD Floor, Hamilton, Ohio 45011.

DATE: SETPEMBER 8 2009                    TIME: 9:00 AM

JUDGE: NASTOFF

You are required to attend and give testimony on behalf of the plaintiff/defendant in the above captioned case under penalty of law.

To apply for payment for your services as a witness after testimony, bring this subpoena to the office of the Butler County Clerk of Courts.

CINDY CARPENTER                         REQUESTING ATTORNEY:
Butler County Clerk of Courts           NAME: ROBIN PIPER
                                        ADDRESS: 315 HIGH ST
                                        CITY& STATE: HAMILTON OH
                                        ZIP: 45011
                                        PHONE: (513)887-3474

By: **SHONDA ERTEL**
Deputy Clerk

---

WITNESS CERTIFICATION

I attest that I appeared to give testimony in the above captioned case. I was present in the Court of Common Pleas for _____ days. As an out of county witness, I traveled _**20**_ miles from the city of _**CINCINNATI**_ _____ in the State ____ **OHIO** _____

SIGNATURE: _____
                (Witness)

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org





**IN THE COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

FILED

2009 AUG 28  AM 11: 37

| | | |
|---|---|---|
| **STATE OF OHIO,** | : | |
| **Plaintiff,** | : | **Case No. CR 1983-12-0614** |
| **vs.** | : | |
| | : | |
| **VON CLARK DAVIS** | : | **Judge Nastoff** |
| **Defendant.** | : | |

BUTLER COUNTY
CLERK OF COURTS

## CERTIFICATE UNDER UNIFORM ACT TO SECURE THE ATTENDANCE OF WITNESS FROM WITHOUT A STATE TN CRIMINAL PROCEEDINGS

Upon application of Von Clark Davis, pursuant to R.C. §2939.27, the Uniform Act To Secure The Attendance Of Witnesses From Without A State In Criminal Proceedings, the Court does issue the following CERTIFICATE under seal of this Court, pursuant to said statute and states the following, to-wit:

1.  That Delbert Flowers is, to the best of the knowledge and belief of the undersigned, now present in the State of Maryland, Montgomery County and resides at ▮▮▮▮▮▮▮▮▮▮ Gaithersburg, Maryland.

2.  That this action is a criminal proceeding and is currently pending in the Butler County Court of Common Pleas.



VON CLARK DAVIS v. WARDEN
CASE NO. 2:16-cv-00495
APPENDIX - Page 4844

3.     That said Delbert Flowers is a material witness and required by the defense in order to fairly present its case for Von Clark Davis.

4.     That said witness will be required to be in attendance for one day on September 9, 2009 at 9:00 a.m. in the Butler County Court of Common Pleas, Court, the Courtroom of Judge Nastoff, Government Services Building, Third Floor, 315 High Street, Hamilton, Ohio, 45011.

5.     That the Butler County Court of Common Pleas is a court of record having general jurisdiction to try felony cases arising within said County.

6.     That the laws of the State of Ohio and of any other States through which Delbert Flowers as a witness may be required to pass by the ordinary course of travel, give him protection from arrest and the service of civil process in obedience to this summons directing him to attend and testify in the State of Ohio

7.     Further, counsel for Von Clark Davis is directed to pay the mileage and attendance fee for Delbert Flowers.

8.     That this Certificate is directed to the Judge of the Montgomery Circuit Court in Montgomery County, Ohio.

9.     It is not recommended that the aforesaid witness be take into immediate custody.

ENTER: _8/26/09_

_____
Hon. Daniel A. Nastoff

2



2. Article Number

7160 3901 9848 5852 8903

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   Yes

1. Article Addressed to:

RICK ROTUNDO

LOVELAND, OH 45140

CR 1983 12 0614

FILED BUTLER CO.
COMMON PLEAS COURT L000 1982 78

AUG 3 1 2009

CINDY CARPENTER
CLERK OF COURTS

IMAGED

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005   Domestic Return Receipt

---

2. Article Number

7160 3901 9848 5852 8910

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   Yes

1. Article Addressed to:

ALLUSTER TIPTON

FOREST PARK, OH 45240

CR 1983 12 0614

FILED BUTLER CO. L000 1982 76
COMMON PLEAS COURT

AUG 3 1 2009

CINDY CARPENTER
CLERK OF COURTS

IMAGED

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005   Domestic Return Receipt

---

2. Article Number

7160 3901 9848 5852 8897

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   Yes

1. Article Addressed to:

SHERRY DAVIS

FOREST PARK, OH 45240

CR 1983 12 0614

FILED BUTLER CO. L000 1982 77
COMMON PLEAS COURT

AUG 3 1 2009

CINDY CARPENTER
CLERK OF COURTS

IMAGED

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2005   Domestic Return Receipt



STATE OF OHIO :  CASE NO. CR 1983-12-0614

    Plaintiff :  STATE OF OHIO
: COUNTY OF BUTLER
vs. : COURT OF COMMON PLEAS
: (Nastoff, J.)
:
VON CLARK DAVIS : STATE'S SUPPLEMENTAL DISCOVERY
: (8/31/09)
    Defendant :

: : : : : : : : :

Now comes the Prosecuting Attorney, and supplementing its previous discovery, discloses the following:

A.     STATEMENTS DISCOVERABLE, Criminal Rule 16(B)(1)(a):

    No new statements

B.     DEFENDANT'S PRIOR CRIMINAL RECORD, Criminal Rule 16(B)(1)(b):

    The defendant's known criminal record has been previously disclosed.

C.     DOCUMENTS AND TANGIBLE EVIDENCE, Criminal Rule 16(B)(1)(C):

    Have all been previously disclosed.

D.     REPORTS OF EXAMINATIONS OR TESTS, Criminal Rule 16(B)(1)(d):

    Have all been previously disclosed.

E.     WITNESSES' NAMES AND ADDRESSES, Criminal Rule 16(B)(1)(e):
    The Prosecuting Attorney intends to call the following at trial:

    Lisa Link, Curriculum Vitae

    KNOWN FELONY RECORD OF CONVICTION FOR WITNESSES:

F.     FAVORABLE EVIDENCE DISCOVERABLE, Criminal Rule 16(B)(1)(f):

    There is no evidence material to guilt or punishment and favorable to this defendant known
    to the Prosecuting Attorney as to this case.

PROSECUTING ATTORNEY, BUTLER COUNTY, OHIO

P.O. BOX 515, HAMILTON, OH 45012-0515



Respectfully submitted,
**ROBIN N. PIPER** (0023205)
Butler County Prosecuting Attorney


_____
MICHAEL A. OSTER, JR. (0076491)
Chief, Appellate Division
Government Services Center
315 High Street, 11th Floor
Hamilton, Ohio 45012-0515
Telephone: (513) 887-3474


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Memorandum has been sent by ordinary U.S. mail **and FAX** to Attorneys for Defendant: Randall L. Porter, 250 East Broad St., Suite 1400, Columbus, OH 43215, and Melynda W. Cook-Reich, 1501 First Avenue, Middletown, OH 45044, on this 31st day of August, 2009.

Fax # RP (614) 644-0708
    MC-R (513) 424-3135


_____
MICHAEL A. OSTER, JR. (0076491)
Assistant Prosecuting Attorney

PROSECUTING ATTORNEY, BUTLER COUNTY, OHIO

P.O. BOX 515, HAMILTON, OH 45012-0515

# Lisa Link

█████████ Cincinnati, OH 45239

## EXPERIENCE

Lisa Link Illustration/Design

1999 - Present

Medical illustrator

- · Textbook illustration for medical professionals
- · Illustration depicting surgical procedures
- · Scientific illustration for promotional purposes
- · Illustration for medical journal submissions
- · Medical legal illustration

Designer

- · Promotional material
- · Ad design
- · Recruitment material for University of Cincinnati College of Medicine

Division of Plastic and Reconstructive Surgery, UC Physicians

2003 - Present

Medical illustrator

- · Weekly conference presentation on upcoming cases
- · Digital database maintenance

University of Cincinnati Art and Design

1998 - 1999

Medical illustrator

- · Medical and scientific illustration for UC faculty and staff

University of Cincinnati Art and Design

1996 - 1998

Medical illustrator, paid internship

- · Medical and scientific illustration for UC faculty and staff

## EDUCATION

Bachelor of Fine Arts

College of Design, Architecture, Art, and Planning; University of Cincinnati

*Concentration in Drawing, Minor in Biology*

█████████ · phone: █████████ · mobile: █████████

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

STATE OF OHIO,                               :

     Plaintiff,                          :          Case No. CR 1983-12-0614

vs.                                          :

                                         :

VON CLARK DAVIS                              :          Judge Nastoff

     Defendant.                          :

---

### DEFENDANT'S SUPPLEMENTAL ANSWER
### TO REQUEST FOR DISCOVERY

---

    ***NOW COMES*** Defendant, by and through his undersigned counsel, and, responding to the State's Motion for Discovery, responds as follows:

### A. DOCUMENTS AND TANGIBLE OBJECTS, CRIMINAL RULE 16(C)(1)(a):

    1. Certified copy of birth certificate of Nicholas Elliot Davis
    2. Certified copy of death certificate of Charles Richard Flowers
    3. Certified copy of death certificate of Milton Flowers

    WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery. Defendant reserves the right to supplement this response upon identification of additional evidence.

### B. REPORTS OF EXAMINATIONS OR TESTS, CRIMINAL RULE 16(B)(1)(d):

    WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery. Defendant reserves the right to supplement this response upon identification of additional evidence.



**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135



## C.  WITNESSES' NAMES AND ADDRESSES, CRIMINAL RULE 16(C)(1)(c):

WHEREFORE, the Defendant reserves the right to utilize any discovery provided by the State in its Answers of Discovery.  Defendant reserves the right to supplement this response upon identification of additional evidence.

Respectfully submitted,

Melynda Cook-Reich  (SC# 0066596)
REPPER, PAGAN, COOK
Attorney for Defendant
1501 First Avenue
Middletown, OH  45044
(513) 424-1823; Fax (513)424-3135

and

Randall Porter  (SC#0005835)
Assistant State Public Defender
Office of the Ohio Public Defender
250 East Broad Street, Suite 1400
Columbus, Ohio  43215
(614) 466-5394 (Voice)
(614) 644-0703 (Facsimile)
PorterR@OPD.state.OH.US

COUNSEL FOR VON CLARK DAVIS



**Repper, Pagan,
Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was delivered via hand delivery to Daniel G. Eichel, First Assistant Butler County Prosecuting Attorney, and Michael A. Oster, Jr. Assistant Butler County Prosecuting Attorney by leaving same at the Office of the Butler County Prosecuting Attorney, 11th Floor, 315 High Street, Hamilton, Ohio 45011, on this day August 31, 2009.

Melynda Cook-Reich (SC# 0066596)



**Repper, Pagan, Cook, Ltd.**
Attorneys at Law
1501 First Avenue
Middletown, OH 45044
Phone: 513.424.1823
FAX: 513.424.3135

3

VERIFY PRESENCE OF ODH WATERMARK HOLD TO RIGHT TO VIEW

VOID VOID VOID VOID VOID

VOID VOID VOID VOID VOID

I HEREBY CERTIFY THIS
DOCUMENT IS AN EXACT
COPY OF THE RECORD ON FILE WITH
THE OHIO DEPARTMENT OF HEALTH

MAY 1 09 06 ? 0

JUDITH B. NAGY, STATE REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE ABOVE

VOID VOID VOID VOID VOID

**Ohio Department Of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**
TYPE OR PRINT IN PERMANENT BLACK INK

Reg. Dist. No. 0901
Primary Reg. Date No. 2005
Reg. Issued No. 2005-003**

State File No. 03**17

| 1. Decedent's Name (First, Middle, Last) | 2. Sex | 3. Date of Death (Month, Day, Year) |
|---|---|---|
| CHARLES RICHARD FLOWERS | Male | May 7, 2005 |

| 4. Social Security Number | 5a. Age–Last Birthday | 5b. Under One Year | 5c. Under 1 Day | 6. Date of Birth (Month, Day, Year) | 7. Birthplace (City, County and State or Foreign Country) |
|---|---|---|---|---|---|
| ███████ | 81 | Months / Days | Hours / Minutes | ███████ | Akron OH |

| 8. Was Decedent ever in U.S. Armed Forces? | 9. Place of Death (Check Only One) |
|---|---|
| Yes ☒ No | Hospital: ☒ Inpatient ☐ ER/Outpatient ☐ DOA   Other: ☐ Nursing Home ☐ Residence ☐ Other (Specify) |

| 9b. Facility Name (If not Institution, Give Street and Number) | 9c. City, Village, Twp., or Location of Death | 9d. County of Death |
|---|---|---|
| Fort Hamilton Hospital | Hamilton | Butler |

| 10. Marital Status–Married, Never Married, Widowed, Divorced (Specify) | 11. Surviving Spouse's Name (Give Maiden Name) | 12a. Decedent's Usual Occupation (Kind of work done during most of working life. Do not use retired.) | 12b. Kind of Business/Industry |
|---|---|---|---|
| Married | Sylvia Zarling | Electrical Engineer | Electric Co. |

| 13a. Residence-State | 13b. County | 13c. City, Town, Twp., or Location | 13d. Street & Number |
|---|---|---|---|
| OH | Butler | Hanover Twp. | |

| 13e. Inside City Limits? | 13f. ZIP Code | 14. Was Decedent of Hispanic Origin? | 15. Race–American Indian, etc. White, etc. (Specify) | 16. Decedent's Education |
|---|---|---|---|---|
| ☐ Yes ☒ No | 45013 | ☐ Yes ☒ No  If Yes, Specify Cuban, Mexican, Puerto Rican, etc. | White | Elementary/Secondary (0-12) 12  College(1-4 or 5+) 4 |

| 17. Father's Name (First, Middle, Last) | 18. Mother's Name (First, Middle, Maiden Surname) |
|---|---|
| Joseph Flowers | Mary Sutton |

| 19a. Informant's Name (Type/Print) | 19b. Mailing Address (Street and Number or Rural Route Number, City or Town, State, ZIP Code) |
|---|---|
| Sylvia Flowers | Hamilton, OH 45013 |

| 20a. Method of Disposition | 20b. Place of Disposition (Name of Cemetery, Crematory or Other Place) | 20c. Location City or Town, State |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Removal from State   ☐ Donation ☐ Other (Specify) | St. Aloysius Cemetery | Shandon, OH Butler Co. |

| 20d. Date of Disposition | 20e. Signature of Embalmer | 20f. License Number |
|---|---|---|
| May 13, 2005 | George R. Brown, II | 6276A |

| 21a. Signature of Funeral Director or Other Person Acting As Such | 21b. License Number (of Licensee) | 21. Name and Address of Facility (Include City, State and ZIP Code) |
|---|---|---|
| George R. Brown II | 5309 | Brown-Dawson Funeral Home 330 Pershing Avenue Hamilton, OH 45011 |

| 24. Registrar's Signature | 25. Date Filed (Month, Day, Year) |
|---|---|
| Kim Comping | May 13, 2005 |

| 26a. Signature of Person Issuing Permit | 26b. Permit No. | 26c. Date Permit Issued |
|---|---|---|
| George R. Brown II | George R. Brown II | 0901 | 2005 |

28a. Certifier
(Check Only One):
☒ Certifying Physician — To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) and manner(s) stated.
☐ Coroner — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 28b. Hour of Death | 28c. Date Pronounced Dead (Month, Day, Year) | 28d. Was Case Referred to Coroner? |
|---|---|---|
| 3:35 PM | May 7, 2005 | ☐ Yes ☒ No |

| 28e. Signature of Certifier | 28f. License Number | 28g. Date Signed (Month, Day, Year) |
|---|---|---|
| | 350749728 | May 12, 2005 |

29. Name and Address of Person Who Completed Cause of Death (Type/Print)
Andrew Hear MD   2275A , Millville Ave. Hamilton, OH   45013

30. Part I. Enter the diseases, injuries or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause (Final disease or condition resulting in death) | Congestive Heart Failure | 2 weeks |
| b. Due to (or as a Consequence of): | Renal Failure | 2 weeks |
| c. Due to (or as a Consequence of): | | |
| d. Due to (or as a Consequence of): | | |

Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I.

| 31a. Was an autopsy Performed? | 31b. Were Autopsy Findings Available Prior To Completion of Cause of Death? |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

| 32. Manner of Death | 33a. Date of Injury (Month, Day, Year) | 33b. Time of Injury | 33c. Injury at Work? | 33d. Describe How Injury Occurred |
|---|---|---|---|---|
| ☐ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be Determined | | | ☐ Yes ☐ No | |

| 33e. Place of Injury – At Home, Farm, Street, Factory, Office Building, etc. (Specify) | 33f. Location (Street and Number or Rural Route Number, City or Town, State) |
|---|---|

VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW

I HEREBY CERTIFY THIS
DOCUMENT IS AN EXACT
COPY OF THE RECORD ON FILE WITH
THE OHIO DEPARTMENT OF HEALTH.

HY-5 09 06 1435

JUDITH B. HAGY, STATE REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE & SEAL

STATE OF OHIO
DEPARTMENT OF HEALTH
DIVISION OF VITAL STATISTICS
CERTIFICATE OF BIRTH

**71352**

PLACE OF BIRTH
County of _Butler_
Township of
Village of
City of _Hamilton_

Registration District No. _130_    File No. _71352_
Primary Registration District No. _8052_    Registered No. _939_

No. _26_ St. _Stephen_ St., Ward
(If birth occurred in a hospital or institution, give NAME instead of street and number)

FULL NAME OF CHILD _Nicholas Elliot Davis_ (If child is not yet named, make supplemental report, as directed)

Sex of Child _Male_ | Twin, triplet or other? (To be answered only in event of plural births) | Number in order of birth | Legitimate? _Yes_ | Date of Birth

| FATHER | MOTHER |
|---|---|
| FULL NAME _Thomas E. Davis_ | FULL MAIDEN NAME _Grace Kinley_ |
| RESIDENCE (Including P.O. Address) _Hamilton, O._ | RESIDENCE Including P.O. Address _Hamilton, O._ |
| COLOR OR RACE _Negro_ | AGE AT LAST BIRTHDAY _24_ (Years) | COLOR OR RACE _Negro_ | AGE AT LAST BIRTHDAY _18_ (Years) |
| BIRTHPLACE _Montgomery, Ala._ | BIRTHPLACE _Hamilton, Ohio_ |
| OCCUPATION AND INDUSTRY _Laborer_ | OCCUPATION AND INDUSTRY _Housewife_ |

NUMBER OF CHILDREN BORN AND LIVING
Number of children born alive to this mother, including this child (if born alive) _2_
Number of children of this mother living, including this child (if born alive) _2_
Is child congenitally deformed? _No_
Was Prophylactic against Ophthalmia Neonatorum used? _Yes_

CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE*

I hereby certify that I attended the birth of this child born to _Grace Davis_ (Mother's Name) and that the child was _Alive_ (Born Alive or Stillborn) at _2:30_ P. M. on the date above stated.

*When there was no attending physician or midwife, then the father, householder, etc., should make this return. A stillborn child is one that neither breathes nor shows other evidence of life after birth.

Given name added from a supplemental report

_____192_

(Signature) _H. H. Hoornster_
Date _Sept 7_ 192_7_ Address _Hamilton, O._
M. D.
PHYSICIAN OR MIDWIFE

REGISTRAR

Filed _9-7_ 192_7_ _Marie V. Schengen_
REGISTRAR

VALID ONLY
WITH
IMPRESSED
SEAL
DATE ISSUED:

MAY 1 1 2009

*Geneva G. Sparks*
GENEVA G. SPARKS
STATE REGISTRAR OF VITAL RECORDS

I HEREBY CERTIFY ...T THE ATTACHED IS A TRUE COPY OF A
RECORD ON FILE IN THE DIVISION OF VITAL RECORDS

95-29677

STATE OF MARYLAND / DEPARTMENT OF HEALTH AND MENTAL HYGIENE
CERTIFICATE OF DEATH



Maryland Department of Health — Certificate of Death for MILTON B. FLOWERS, date of death SEPTEMBER 14, 1995, age 89, birthplace Georgia, race Black. Facility: Suburban Hospital, Bethesda, Montgomery County. Residence: Maryland, Montgomery, Gaithersburg, 20878, U.S.A. Occupation: Custodian, Hamilton School System (Ohio). Father: Charles Flowers. Mother: Ann Cozie. Informant: Delbert Flowers (Son). Disposition: Greenwood Cemetery, 9/23, Hamilton, OH. Funeral home: Snowden Funeral Home, P.A., Rockville, MD 20850. Cause of death Part I: aspiration pneumonia (2 mos), ... dysmotility (3 mos), ischemic cardiomyopathy (5 mos). Certifier and Medical Examiner signature.

C000197158

# BUTLER COUNTY SHERIFF'S OFFICE
## RETURN OF CRIMINAL SUBPOENA
## COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

**STATE OF OHIO**

vs.

**VON CLARK DAVIS**

**CASE NUMBER:** CR 1983 12 0614

**DATE ISSUED:** August 19, 2009

**COURT DATE:** 09/08/09 THROUGH 09/11/09

**WITNESS INFORMATION:**
Name:    ELLIOT BUTCH DAVIS
Address:
         HAMILTON, OH 45011

**SHERIFF'S INSTRUCTIONS:**    This Subpoena is required to be personally served upon the party
                              named above.

**DOCUMENTED ATTEMPTS AT SERVICE:**
Date:    AUG 21 2009 / 1020    1478
Date:
Date:

**PERSONAL SERVICE:**
Signature:

**PERFECTED SERVICE:**
Date:                Time:

**ALTERNATE SUBJECT SERVED:**
Signature:
Printed Name:
Relationship:

**FAILURE OF SERVICE:**
Reason for failure:    Bad Address / Does Not Exist.

**SHERIFF'S FEES:**
Mileage:    2.00
Return of Service:    6.00
TOTAL FEES:    8.00

Deputy:
Badge Number:    Shannon Cook    #1478

---

*CIVIL DIVISION*
*DATA ENTRY OF FEES*
Initial:    BM
Date:    SEP 0 2 2009

---

*File this document with Butler County Clerk of Courts*



**CINDY CARPENTER**        **CLERK OF COURTS**

*WITNESS:*
**ELLIOT BUTCH DAVIS**

**HAMILTON, OH 45011**

---

Date:    August 19, 2009        Case No.: CR 1983 12 0614
STATE OF OHIO VS VON CLARK DAVIS

---

### SUBPOENA SERVED BY BUTLER CO. SHERIFF
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

TYPE OF SUBPOENA: CR

To the above named Witness: You are hereby commanded to appear in the Common Pleas Court of Butler County Ohio at the Government Services Center, 315 High Street, 3RD Floor, Hamilton, Ohio 45011.

DATE: 09/08/09 THROUGH 09/11/09                TIME: 9:00AM UNTIL
RELEASED BY ATTORNEY

JUDGE: NASTOFF

You are required to attend and give testimony on behalf of the plaintiff/defendant in the above captioned case under penalty of law.

To apply for payment for your services as a witness after testimony, bring this subpoena to the office of the Butler County Clerk of Courts.

CINDY CARPENTER                REQUESTING ATTORNEY:
Butler County Clerk of Courts            NAME: MELYNDA COOK-REICH
ADDRESS: 1501 FIRST AVE
CITY& STATE: MIDDLETOWN OH
ZIP: 45044
PHONE: (513)424-1823  FAX (513)424-3135

By: KATHY HERALD
Deputy Clerk

---

WITNESS CERTIFICATION
I attest that I appeared to give testimony in the above captioned case. I was present in the Court of Common Pleas for _____ days. As an out of county witness, I traveled _____ miles from the city of _____ in the State_____
SIGNATURE: _____
                     Witness
C000197158

---

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org



**IMAGED**

**CINDY CARPENTER**  **CLERK OF COURTS**

*PROCESS SERVER'S SUBPOENA COPY: PROSECUTOR'S OFFICE*

---

Date:    August 28, 2009                           Case No. : CR 1983 12 0614
                        STATE OF OHIO VS VON CLARK DAVIS

---

### SUBPOENA SERVED BY PROCESS SERVER
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the Special Process Server: You are directed to serve the attached subpoena issued by the Butler County Court of Common Pleas.

Please serve upon the following party:

> LISA LINK
>
> ▮▮▮▮▮
>
> CINTI, OH 45239

**CINDY CARPENTER**
Butler County Clerk of Courts

By:SHONDA ERTEL
Deputy Clerk

---

EXECUTION OF SERVICE BY SPECIAL PROCESS SERVER

@ 9:30 AM

1. This subpoena was served on _____ . 20___ .    Mileage    _____
2. This subpoena was unable to be served for the following reasons:

                                                         Return and Service _____

SIGNATURE: _____      TOTAL FEES    $ _____
Process Server
Address: _____
C000070887

2009 SEP -2 PM 4:08

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org



**CINDY CARPENTER**                    **CLERK OF COURTS**



*PROCESS SERVER'S SUBPOENA COPY: PROSECUTOR'S OFFICE*

Date:    August 28, 2009                              Case No. : CR 1983 12 0614
                                 STATE OF OHIO VS VON CLARK DAVIS

### SUBPOENA SERVED BY PROCESS SERVER
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the Special Process Server: You are directed to serve the attached subpoena issued by the Butler County Court of Common Pleas.

Please serve upon the following party:

> Dr JOSEPH H BRANDABUR
> BUTLER COUNTY CORONER'S OFFICE
> 200 N "F" STREET
> HAMILTON, OH 45011

CINDY CARPENTER
Butler County Clerk of Courts

By:SHONDA ERTEL
Deputy Clerk

---

EXECUTION OF SERVICE BY SPECIAL PROCESS SERVER

1. This subpoena was served on _____, 20____.          Mileage         _____
2. This subpoena was unable to be served for the following reasons:
                                                                  Return and Service _____
_____

SIGNATURE:_____                          TOTAL FEES      $ _____
Process Server
Address:_____
C000070888

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org



CINDY CARPENTER          CLERK OF COURTS



IMAGED

*PROCESS SERVER'S SUBPOENA COPY: PROSECUTOR'S OFFICE*

Date:  August 28, 2009                    Case No. : CR 1983 12 0614
                    STATE OF OHIO VS VON CLARK DAVIS

### SUBPOENA SERVED BY PROCESS SERVER
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the Special Process Server: You are directed to serve the attached subpoena issued by the Butler County Court of Common Pleas.

Please serve upon the following party:

CHARLES R FURMON

HAMILTON, OH 45013

CINDY CARPENTER
Butler County Clerk of Courts

By:SHONDA ERTEL
Deputy Clerk

EXECUTION OF SERVICE BY SPECIAL PROCESS SERVER

1. This subpoena was served on _____, ____, _____.    Mileage _____
2. This subpoena was unable to be served for the following reasons:
_____    Return and Service _____

SIGNATURE: _____    TOTAL FEES   $ _____
Process Server
Address: _____
C000070886

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org